UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Consumer Vehicle Driving Data Tracking Collection | Case No. 1:24-md-03115-TWT |

**JOINT MOTION TO STAY
SCHEDULING ORDER DEADLINES**

Defendants LexisNexis Risk Solutions Inc., General Motors, LLC, and OnStar, LLC, and Plaintiff Romeo Chicco (collectively, the "Parties") hereby respectfully move this Court to stay the Scheduling Order deadlines from the transferred case captioned *Chicco v. General Motors LLC, et al.*, 9:24-cv-80281-DMM (S.D. Fl.) ("*Chicco*"). The Parties' arguments are set forth more fully in the accompanying Memorandum of Law, which is incorporated by reference as though set forth fully herein.

Respectfully submitted, this 12th day of June 2024.

/s/ Cindy D. Hanson
Cindy D. Hanson
Georgia Bar No. 323920
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308
cindy.hanson@troutman.com
Tel: (404) 885-3830
Fax: (404) 885-3900
*Counsel for LexisNexis Risk Solutions Inc.*

/s/ Susan M. Clare
Susan M. Clare
Georgia Bar No. 262830
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
sclare@kslaw.com
*Counsel for General Motors, LLC and OnStar, LLC*

/s/ Ryan L. McBride
Ryan L. McBride
Florida State Bar No. 1010101
Kazerouni Law Group, APC
2221 Camino Del Rio S., Suite 101
San Diego, CA 92108
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
ryan@kazlg.com

*Counsel for Romeo Chicco*