UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: Consumer Vehicle Driving Data Tracking Collection | Case No. 1:24-md-03115-TWT |

### [PROPOSED] ORDER

Before the Court is Defendants LexisNexis Risk Solutions Inc., General Motors, LLC, and OnStar, LLC's, and Plaintiff Romeo Chicco's Joint Motion to Stay Scheduling Order Deadlines.  Dkt. No. ___.  Upon due consideration and for good cause shown, the Motion is **GRANTED**.  All deadlines from the transferred *Chicco* case shall be stayed.

**IT IS SO ORDERED** this ____ day of _____ 2024.

_____
Hon. Thomas W. Thrash
United States District Judge