**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: Consumer Vehicle Driving Data Tracking Collection | No. 1:24-md-3115-TWT |

**DEFENDANT LEXISNEXIS RISK SOLUTIONS INC.'S**
**CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

Defendant LexisNexis Risk Solutions Inc. ("LNRS"), by and through its undersigned counsel, makes the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3:

**(1)** The undersigned counsel of record for LNRS certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock in LNRS:

- LNRS is not a publicly owned company, nor does it own ten percent or more of the stock of any publicly owned company. LNRS is a wholly owned subsidiary of LexisNexis Risk Holdings Inc. LexisNexis Risk Holdings Inc. is a wholly owned subsidiary of RELX Inc. RELX Inc. is a wholly owned subsidiary of RELX Overseas Holdings Limited. The ultimate parent of RELX Overseas

Holdings Limited is RELX Group plc, which is owned by RELX PLC (LSE: REL; NYSE: RELX).

- Michael Alamorian, Plaintiff

- John Amaral, Plaintiff

- Michael Behm, Plaintiff

- Amy Brunet, Plaintiff

- Suzanne Block, Plaintiff

- Daniel Carnine, Plaintiff

- Romeo Chicco, Plaintiff

- Susan Clingerman, Plaintiff

- Colion Cogle, Plaintiff

- Joseph Davids, Plaintiff

- Jonathan Dinardo, Plaintiff

- Karen Drews, Plaintiff

- Melvin Drews, Plaintiff

- Barbara Filgio, Plaintiff

- Thomas Fuhrer, Plaintiff

- David Garcia, Plaintiff

- Grace Gilmore, Plaintiff

- Morris D. Gordon, Plaintiff

- Nathaniel Haiden, Plaintiff

- Jeffrey Jordan, Plaintiff

- Charles Justus, III, Plaintiff

- Michael King, Plaintiff

- Brian LaFalce, Plaintiff

- Leah Landman, Plaintiff

- Michael Laursen, Plaintiff

- David Lima, Plaintiff

- Gus Lopez, Plaintiff

- Thomas, MacKey, Plaintiff

- Manuel Martinez, Jr.

- Kathleen Martinez

- Bruce Mason, Plaintiff

- Darnell McCoy, Plaintiff

- Donald Parton, Plaintiff

- Larry Reed, Plaintiff

- Brent Rich, Plaintiff

- Tory Skyers, Plaintiff

- Donald Smith, Jr., Plaintiff

- Michael Torres, Plaintiff

- Chad Weaver, Plaintiff

- Christopher Valenica, Plaintiff

- Jariya Thongsawong, Plaintiff

- General Motors LLC, Defendant

- General Motors Holdings, LLC, Defendant

- OnStar, LLC, Defendant

- Verisk Analytics, Inc.

**(2)**   The undersigned further certifies that there are no other persons, associates, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case.

**(3)**   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for parties in this proceeding:

| Litigants | Counsel |
|---|---|
| **Jonathan Dinardo** | Ruben Honik<br>Golomb & Honik, P.C.<br>Suite 1100 1515 Market Street<br>Philadelphia, PA 19102<br>215-985-9177<br>Email:Rhonik@golombhonik.com |
| **Larry Reed** | Emily E. Hughes<br>The Miller Law Firm, P.C.<br>950 W. University Drive Suite 300<br>Rochester, MI 48307 |

4

| Litigants | Counsel |
|-----------|---------|
|  | 248-841-2200 |
|  | Email:Eeh@millerlawpc.com |
|  |  |
|  | Gary M. Klinger |
|  | Milberg Coleman Bryson Phillips Grossman PLLC |
|  | 227 W. Monroe Street Suite 2100 |
|  | Chicago, IL 60606 |
|  | 866-252-0878 |
|  | Email:Gklinger@milberg.com |
|  |  |
|  | Jeffrey M. Ostrow |
|  | Kopelowitz Ostrow PA |
|  | One West Law Olas Blvd. |
|  | Fort Lauderdale, FL 33301 |
|  | 305-529-8858 |
|  | Email:Ostrow@kolawyers.com |
|  |  |
|  | Melvin B. Hollowell |
|  | The Miller Law Firm, P.C. |
|  | 211 W. Fort St. Ste. 705 |
|  | Detroit, MI 48226 |
|  | 313-483-0880 Fax: 248-652-2852 |
|  | Email:Mbh@millerlawpc.com |

| Litigants | Counsel |
|---|---|
| **Darnell McCoy** | Angela L. Baldwin<br>The Miller Law Firm<br>211 W. Fort St. Ste 705<br>Detroit, MI 48226<br>313-346-5134<br>Fax: 248-652-2852<br><br>Dennis A. Lienhardt<br>The Miller Law Firm, P.C.<br>950 W. University Drive Suite 300<br>Rochester, MI 48307<br>248-841-2200<br>Fax: 248-652-2852<br><br>E. Powell Miller<br>The Miller Law Firm<br>950 W. University Drive Suite 300<br>Rochester, MI 48307<br>248-841-2200<br>Email:Epm@miller.law<br><br>Emily E. Hughes<br>The Miller Law Firm, P.C.<br>950 W. University Drive Suite 300<br>Rochester, MI 48307<br>248-841-2200<br>Email:Eeh@millerlawpc.com<br><br>Gary M. Klinger<br>Milberg Coleman Bryson Phillips Grossman PLLC<br>227 W. Monroe Street Suite 2100<br>Chicago, IL 60606<br>866-252-0878<br>Email:Gklinger@milberg.com<br><br>Jeffrey M. Ostrow<br>Kopelowitz Ostrow PA<br>One West Law Olas Blvd. |

| Litigants | Counsel |
|---|---|
| | Fort Lauderdale, FL 33301<br>305-529-8858<br>Email:Ostrow@kolawyers.com<br><br>Melvin B. Hollowell<br>The Miller Law Firm, P.C.<br>211 W. Fort St. Ste. 705<br>Detroit, MI 48226<br>313-483-0880 Fax: 248-652-2852<br>Email:Mbh@millerlawpc.com |
| **Suzanne Block** | Angela L. Baldwin<br>The Miller Law Firm<br>211 W. Fort St. Ste 705<br>Detroit, MI 48226<br>313-346-5134<br>Fax: 248-652-2852<br><br>Dennis A. Lienhardt<br>The Miller Law Firm, P.C.<br>950 W. University Drive Suite 300<br>Rochester, MI 48307<br>248-841-2200<br>Fax: 248-652-2852<br><br>E. Powell Miller<br>The Miller Law Firm<br>950 W. University Drive Suite 300<br>Rochester, MI 48307<br>248-841-2200<br>Email: Epm@miller.law<br><br>Emily E. Hughes<br>The Miller Law Firm, P.C.<br>950 W. University Drive Suite 300<br>Rochester, MI 48307<br>248-841-2200<br>Email: Eeh@millerlawpc.com<br><br>Melvin B. Hollowell |

| Litigants | Counsel |
|---|---|
| | The Miller Law Firm, P.C.<br>211 W. Fort St. Ste. 705<br>Detroit, MI 48226<br>313-483-0880<br>Fax: 248-652-2852<br>Email: Mbh@millerlawpc.com<br><br>Stuart A. Davidson<br>Robbins Geller Rudman & Dowd LLP -BR FL<br>225 Ne Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>561-750-3000<br>Fax: 561-750-3364<br>Email: Sdavidson@rgrdlaw.com |
| **Charles Justus, III** | Angela L. Baldwin<br>The Miller Law Firm<br>211 W. Fort St. Ste 705<br>Detroit, MI 48226<br>313-346-5134<br>Fax: 248-652-2852<br><br>Dennis A. Lienhardt<br>The Miller Law Firm, P.C.<br>950 W. University Drive Suite 300<br>Rochester, MI 48307<br>248-841-2200<br>Fax: 248-652-2852<br><br>E. Powell Miller<br>The Miller Law Firm<br>950 W. University Drive Suite 300<br>Rochester, MI 48307<br>248-841-2200<br>Email:Epm@miller.law<br><br>Emily E. Hughes<br>The Miller Law Firm, P.C.<br>950 W. University Drive Suite 300<br>Rochester, MI 48307 |

| Litigants | Counsel |
|---|---|
| | 248-841-2200<br>Email:Eeh@millerlawpc.com<br><br>Melvin B. Hollowell<br>The Miller Law Firm, P.C.<br>211 W. Fort St. Ste. 705<br>Detroit, MI 48226<br>313-483-0880 Fax: 248-652-2852<br>Email:Mbh@millerlawpc.com<br><br>Stuart A. Davidson<br>Robbins Geller Rudman & Dowd LLP -BR FL<br>225 Ne Mizner Boulevard, Suite 720<br>Boca Raton, FL 33432<br>561-750-3000<br>Fax: 561-750-3364<br>Email:Sdavidson@rgrdlaw.com |
| **Romeo Chicco** | Mohammad Kazerouni<br>Kazerouni Law Group, APC<br>Suite D1 245 Fischer Ave.<br>Costa Mesa, CA 92626<br>800-400-6808<br><br>Ryan L. McBride<br>Kazerouni Law Group, APC<br>2221 Camino Del Rio S. Ste 101<br>San Diego, CA 92108<br>800-400-6808<br>Email:Ryan@kazlg.com |
| **Michael King** | Martin Schmidt<br>Schmidt National Law Group<br>3033 Fifth Avenue Suite 335<br>San Diego, CA 92103<br>800-631-5656 |
| **Guz Lopez** | Martin Schmidt<br>Schmidt National Law Group<br>3033 Fifth Avenue Suite 335<br>San Diego, CA 92103<br>800-631-5656 |

| Litigants | Counsel |
|---|---|
| **Michael Alamorian** | Adam M. Prom<br>DiCello Levitt LLC<br>505 20th Street North Suite 1500<br>Birmingham, AL 35203<br>312-214-7900<br>Email:Aprom@dicellolevitt.com<br><br>Amy E. Keller<br>DiCello Levitt LLP<br>Ten North Dearborn Street Ste Sixth Floor<br>Chicago, IL 60602<br>312-214-7900<br>Email:Akeller@dicellolevitt.com<br><br>James Cameron Tribble<br>The Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>770-227-6375<br>Email:Ctribble@barneslawgroup.com<br><br>John Raymond Bevis<br>The Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>770-227-6375<br>Fax: 770.227.6373<br>Email:Bevis@barneslawgroup.com<br><br>Kristen Tullos Oliver<br>Barnes Law Group<br>31 Atlanta Street Se<br>Marietta, GA 30060<br>770-227-6375<br>Email:Ktullos@barneslawgroup.com<br><br>Roy E. Barnes<br>The Barnes Law Group, LLC<br>31 Atlanta Street |

| Litigants | Counsel |
|---|---|
| | Marietta, GA 30060<br>770-227-6375<br>Fax: 770-590-8958<br>Email:Roy@barneslawgroup.com |
| **Susan Clingerman** | Christopher Stiner<br>Ahdoot & Wolfson, PC<br>2600 W. Olive Avenue Suite 500<br>Burbank, CA 91505<br>310-474-9111<br>Fax: 310-474-8585<br>Email:Cstiner@andootwolfson.com<br><br>Robert R. Ahdoot<br>Ahdoot & Wolfson, PC<br>2600 W. Olive Avenue Suite 500<br>Burbank, CA 91505<br>310-474-9111<br>Fax: 310-474-8585<br>Email:Randoot@andootwolfson.com<br><br>Theodore Walter Maya<br>Ahdoot & Wolfson, PC<br>2600 W. Olive Avenue Suite 500<br>Burbank, CA 91505<br>310-474-9111<br>Fax: 310-474-8585<br>Email:Tmaya@andootwolfson.com<br><br>Tina Wolfson<br>AHDOOT & WOLFSON, PC<br>2600 W. Olive Avenue Suite 500<br>Burbank, CA 91505<br>310-474-9111<br>Fax: 310-474-8585<br>Email:Twolfson@andootwolfson.com |
| **Brent Rish** | Christopher Stiner<br>Ahdoot & Wolfson, PC<br>2600 W. Olive Avenue Suite 500<br>Burbank, CA 91505 |

| Litigants | Counsel |
|---|---|
| | 310-474-9111<br>Fax: 310-474-8585<br>Email:Cstiner@andootwolfson.com<br><br>Robert R. Ahdoot<br>Ahdoot & Wolfson, PC<br>2600 W. Olive Avenue Suite 500<br>Burbank, CA 91505<br>310-474-9111<br>Fax: 310-474-8585<br>Email:Randoot@andootwolfson.com<br><br>Theodore Walter Maya<br>Ahdoot & Wolfson, PC<br>2600 W. Olive Avenue Suite 500<br>Burbank, CA 91505<br>310-474-9111<br>Fax: 310-474-8585<br>Email:Tmaya@andootwolfson.com<br><br>Tina Wolfson<br>AHDOOT & WOLFSON, PC<br>2600 W. Olive Avenue Suite 500<br>Burbank, CA 91505<br>310-474-9111<br>Fax: 310-474-8585<br>Email:Twolfson@andootwolfson.com |
| **Jariya Thongsawang** | Christopher Stiner<br>Ahdoot & Wolfson, PC<br>2600 W. Olive Avenue Suite 500<br>Burbank, CA 91505<br>310-474-9111<br>Fax: 310-474-8585<br>Email:Cstiner@andootwolfson.com<br><br>Robert R. Ahdoot<br>Ahdoot & Wolfson, PC<br>2600 W. Olive Avenue Suite 500<br>Burbank, CA 91505 |

| Litigants | Counsel |
|---|---|
|  | 310-474-9111<br>Fax: 310-474-8585<br>Email:Randoot@andootwolfson.com<br><br>Theodore Walter Maya<br>Ahdoot & Wolfson, PC<br>2600 W. Olive Avenue Suite 500<br>Burbank, CA 91505<br>310-474-9111<br>Fax: 310-474-8585<br>Email:Tmaya@andootwolfson.com<br><br>Tina Wolfson<br>AHDOOT & WOLFSON, PC<br>2600 W. Olive Avenue Suite 500<br>Burbank, CA 91505<br>310-474-9111<br>Fax: 310-474-8585<br>Email:Twolfson@andootwolfson.com |
| **Bruce Mason** | Alexander J. Sweatman<br>Cafferty Clobes Meriwether & Sprengel LLP-IL<br>135 S. Lasalle Suite 3210<br>Chicago, IL 60603<br>312-782-4880<br>Email:Asweatman@caffertyclobes.com<br><br>Bryan F. Aylstock<br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Suite 200 17 E. Main Street<br>Pensacola, FL 32502<br>850-202-1010<br>Fax: 850-916-7449<br>Email:Baylstock@awkolaw.com<br><br>Bryan L. Clobes<br>Cafferty Clobes Meriwether & Sprengel LLP-IL<br>135 S. Lasalle Suite 3210 |

| Litigants | Counsel |
|---|---|
| | Chicago, IL 60603<br>312-782-4880<br>Email:Bclobes@caffertyclobes.com<br><br>Christopher P. Dolotosky<br>Cafferty Clobes Meriwether & Sprengel LLP-IL<br>135 S. Lasalle Suite 3210<br>Chicago, IL 60603<br>312-782-4880<br>Email:Cdolotosky@caffertyclobes.com<br><br>D. Nicole Guntner<br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Suite 200 17 E. Main Street<br>Pensacola, FL 32502<br>850-202-1010<br>Fax: 850-916-7449<br>Email:Nguntner@awkolaw.com<br><br>M. Brandon Smith<br>Childers, Schlueter & Smith, LLC<br>Suite 100 1932 North Druid Hills Road<br>Atlanta, GA 30319<br>404-419-9500<br>Email:Bsmith@cssfirm.com<br><br>Reagan Charleston Thomas<br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Suite 200 17 E. Main Street<br>Pensacola, FL 32502<br>850-202-1010<br>Fax: 850-916-7449<br>Email: Rthomas@awkolaw.com |
| **Barbara Figlio** | Andre J. Arias<br>Kantrowitz, Goldhamer & Graifman, P.C.<br>135 Chesnut Ridge Road<br>Montvale, NJ 07645<br>201-391-7000 |

| Litigants | Counsel |
|---|---|
| | Gary S. Graifman<br>Kantrowitz, Goldhamer & Graifman, PC<br>135 Chestnut Ridge Road Suite 200<br>Montvale, NJ 07645<br>201-391-7000<br>Email:Ggraifman@kgglaw.com<br><br>Howard Theodore Longman<br>Longman Law, P.C.<br>354 Eisenhower Parkway<br>Livingston, NJ 07039<br>973-994-2315<br>Email:Hlongman@ssbny.com<br><br>James Cameron Tribble<br>The Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>770-227-6375<br>Email:Ctribble@barneslawgroup.com<br><br>John Raymond Bevis<br>The Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>770-227-6375<br>Fax: 770.227.6373<br>Email:Bevis@barneslawgroup.com<br><br>Lynda J. Grant<br>The Grant Law Firm, PLLC<br>521 Fifth Avenue 17 Floor<br>New York, NY 10175<br>212-292-4441<br>Email:Lgrant@labaton.com<br><br>Roy E. Barnes<br>The Barnes Law Group, LLC<br>31 Atlanta Street |

| Litigants | Counsel |
|---|---|
| | Marietta, GA 30060<br>770-227-6375<br>Fax: 770-590-8958<br>Email:Roy@barneslawgroup.com |
| **Morris D. Gordin** | Andre J. Arias<br>Kantrowitz, Goldhamer & Graifman, P.C.<br>135 Chesnut Ridge Road<br>Montvale, NJ 07645<br>201-391-7000<br><br>Gary S. Graifman<br>Kantrowitz, Goldhamer & Graifman, PC<br>135 Chestnut Ridge Road Suite 200<br>Montvale, NJ 07645<br>201-391-7000<br>Email:Ggraifman@kgglaw.com<br><br>Howard Theodore Longman<br>Longman Law, P.C.<br>354 Eisenhower Parkway<br>Livingston, NJ 07039<br>973-994-2315<br>Email:Hlongman@ssbny.com<br><br>James Cameron Tribble<br>The Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>770-227-6375<br>Email:Ctribble@barneslawgroup.com<br><br>John Raymond Bevis<br>The Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>770-227-6375<br>Fax: 770.227.6373<br>Email:Bevis@barneslawgroup.com |

| Litigants | Counsel |
|---|---|
| | Lynda J. Grant<br>The Grant Law Firm, PLLC<br>521 Fifth Avenue 17 Floor<br>New York, NY 10175<br>212-292-4441<br>Email:Lgrant@labaton.com<br><br>Roy E. Barnes<br>The Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>770-227-6375<br>Fax: 770-590-8958<br>Email:Roy@barneslawgroup.com |
| **Brian LaFalce** | Alexander J. Sweatman<br>Cafferty Clobes Meriwether & Sprengel LLP-IL<br>135 S. Lasalle Suite 3210<br>Chicago, IL 60603<br>312-782-4880<br>Email:Asweatman@caffertyclobes.com<br><br>Bryan F. Aylstock<br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Suite 200 17 E. Main Street<br>Pensacola, FL 32502<br>850-202-1010<br>Fax: 850-916-7449<br>Email: Baylstock@awkolaw.Com<br><br>Bryan L. Clobes<br>Cafferty Clobes Meriwether & Sprengel LLP-IL<br>135 S. Lasalle Suite 3210<br>Chicago, IL 60603<br>312-782-4880<br>Email:Bclobes@caffertyclobes.com<br><br>Christopher P. Dolotosky |

| Litigants | Counsel |
|---|---|
|  | Cafferty Clobes Meriwether & Sprengel LLP-IL<br>135 S. Lasalle Suite 3210<br>Chicago, IL 60603<br>312-782-4880<br>Email:Cdolotosky@caffertyclobes.com<br><br>D. Nicole Guntner<br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Suite 200 17 E. Main Street<br>Pensacola, FL 32502<br>850-202-1010<br>Fax: 850-916-7449<br>Email:Nguntner@awkolaw.com<br><br>M. Brandon Smith<br>Childers, Schlueter & Smith, LLC<br>Suite 100 1932 North Druid Hills Road<br>Atlanta, GA 30319<br>404-419-9500<br>Email:Bsmith@cssfirm.com<br><br>Michael A. Caplan<br>Caplan Cobb LLC<br>75 14th Street Ne Suite 2700<br>Atlanta, GA 30309<br>404-596-5610<br>Email:Mcaplan@caplancobb.com<br><br>Reagan Charleston Thomas<br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>Suite 200 17 E. Main Street<br>Pensacola, FL 32502<br>850-202-1010<br>Fax: 850-916-7449<br>Email: Rthomas@awkolaw.com<br><br>Timothy Brandon Waddell<br>Caplan Cobb LLP |

| Litigants | Counsel |
|---|---|
|  | Suite 2700 75 Fourteenth Street, Ne<br>Atlanta, GA 30309<br>404-596-5600<br>Fax: 404-596-5604<br>Email:Bwaddell@caplancobb.com |
| **Grace Gilmore** | Andre J. Arias<br>Kantrowitz, Goldhamer & Graifman, P.C.<br>135 Chestnut Ridge Road<br>Montvale, NJ 07645<br>201-391-7000<br><br>Gary S. Graifman<br>Kantrowitz, Goldhamer & Graifman, PC<br>135 Chestnut Ridge Road Suite 200<br>Montvale, NJ 07645<br>201-391-7000<br>Email:Ggraifman@kgglaw.com<br><br>Howard Theodore Longman<br>Longman Law, P.C.<br>354 Eisenhower Parkway<br>Livingston, NJ 07039<br>973-994-2315<br>Email:Hlongman@ssbny.com<br><br>James Cameron Tribble<br>The Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>770-227-6375<br>Email:Ctribble@barneslawgroup.com<br><br>John Raymond Bevis<br>The Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>770-227-6375<br>Fax: 770.227.6373<br>Email:Bevis@barneslawgroup.com |

| Litigants | Counsel |
|---|---|
| | Lynda J. Grant<br>The Grant Law Firm, PLLC<br>521 Fifth Avenue 17 Floor<br>New York, NY 10175<br>212-292-4441<br>Email:Lgrant@labaton.com<br><br>Roy E. Barnes<br>The Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>770-227-6375<br>Fax: 770-590-8958<br>Email:Roy@barneslawgroup.com |
| **Michael Torres** | Gayle M. Blatt<br>Casey Gerry Schenk Francavilla Blatt<br>&Penfield, LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>619-238-1811<br>Email:Gmb@cglaw.com<br><br>James Cameron Tribble<br>The Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>770-227-6375<br>Email:Ctribble@barneslawgroup.com<br><br>Jeremy K. Robinson<br>Casey Gerry Schenk Francavilla Blatt &<br>Penfield, LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>619-238-1811<br>Fax: 619-544-9232<br><br>John Raymond Bevis |

| Litigants | Counsel |
|---|---|
| | The Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>770-227-6375 Fax: 770.227.6373<br>Email:Bevis@barneslawgroup.com<br><br>Patricia Camille Guerra<br>Casey Gerry Schenk Francavilla Blatt &<br>Penfield, LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>619-238-1811 Fax: 619-544-9232<br>Email:Camille@cglaw.com<br><br>Roy E. Barnes<br>The Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>770-227-6375<br>Fax: 770-590-8958<br>Email:Roy@barneslawgroup.com |
| **Amy Brunet** | Amanda Rolon<br>Scott & Scott, Attorneys at Law, LLP -NY<br>The Helmsley Building 17th Floor 230 Park<br>Avenue<br>New York, NY 10169<br>212-223-6444<br><br>James Cameron Tribble<br>The Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>770-227-6375<br>Email:Ctribble@barneslawgroup.com<br><br>John Raymond Bevis<br>The Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, GA 30060 |

| Litigants | Counsel |
|---|---|
| | 770-227-6375<br>Fax: 770.227.6373<br>Email:Bevis@barneslawgroup.com<br><br>Joseph P. Guglielmo<br>Scott & Scott, Attorneys at Law, LLP<br>230 Park Avenue 17th Floor<br>New York, NY 10169<br>212-223-6444<br>Email:Jguglielmo@scott-Scott.com<br><br>Joseph Pettigrew<br>Scott & Scott, Attorneys at Law, LLP<br>Suite 3300 600 West Broadway<br>San Diego, CA 92101<br>619-233-4565<br><br>Roy E. Barnes<br>The Barnes Law Group, LLC<br>31 Atlanta Street<br>Marietta, GA 30060<br>770-227-6375 Fax: 770-590-8958<br>Email:Roy@barneslawgroup.com |
| **Nathaniel Haiden** | Gary F. Lynch<br>Lynch Carpenter, LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>412-322-9243<br>Email:Gary@lcIlp.com<br><br>Jennifer M. French<br>Lynch Carpenter, LLP<br>1234 Camino Del Mar<br>Del Mar, CA 92014<br>619-762-1903<br>Fax: 858-313-1850<br>Email:Jennf@lcIlp.com |
| **Leah Landman** | Jeffrey L. Haberman<br>Schlesinger Law Offices, P.A. |

| Litigants | Counsel |
|---|---|
| | 1212 S.E. 3rd Avenue<br>Fort Lauderdale, FL 33316<br>954-320-9507<br>Fax: 95-320-9509<br>Email:Jhaberman@schlesingerlaw.Corn |
| **David Garcia, III** | James E. Cecchi<br>Carella Byrne Cecchi Olstein Brody &<br>Agnello<br>5 Becker Farm Road Ste 2nd Floor<br>Roseland, NJ 07068<br>973-994-1700 Fax: 973-994-1744<br>Email:Jcecchi@carellabyrne.com<br><br>Roland Tellis<br>Baron & Budd PC -CA<br>15910 Ventura Boulevard Suite 1600<br>Encino, CA 91436<br>818-839-2333<br>Email:Rtellis@baronbudd.com |
| **Michael Behm** | Daniel E. Gustafson<br>Gustafson Gluek PLLC -MN<br>Suite 2600 120 South Sixth Street<br>Minneapolis, MN 55402<br>612-333-8844<br>Fax: 612-339-6622.<br>Email:Dgustafson@gustafsongluek.com |
| **Donald Parton** | Dennis G. Pantazis<br>Wiggins Childs Quinn & Pantazis<br>301 19th Street, North The Kress Building<br>Birmingham, AL 35203<br>Email:Dgp@wcqp.com<br><br>Dennis G. Pantazis , Jr.<br>Wiggins Childs Quinn & Pantazis LLC<br>301 19th Street N.<br>Birmingham, AL 35203<br>205-314-0500<br>Email:Dgpjr@wigginschilds.com |
| **Christopher Valencia** | John A. Yanchunis |

| Litigants | Counsel |
|---|---|
| | Morgan & Morgan Complex Litigation Group<br>201 N. Franklin Street Suite 700<br>Tampa, FL 33602<br>813-223-5505 Fax: 813-222-2434<br>Email:Jyanchunis@forthepeople.com |
| **Joseph Davids** | Cari C. Laufenberg<br>Keller Rohrback, L.L.P<br>1201 Third Avenue Suite 3200<br>Seattle, WA 98101<br>206-623-1900<br>Email:Claufenberg@kellerrohrback.com<br><br>Gretchen Freeman Cappio<br>Keller Rohrback, L.L.P<br>1201 Third Avenue Suite 3200<br>Seattle, WA 98101<br>206-623-1900 Fax: 206-623-3384<br><br>Ron Kilgard<br>Keller Rohrback<br>3101 North Central Avenue Suite 900<br>Phoenix, AZ 85012-2600<br>602-230-6322 |
| **Thomas Fuhrer** | Cari C. Laufenberg<br>Keller Rohrback, L.L.P<br>1201 Third Avenue Suite 3200<br>Seattle, WA 98101<br>206-623-1900<br>Email:Claufenberg@kellerrohrback.com<br><br>Gretchen Freeman Cappio<br>Keller Rohrback, L.L.P<br>1201 Third Avenue Suite 3200<br>Seattle, WA 98101<br>206-623-1900<br>Fax: 206-623-3384<br><br>Ron Kilgard<br>Keller Rohrback |

| Litigants | Counsel |
|---|---|
| | 3101 North Central Avenue Suite 900<br>Phoenix, AZ 85012-2600<br>602-230-6322 |
| **Donald Smith, Jr.** | Kiley Grombacher<br>Bradley/Grombacher, LLP<br>Suite 130 2815 Townsgate Road<br>Westlake Village, CA 91361<br>805-270-7100<br>Email:Kgrombacher@bradleygrombacher.com<br><br>Marcus J. Bradley<br>Bradley/Grombacher, LLP<br>Suite 130 2815 Townsgate Road<br>Westlake Village, CA 91361<br>805-270-7100<br>Email:Mbradley@bradleygrombacher.com |
| **John Amaral** | Kiley Grombacher<br>Bradley/Grombacher, LLP<br>Suite 130 2815 Townsgate Road<br>Westlake Village, CA 91361<br>805-270-7100<br>Email:Kgrombacher@bradleygrombacher.com<br><br>Marcus J. Bradley<br>Bradley/Grombacher, LLP<br>Suite 130 2815 Townsgate Road<br>Westlake Village, CA 91361<br>805-270-7100<br>Email:Mbradley@bradleygrombacher.com |
| **Daniel Carnine** | Amber Love Schubert<br>Schubert Jonckheer & Kolbe LLP<br>2001 Union St Ste 200<br>San Francisco, CA 94123<br>415-788-4220 Fax: 415-788-0161<br>Email:Aschubert@sjk.law<br><br>Rod M. Johnston<br>Johnston Law, PLLC<br>6911 Duchess Ct. |

| Litigants | Counsel |
|---|---|
| | Troy, MI 48098 <br> 586-321-8466 <br> Email:Rod@johnstonlawflsa.com |
| **Chad Weaver** | Amber Love Schubert <br> Schubert Jonckheer & Kolbe LLP <br> 2001 Union St Ste 200 <br> San Francisco, CA 94123 <br> 415-788-4220 Fax: 415-788-0161 <br> Email:Aschubert@sjk.law <br><br> Rod M. Johnston <br> Johnston Law, PLLC <br> 6911 Duchess Ct. <br> Troy, MI 48098 <br> 586-321-8466 <br> Email:Rod@johnstonlawflsa.com |
| **Jeffrey Jordan** | Amber Love Schubert <br> Schubert Jonckheer & Kolbe LLP <br> 2001 Union St Ste 200 <br> San Francisco, CA 94123 <br> 415-788-4220 Fax: 415-788-0161 <br> Email:Aschubert@sjk.law <br><br> Rod M. Johnston <br> Johnston Law, PLLC <br> 6911 Duchess Ct. <br> Troy, MI 48098 <br> 586-321-8466 <br> Email:Rod@johnstonlawflsa.com |
| **Thomas MacKey** | Amber Love Schubert <br> Schubert Jonckheer & Kolbe LLP <br> 2001 Union St Ste 200 <br> San Francisco, CA 94123 <br> 415-788-4220 Fax: 415-788-0161 <br> Email:Aschubert@sjk.law <br><br> Rod M. Johnston <br> Johnston Law, PLLC <br> 6911 Duchess Ct. |

| Litigants | Counsel |
|---|---|
| | Troy, MI 48098<br>586-321-8466<br>Email:Rod@johnstonlawflsa.com |
| **Tory Skyers** | Amber Love Schubert<br>Schubert Jonckheer & Kolbe LLP<br>2001 Union St Ste 200<br>San Francisco, CA 94123<br>415-788-4220 Fax: 415-788-0161<br>Email:Aschubert@sjk.law<br><br>Rod M. Johnston<br>Johnston Law, PLLC<br>6911 Duchess Ct.<br>Troy, MI 48098<br>586-321-8466<br>Email:Rod@johnstonlawflsa.com |
| **Colin Cogle** | Adam E. Polk<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>415-981-4800 Fax: 415-981-4846<br>Email:Apolk@girardsharp.com<br><br>E. Powell Miller<br>The Miller Law Firm<br>950 W. University Drive Suite 300<br>Rochester, MI 48307<br>248-841-2200<br>Email:Epm@miller.law<br><br>Emily E. Hughes<br>The Miller Law Firm, P.C.<br>950 W. University Drive Suite 300<br>Rochester, MI 48307<br>248-841-2200<br>Email:Eeh@millerlawpc.com |

| Litigants | Counsel |
|---|---|
| **David Lima** | Cari C. Laufenberg<br>Keller Rohrback, L.L.P<br>1201 Third Avenue Suite 3200<br>Seattle, WA 98101<br>206-623-1900<br>Email:Claufenberg@kellerrohrback.com<br><br>Derek W. Loeser<br>Keller Rohrback, L.L.P<br>1201 Third Avenue Suite 3200<br>Seattle, WA 98101<br>206-623-1900<br>Fax: 206-623-3384<br>Email: Dloeser@kellerrohrback.com<br><br>E. Powell Miller<br>The Miller Law Firm<br>950 W. University Drive Suite 300<br>Rochester, MI 48307<br>248-841-2200<br>Email:Epm@miller.law<br><br>Emily E. Hughes<br>The Miller Law Firm, P.C.<br>950 W. University Drive Suite 300<br>Rochester, MI 48307<br>248-841-2200<br>Email:Eeh@millerlawpc.com<br><br>Gretchen Freeman Cappio<br>Keller Rohrback, L.L.P<br>1201 Third Avenue Suite 3200<br>Seattle, WA 98101<br>206-623-1900<br>Fax: 206-623-3384<br><br>Ryan McDevitt<br>Keller Rohrback, L.L.P -WA<br>Suite 3200 1201 Third Avenue |

| Litigants | Counsel |
|---|---|
| | Seattle, WA 98101<br>206-623-1900 |
| **Michael Laursen** | Terence R. Coates<br>Markovits, Stock & DeMarco, LLC<br>119 E. Court Street Suite 530<br>Cincinnati, OH 45202<br>513-651-3700<br>Fax: 513-665-0219<br>Email:Tcoates@msdlegal.com |
| **Karen Drews** | Dennis A. Lienhardt<br>The Miller Law Firm, P.C.<br>950 W. University Drive Suite 300<br>Rochester, MI 48307<br>248-841-2200<br>Fax: 248-652-2852<br><br>E. Powell Miller<br>The Miller Law Firm<br>950 W. University Drive Suite 300<br>Rochester, MI 48307<br>248-841-2200<br>Email:Epm@miller.law<br><br>Emily E. Hughes<br>The Miller Law Firm, P.C.<br>950 W. University Drive Suite 300<br>Rochester, MI 48307<br>248-841-2200<br>Email:Eeh@millerlawpc.com<br><br>Timothy G. Blood<br>Blood Hurst & O'Reardon, LLP<br>Suite 1490 501 West Broadway<br>San Diego, CA 92101<br>619-338-1100<br>Fax: 619-338-1101<br>Email:Tblood@bholaw.com |
| **Melvin Drews** | Dennis A. Lienhardt<br>The Miller Law Firm, P.C. |

| Litigants | Counsel |
|---|---|
| | 950 W. University Drive Suite 300<br>Rochester, MI 48307<br>248-841-2200<br>Fax: 248-652-2852<br><br>E. Powell Miller<br>The Miller Law Firm<br>950 W. University Drive Suite 300<br>Rochester, MI 48307<br>248-841-2200<br>Email:Epm@miller.law<br><br>Emily E. Hughes<br>The Miller Law Firm, P.C.<br>950 W. University Drive Suite 300<br>Rochester, MI 48307<br>248-841-2200<br>Email:Eeh@millerlawpc.com<br><br>Timothy G. Blood<br>Blood Hurst & O'Reardon, LLP<br>Suite 1490 501 West Broadway<br>San Diego, CA 92101<br>619-338-1100<br>Fax: 619-338-1101<br>Email:Tblood@bholaw.com |
| **Manual Martinez, Jr.**<br>**also known as Manny**<br>**Martinez** | E. Powell Miller<br>The Miller Law Firm<br>950 W. University Drive Suite 300<br>Rochester, MI 48307<br>248-841-2200<br>Email:Epm@miller.law<br><br>Emily E. Hughes<br>The Miller Law Firm, P.C.<br>950 W. University Drive Suite 300<br>Rochester, MI 48307<br>248-841-2200<br>Email:Eeh@millerlawpc.com |

| Litigants | Counsel |
|---|---|
| **Kathleen Martinez**<br>**also known as Katie Martinez** | E. Powell Miller<br>The Miller Law Firm<br>950 W. University Drive Suite 300<br>Rochester, MI 48307<br>248-841-2200<br>Email:Epm@miller.law<br><br>Emily E. Hughes<br>The Miller Law Firm, P.C.<br>950 W. University Drive Suite 300<br>Rochester, MI 48307<br>248-841-2200<br>Email:Eeh@millerlawpc.com |
| **General Motors LLC**<br>**General Motors Holding LLC**<br>**OnStar, LLC** | Adam M. Shienvold<br>Eckert Seamans Cherin & Mellott, LLC-PA<br>P.O. Box 1248 213 Market Street, 8th Floor<br>Harrisburg, PA 17108<br>717-237-6000<br>Fax: 717-723-6019<br><br>David Lewis Balser<br>King & Spalding<br>Llp-Atl 40 1180 Peachtree Street Ne<br>Suite1600<br>Atlanta, GA 30309-3521<br>404-572-4600<br>Fax: 404-572-5100<br>Email:Dbalser@kslaw.com<br><br>Ross E. Linzer<br>King & Spalding<br>Southeast Financial Center<br>200 S. Biscayne Boulevard Suite 4700<br>Miami, FL 33131<br>305-462-6029<br><br>Stephanie A. Douglas<br>Bush Seyferth PLLC<br>100 W. Big Beaver Road Suite 400 |

| Litigants | Counsel |
|---|---|
|  | Troy, MI 48084<br>248-822-7800<br>Email:Douglas@bsplaw.com<br><br>Susan M. Clare<br>King & Spalding<br>Llp-Atl 40 1180 Peachtree Street Ne<br>Suite1600<br>Atlanta, GA 30309-3521<br>404-572-3556 Fax: 404-572-5100<br>Email:Sclare@kslaw.com<br><br>Troy McMahan<br>King & Spalding LLP<br>50 California Street Suite 3300<br>San Francisco, CA 94111<br>415-318-1200<br><br>William E. Steimle<br>King & Spalding, LLP- SF CA<br>Suite 2300 101 Second Street<br>San Francisco, CA 94105<br>415-318-1200<br>Fax: 415-381-1300 |
| **LexisNexis Risk Solutions Inc.** | Derek Schwahn<br>Troutman Pepper Hamilton Sanders LLP<br>600 Peachtree Street Ne 3000<br>Bank Of America Plaza<br>Atlanta, GA 30308<br>404-885-3124<br>Fax: 404-885-3900<br>Email:Derek.Schwahn@troutman.com<br><br>Ronald I. Raether , Jr.<br>Troutman Sanders LLP-I. CA<br>Suite 1400 5 Park Plaza<br>Irvine, CA 92614<br>949-622-2722<br>Fax: 949-622-2739 |

| Litigants | Counsel |
|---|---|
| | Email:Ron.Raether@troutman.com<br><br>Cindy Dawn Hanson<br>Troutman Pepper Hamilton Sanders LLP<br>600 Peachtree Street Ne 3000 Bank Of America Plaza<br>Atlanta, GA 30308<br>404-885-3830<br>Email:Cindy.Hanson@troutman.com |
| **Verisk Analytics, Inc.** | Edward Alexander Marshall<br>Arnall Golden Gregory LLP<br>171 17th Street Nw Suite 2100<br>Atlanta, GA 30363<br>404-873-8536 Fax: 404-873-8537<br>Email:Edward.Marshall@agg.com<br><br>Aaron M. Danzig<br>Arnall Golden Gregory LLP<br>171 17th Street Nw Ste 2100<br>Atlanta, GA 30363<br>404-873-8504<br>Email:Aaron.Danzig@agg.com |

Dated: July 1, 2024.

Respectfully submitted

TROUTMAN PEPPER HAMILTON
SANDERS LLP

*/s/ Cindy D. Hanson*
Cindy D. Hanson
Georgia Bar No. 323920
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308
cindy.hanson@troutman.com
Tel: (404) 885-3830
Fax: (404) 885-3900

Ronald I. Raether, Jr. (pro hac vice)
Troutman Pepper Hamilton Sanders LLP
5 Park Plaza Suite 1400
Irvine, CA 92614
Tele: (949) 622-2722
Fax: (949) 622-2239
ron.raether@troutman.com