# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Consumer Vehicle Driving Data Tracking Collecting | Case No. 1:24-md-03115-TWT<br><br>This Document Relates to Case Nos:<br>1:24cv648 (N.D. Ala.)<br>2:24cv2560 (C.D. Cal.)<br>2:24cv2978 (C.D. Cal.)<br>2:24cv3515 (C.D. Cal.)<br>2:24cv4030 (C.D. Cal.)<br>8:24cv695 (C.D. Cal.)<br>3:24cv2540 (N.D. Cal.)<br>9:24cv80281 (S.D. Fla.)<br>1:24cv1558 (N.D. Ga.)<br>1:24cv1669 (N.D. Ga.)<br>1:24cv1807 (N.D. Ga.)<br>1:24cv2070 (N.D. Ga.)<br>1:24cv2295 (N.D. Ga.)<br>1:24cv2479 (N.D. Ga.)<br>2:24cv1080 (E.D. Mich.)<br>2:24cv10824 (E.D. Mich.)<br>2:24cv11004 (E.D. Mich.)<br>2:24cv11062 (E.D. Mich.)<br>2:24cv11119 (E.D. Mich.)<br>2:24cv11153 (E.D. Mich.)<br>2:24cv11194 (E.D. Mich.)<br>2:24cv11221 (E.D. Mich.)<br>0:24cv1517 (D. Minn.)<br>1:24cv2238 (S.D.N.Y.)<br>1:24cv3203 (S.D.N.Y.)<br>3:24cv524 (M.D. Pa.) |

## **ORDER STAYING DEADLINES**

Upon consent of the parties, IT IS HEREBY ORDERED that all deadlines in

the matters set forth below (collectively, the "Consolidated Matters"), which were consolidated and/or transferred to this Court, are hereby stayed pending this Court conducting a Case Management Conference to establish a coordinated schedule for this Multidistrict Litigation:

### Northern District of Alabama

PARTON V. GENERAL MOTORS LLC ET AL., No. 1:24cv648

### Central District of California

KING, ET AL. v. GENERAL MOTORS LLC, ET AL., 2:24cv2560
CHRISTOPHER VALENCIA V. GENERAL MOTORS LLC ET AL., 2:24cv2978
DAVID GARCIA, III V. GENERAL MOTORS LLC ET AL., 2:24cv3515
NATHANIEL HAIDEN V. GENERAL MOTORS LLC ET AL., 2:24cv4030
THONGSAWANG v. GENERAL MOTORS LLC, ET AL., 8:24cv695

### Northern District of California

SMITH, JR. V. GENERAL MOTORS, LLC ET AL., 3:24cv2540

### Southern District of Florida

CHICCO v. GENERAL MOTORS LLC, ET AL., 9:24cv80281

### Northern District of Georgia

MASON V. GENERAL MOTORS, LLC ET AL., 1:24cv1558
FIGLIO ET AL. V. GENERAL MOTORS, LLC ET AL., 1:24cv1669
LAFALCE V. GENERAL MOTORS, LLC ET AL., 1:24cv1807
GRACE GILMORE V. GENERAL MOTORS, ET AL., 1:24cv2070
TORRES V. GENERAL MOTORS LLC, ET AL., 1:24cv2295
BRUNET V. GENERAL MOTORS LLC, ET AL., 1:24cv2479

**Eastern District of Michigan**

REED, ET AL. v. GENERAL MOTORS LLC, ET AL., 2:24cv10804
BLOCK, ET AL. v. GENERAL MOTORS LLC, ET AL., 2:24cv10824
CARNINE ET AL. V. GENERAL MOTORS LLC ET AL., 2:24cv11004
COGLE V. GENERAL MOTORS, LLC ET AL., 2:24cv11062
LIMA V. GENERAL MOTORS LLC ET AL., 2:24cv11119
LAURSEN V. GENERAL MOTORS, LLC ET AL., 2:24cv11153
DREWS ET AL. V. GENERAL MOTORS LLC ET AL., 2:24cv11194
MARTINEZ, JR. ET AL. V. GENERAL MOTORS, LLC ET AL., 2:24cv11221

**District of Minnesota**

BEHM V. GENERAL MOTORS LLC ET AL., 0:24cv1517

**Southern District of New York**

LANDMAN v. GENERAL MOTORS LLC, ET AL., 1:24cv2238
DAVIDS ET AL. V. GENERAL MOTORS LLC ET AL., 1:24cv3203

**Middle District of Pennsylvania**

DINARDO v. GENERAL MOTORS LLC, ET AL., 3:24cv524

**IT IS SO ORDERED** this __2nd__ day of __July__ 2024

                                         Hon. Thomas W. Thrash
                                         United States District Judge