## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: Consumer Vehicle Driving Data Tracking Collection | CIVIL ACTION FILE No. 1:24-MD-3115-TWT |

## <u>ORDER LIFTING RESTRICTIONS ON MEDIA</u>

Certain counsel seek an order permitting the use of portable computers, cellular telephones, pagers and personal communication devices without cameras, and electronic devices equipped with cameras, including cellular telephones, personal digital assistances and laptop computers, to be allowed into the courthouse and used in the courtroom before, during, and after the Initial Status Conference scheduled to take place on July 9, 2024 at 2:00 P.M. in Courtroom 2108, 2388 Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309. Accordingly:

1.      Counsel may use portable computers, cellular telephones, and personal communication devices without cameras, and electronic devices equipped with cameras, including cellular telephones, personal digital assistances and laptop computers, to aid their presentation of evidence or perpetuation of the record, in accordance with the purposes of Local Rule 83.4.

2.     Specifically, the following attorneys are permitted to bring electronic devices, including one each of cellular telephones, a portable computer and an electronic tablet computer (such as an iPad), to Courtroom 2108 on July 9, 2024:

| | |
|---|---|
| Ahuja, Jasmeet | Loeser, Thomas E. |
| Antellus, Dory P. | Longman, Howard E. |
| Aylstock, Bryan F. | Lynch, Gary A. |
| Barnes, Roy E. | Maiden, P. Graham |
| Bevis, John R. | McBride, Ryan A. |
| Blatt, Gayle M. | Polk, Adam |
| Burroughs, Page | Raether, Jr., Ronald I. |
| Clobes, Bryan L. | Sabita, Soneji J. |
| Graifman, Gary S. | Schubert, Amber L. |
| Grant, Lynda J. | Seigel, Norman S. |
| Grombacher, Kiley | Smith, Brandon M. |
| Gugliemo, Joseph P. | Springer, Chris |
| Hoffmeister Smith, Julie | Streisfeld, Jonathan |
| Honik, Ruben | Tribble, J. Cameron |
| Hughes, Emily E. | Tullos Oliver, Kristen |
| Keller, Amy | Yanchunis, John A. |

3.      Counsel are prohibited from taking photographs or operating recording devices during courtroom proceedings. Counsel shall not take photographs, operate tape recorders, or otherwise record electronically any proceeding or other occurrence in the courthouse or courtrooms described above.

4.      Counsel shall not operate any device outlined above in any public area where their operation is disruptive of any court proceeding.


IT IS SO ORDERED, this 8th day of July, 2024.


The Honorable Thomas W. Thrash, Jr.
United States District Court
Northern District of Georgia