UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: CONSUMER VEHICLE DRIVING DATA TRACKING COLLECTION ) | Civil Action No. 1:24-MD-3115-TWT<br>ALL DEFENDANTS |

**ORDER**

Before the Court is Plaintiffs' Motion for Leave to Allow Limited Early Discovery (Dkt. No. 110). After consideration of the parties' briefing, argument of counsel, and the reasons provided at the status conference held on February 4, 2025, good cause has been shown to allow limited early discovery as follows:

1. No later than 21 days from the date of this Order, all Defendants shall produce to Plaintiffs any documents produced and written responses to interrogatories or other investigative demand requests from the Texas Office of the Attorney General and/or the Federal Trade Commission, as of the date of this Order, regarding their investigations related to the collection, use, and dissemination of GM driving data. Defendants may redact such documents to protect PII and may designate such documents for confidential protection consistent with the parties' stipulated Protective Order.

2. It is further Ordered that in the event any of Plaintiffs' claims survive Defendants' forthcoming motions to dismiss, the Parties are authorized to begin discovery immediately upon entry of this Court's order adjudicating the motions.

SO ORDERED this 11th day of February 2025.

Thomas W. Thrash

Hon. Thomas W. Thrash, Jr.
United States District Judge