# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: Consumer Vehicle Driving Data Tracking Collection | MDL Docket No. 3115<br>No. 1:24-md-3115-TWT |

## AMENDED SCHEDULING ORDER

Based on the Court's Order granting Plaintiffs certain early discovery and upon the Parties' request at the February 4, 2025 status conference, the Court ORDERS that the case proceed pursuant to the following schedule, amending and replacing the Scheduling Order set forth in Case Management Order No. 2 (Dkt. 91):

| EVENT | DEADLINE/DATE |
|---|---|
| File Motions to Dismiss | **On or before April 14, 2025** |
| File Opposition to Motions to Dismiss | **On or before May 27, 2025** |
| File Replies in Support of Motions to Dismiss | **On or before June 23, 2025** |
| Fact Discovery Begins | **For each Defendant, upon resolution of the Motion(s) to Dismiss filed by that Defendant to the extent the Motion(s) are not granted in full** |
| File Responsive Pleadings to the Complaint | **For each Defendant, 45 days after the Court issues an Order on the Motion(s) to Dismiss filed** |

| EVENT | DEADLINE/DATE |
|---|---|
| | by that Defendant to the extent the Motion(s) are not granted in full |
| Add Additional Parties and/or Amend Pleadings | 90 days after beginning of fact discovery as to each Defendant |
| Substantial completion of document production | 8 months after the beginning of fact discovery as to each Defendant |
| Fact Discovery closes | 12 months after the beginning of fact discovery as to each Defendant |
| Disclosure of Plaintiffs' Expert(s) and Expert Report(s) | 30 days after Fact Discovery closes |
| Disclosure of Defendants' Experts(s) and Expert Report(s) | 60 days after the disclosure of Plaintiffs' expert(s) and expert report(s) |
| Disclosure of Plaintiffs' Rebuttal Expert(s) and Serve Rebuttal Expert Reports | 30 days after disclosure of Defendants' expert(s) and report(s) |
| Completion of Expert Discovery | 45 days after the disclosure of plaintiff's rebuttal expert(s) and report(s) |
| Local Rule 16.3 Conference | Within 14 days of the completion of expert discovery |
| Plaintiffs' Class Certification Motions | 45 days after Rule 16.3 Conference |
| Opposition to Plaintiffs' Class Certification Motions | 60 days after service of Plaintiffs' motion for class certification |
| Reply in Support of Class Certification Motions | 45 days after defendants' opposition to class certification |

| EVENT | DEADLINE/DATE |
|---|---|
| Summary Judgment Motions | 45 days after ruling on class certification |
| Opposition to Summary Judgment | 30 days after motions are filed |
| Reply in Support of Summary Judgment | 30 days after oppositions to summary judgment are filed |
| Pretrial Conference | TBD by Court |

SO ORDERED, this __1st__ day of April, 2025.

                                        Thomas W. Thrash, Jr., Judge
                                        United States District Court