**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: Consumer Vehicle Driving Data Tracking Collection | No. 1:24-md-3115-TWT |

# LEXISNEXIS RISK SOLUTIONS INC. AND VERISK ANALYTICS, INC.'S MOTION TO DISMISS PLAINTIFFS' FAIR CREDIT REPORTING ACT CLAIM AND STATE LAW CLAIMS

Defendants LexisNexis Risk Solutions Inc. ("LNRS") and Verisk Analytics, Inc. ("Verisk," and collectively with LNRS, "CRA Defendants") submit this motion to dismiss, which seeks dismissal of the following claims in Plaintiffs' Master Consolidated Class Action Complaint (the "MCC") for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure:

1) Dismissal of Plaintiffs' claim under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq*. (Count 10) for failure to state a claim; and
2) Dismissal of Plaintiffs' state statutory and common law claims in the MCC (Counts 5-7, 9, 11-14, 17-18, 21, 23-25, 28-33, 35, 37-38, 40-41, 43-44,

46, 48-50, 52, 54-55, 57, and 58) in their entirety because the FCRA preempts those claims.

In support of this motion, CRA Defendants submit a memorandum of law, which contains arguments and citations of authorities.

WHEREFORE, CRA Defendants respectfully request the following relief:

(a) That the Court dismiss Plaintiffs' FCRA claim (Count 10) and state statutory and common law claims (Counts 5-7, 9, 11-14, 17-18, 21, 23-25, 28-33, 35, 37-38, 40-41, 43-44, 46, 48-50, 52, 54-55, 57, and 58) in their entirety as to CRA Defendants;

(b) That, in conjunction with CRA Defendants' simultaneous filing as to the remaining claims, the Court dismiss Plaintiffs' MCC in its entirety against CRA Defendants; and

(c) Such other relief as the Court deems just and proper.

Dated: April 14, 2025

Respectfully submitted,

*/s/ Ronald I. Raether, Jr.*
Ronald I. Raether, Jr. (*pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
100 Spectrum Center Drive
Suite 1500
Irvine, California 92618
Tel: (949) 622-2700
ron.raether@troutman.com

Julie Hoffmeister Smith (*pro hac vice*)
Timothy J. St. George (*pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
1001 Haxall Point
Richmond, Virginia 23219
Tel: (804) 697-1200
julie.hoffmeister@troutman.com
timothy.st.george@troutman.com

Cindy D. Hanson
**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308
Tel: (404) 885-3000
cindy.hanson@troutman.com

*Attorneys for Defendant LexisNexis Risk Solutions Inc.*

*/s/ Jasmeet K. Ahuja*
Jasmeet K. Ahuja (*pro hac vice*)
**HOGAN LOVELLS US LLP**
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Tel: (267)-675-4667
jasmeet.ahuja@hoganlovells.com

Allison J. Caplis (*pro hac vice*)
**HOGAN LOVELLS US LLP**
100 International Drive, Suite 2000
Baltimore, MD 21202
Tel: (410)-659-2784
allison.caplis@hoganlovells.com

*Attorneys for Defendant Verisk Analytics, Inc.*

## RULE 7.1(D) CERTIFICATION

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

*/s/ Ronald I. Raether, Jr.*
Ronald I. Raether, Jr.

*Attorney for Defendant LexisNexis Risk Solutions Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this day a copy of the foregoing was filed and served using the Court's CM/ECF system which will send notification of such filing to all ECF registered participants.

DATED this 14th day of April, 2025.

*/s/ Ronald I. Raether, Jr.*
Ronald I. Raether, Jr.

*Attorney for Defendant LexisNexis Risk Solutions Inc.*