**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: Consumer Vehicle Driving Data Tracking Collection | No. 1:24-md-3115-TWT |

**LEXISNEXIS RISK SOLUTIONS INC. AND VERISK ANALYTICS, INC.'S MOTION TO DISMISS PLAINTIFFS' FEDERAL WIRETAP, STATE STATUTORY AND COMMON LAW CLAIMS**

Defendants LexisNexis Risk Solutions Inc. ("LNRS") and Verisk Analytics, Inc. ("Verisk," and collectively with LNRS, "CRA Defendants") respectfully request that the Court dismiss the federal wiretap, statute statutory, and common law claims (Counts 2, 5-7, 9, 11-14, 17-18, 21, 23-25, 28-33, 35, 37-38, 40-41, 43-44, 46, 48-50, 52, 54-55, 57, and 58) in Plaintiffs' Master Consolidated Class Action Complaint (the "MCC") for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

In support of this motion, CRA Defendants submit a memorandum of law, which contains arguments and citations of authorities.

WHEREFORE, CRA Defendants respectfully request the following relief:

(a) That Counts 2, 5-7, 9, 11-14, 17-18, 21, 23-25, 28-33, 35, 37-38, 40-41, 43-44, 46, 48-50, 52, 54-55, 57, and 58 of MCC be dismissed as to CRA Defendants; and

(b) Such other relief as the Court deems just and proper.

Dated: April 14, 2025

Respectfully submitted,

*/s/ Jasmeet K. Ahuja*
Jasmeet K. Ahuja (*pro hac vice*)
**HOGAN LOVELLS US LLP**
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Tel: (267)-675-4667
jasmeet.ahuja@hoganlovells.com

Allison J. Caplis (*pro hac vice*)
**HOGAN LOVELLS US LLP**
100 International Drive, Suite 2000
Baltimore, MD 21202
Tel: (410)-659-2784
allison.caplis@hoganlovells.com

*Attorneys for Defendant Verisk Analytics, Inc.*

*/s/ Ronald I. Raether, Jr.*
Ronald I. Raether, Jr. (*pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
100 Spectrum Center Drive
Suite 1500
Irvine, California 92618
Tel: (949) 622-2700
ron.raether@troutman.com

Julie Hoffmeister Smith (*pro hac vice*)
Timothy J. St. George (*pro hac vice)*
**TROUTMAN PEPPER LOCKE LLP**
1001 Haxall Point
Richmond, Virginia 23219
Tel: (804) 697-1200
julie.hoffmeister@troutman.com
timothy.st.george@troutman.com

Cindy D. Hanson
**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308
Tel: (404) 885-3000
cindy.hanson@troutman.com

*Attorneys for Defendant LexisNexis Risk Solutions Inc.*

**CERTIFICATE OF COMPLIANCE**

By her signature below, and as required by Local Rule 7.1(D), counsel for Defendant Verisk certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), namely Times New Roman (14 point).

*/s/ Jasmeet K. Ahuja*
Jasmeet K. Ahuja
Hogan Lovells US LLP

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2025, I have caused a copy of the foregoing Motion to Dismiss to be filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this case.

*/s/ Jasmeet K. Ahuja*
Jasmeet K. Ahuja
Hogan Lovells US LLP