**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: Consumer Vehicle Driving Data Tracking Collection | No. 1:24-md-3115-TWT |

# DEFENDANTS GENERAL MOTORS LLC AND ONSTAR, LLC'S MOTION TO DISMISS THE MASTER CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, Defendants General Motors LLC and OnStar, LLC move to dismiss the Master Consolidated Class Action Complaint (Dkt. 109) for the reasons set forth in the accompanying memorandum of law.

Dated: April 14, 2025

Respectfully submitted,

By: *<u>/s/ Susan M. Clare</u>*
**KING & SPALDING LLP**
David L. Balser
Georgia Bar No. 035835
Susan M. Clare
Georgia Bar No. 262830
John C. Toro
Georgia Bar No. 175145
Peter Starr
Georgia Bar No. 648453
Matthew B. Rosenthal
Georgia Bar No. 871852
1180 Peachtree Street NE, Suite 1600

Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
dbalser@kslaw.com
sclare@kslaw.com
jtoro@kslaw.com
pstarr@kslaw.com
mrosenthal@kslaw.com

*Attorneys for Defendants*
*General Motors LLC and OnStar, LLC*

## RULE 7.1(D) CERTIFICATION

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

/s/ *Susan M. Clare*
Susan M. Clare
Georgia Bar No. 262830

*Attorney for Defendants General Motors LLC and OnStar, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this day a copy of the foregoing was filed and served using the Court's CM/ECF system which will send notification of such filing to ECF registered participants.

DATED this 14th day of April, 2025.

*/s/ Susan M. Clare*
Susan M. Clare
Georgia Bar No. 262830

*Attorney for Defendants General Motors LLC and OnStar, LLC*