# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:24-md-03115-TWT
### IN RE: Consumer Vehicle Driving Data Tracking Collection
### Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 9/5/2025.

| | |
|---|---|
| TIME COURT COMMENCED: 10:00 A.M.<br>TIME COURT CONCLUDED: 1:45 P.M.<br>TIME IN COURT: 3:45<br>OFFICE LOCATION: Atlanta | COURT REPORTER: Diane Peede<br>CSO/DUSM: 1 CSO<br>DEPUTY CLERK: Jordyn Holder |

ATTORNEY(S) PRESENT:
Jasmeet Ahuja representing Verisk Analytics, Inc.
David Balser representing General Motors LLC
Roy Barnes representing All Consumer Plaintiffs
Peter Martinez representing Verisk Analytics, Inc.
Ronald Raether representing LexisNexis Risk Solutions Inc.
Norman Siegel representing All Consumer Plaintiffs
Sabita Soneji representing All Consumer Plaintiffs
Peter Starr representing General Motors Holdings LLC
Peter Starr representing General Motors LLC
Peter Starr representing Onstar LLC
John Toro representing General Motors Holdings LLC
John Toro representing General Motors LLC
John Toro representing Onstar LLC

PROCEEDING CATEGORY: Motion Hearing(Motion Hearing Non-evidentiary);

MOTIONS RULED ON:
[140]Motion to Dismiss for Failure to State a Claim TAKEN UNDER ADVISEMENT
[141]Motion to Dismiss for Failure to State a Claim TAKEN UNDER ADVISEMENT
[142]Motion to Dismiss TAKEN UNDER ADVISEMENT

MINUTE TEXT: The Court heard argument from the parties on the [140], [141], and [142] Motions to Dismiss. The Motions were TAKEN UNDER ADVISEMENT by the court. A status conference will be scheduled after the Court enters a written ruling on the motions, if denied.

HEARING STATUS: Hearing Concluded