**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: Consumer Vehicle Driving Data Tracking Collection Litigation | MDL Docket No. 3115<br>Case No. 1:24-md-3115-TWT |

# PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE MASTER CONSOLIDATED COMPLAINT

Plaintiffs notify the Court of two recent rulings where courts denied motions to dismiss against Defendants General Motors LLC and OnStar, LLC ("Defendants") in similar cases brought by attorneys general concluding that claims were not preempted by the Fair Credit Reporting Act. *See State of Nebraska ex rel. Hilgers v. General Motors LLC*, No. CI-2325 (Lancaster Cnty. Dist. Ct. Dec. 5, 2025) (**Exhibit A**), and *State of Indiana v. General Motors LLC*, No. 49D06-2503-PL-01383 (Marion Superior Ct. Oct. 7, 2025)(**Exhibit B**). In both cases Defendants argued—as they do here—that plaintiffs' state law claims were impliedly preempted because they would undermine the goals of the FCRA.

In *State of Nebraska*, the court rejected GM's FCRA preemption argument, noting that plaintiff's claims related to the collection of data, not the obligations after

the data had been collected. Order at 2–3, *State of Nebraska ex rel. Hilgers v. General Motors LLC*, No. CI-2325 (Lancaster Cnty. Dist. Ct. Dec. 5, 2025).

In *State of Indiana*, the court also rejected Defendants' FCRA preemption argument holding that "Section 1681t(a) makes clear that Congress did not intend to occupy the entire regulatory field with regard to consumer reporting." *See* Order Denying Defendants' Motion to Dismiss at 4, *State of Indiana v. General Motors LLC*, No. 49D06-2503-PL-01383 (Marion Superior Ct. Oct. 7, 2025) (citing *Davenport v. Farmers Ins. Grp.*, 378 F.3d 839, 842–43 (8th Cir. 2004)). The court also noted that General Motors' implied preemption arguments failed because the FCRA was like the Indiana Deceptive Consumer Sales Act: "a consumer protection statute designed to protect consumers." *Id.* at 5. "[A]llowing furnishers to engage in unfair, abusive, or deceptive practices to obtain data from consumers would contravene the purposes and objectives of the FCRA." *Id.*

These recent decisions in cases involving the same facts and circumstances make even clearer that the FCRA does not preempt Plaintiffs' claims here and that Defendants' motions to dismiss should be denied.

Dated: December 11, 2025. Respectfully submitted,

*/s/ John R. Bevis*
John R. Bevis, GA Bar No. 056110
**THE BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel: (770) 227-6375
bevis@barneslawgroup.com

*/s/ Norman E. Siegel*
Norman E. Siegel*
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
siegel@stuevesiegel.com

***MDL Co-Lead Counsel***

Bryan L. Clobes*
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Tel: (312) 782-4880
bclobes@caffertyclobes.com

Amy E. Keller*
**DICELLO LEVITT LLP**
Ten North Dearborn Street
Ste Sixth Floor
Chicago, Illinois 60602
Tel: (312) 214-7900
akeller@decellolevitt.com

***OnStar Track Co-Lead Counsel***

Joseph P. Guglielmo*
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Avenue, 17th Floor
New York, New York 10169
Tel: (212) 223-4478
jguglielmo@scott-scott.com

Sabita J. Soneji*
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Tel: (510) 254-6808
ssoneji@tzlegal.com

***GM Track Co-Lead Counsel***

* Admitted Pro Hac

***Attorneys for Plaintiffs***

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14-point Times New Roman font in accordance with Local Rule 5.1(C).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record this 11st day of December, 2025.

/s/ *John R. Bevis*
John R. Bevis, GA Bar No. 056110
**THE BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel: (770) 227-6375
bevis@barneslawgroup.com