**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: Consumer Vehicle Driving Data Tracking Collection Litigation | Civil Action No. 1:24-MD-3115-TWT |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE MASTER CONSOLIDATED COMPLAINT**

Plaintiffs notify the Court of a recent ruling in which a court in the Northern District of Illinois denied a motion to dismiss in a similar case involving the surreptitious collection and sale of driving data. *See In re Allstate and Arity Consumer Privacy Litigation*, No. 25-CV-407 (N.D. Ill. Mar. 3, 2026) ("*Allstate*") (**Exhibit A**). As in this case, defendants argued that plaintiffs' state law claims were preempted by the Fair Credit Reporting Act ("FCRA"), that plaintiffs' FCRA claim failed because it failed to allege inaccuracies or injuries, and that plaintiffs' Federal Wiretap Act ("FWA") and analogous state wiretap claims also failed. The court rejected almost all of defendants' preemption and FCRA arguments and rejected all of their wiretap arguments.

Dated: March 19, 2026

Respectfully submitted,

*/s/ John R. Bevis*
John R. Bevis, GA Bar No. 056110
**THE BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel: (770) 227-6375
bevis@barneslawgroup.com

*/s/ Norman E. Siegel*
Norman E. Siegel*
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
siegel@stuevesiegel.com

***MDL Co-Lead Counsel***

Bryan L. Clobes*
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Tel: (312) 782-4880
bclobes@caffertyclobes.com

Amy E. Keller*
**DICELLO LEVITT LLP**
Ten North Dearborn Street
Sixth Floor
Chicago, Illinois 60602
Tel: (312) 214-7900
akeller@decellolevitt.com

***OnStar Track Co-Lead Counsel***

Joseph P. Guglielmo*
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Avenue, 17th Floor
New York, New York 10169
Tel: (212) 223-4478
jguglielmo@scott-scott.com

Sabita J. Soneji*
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Tel: (510) 254-6808
ssoneji@tzlegal.com

***GM Track Co-Lead Counsel***

***Attorneys for Plaintiffs***
* *Admitted Pro Hac Vice*

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14-point Times New Roman font in accordance with Local Rule 5.1(C).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send notification of such filing to all counsel of record on March 19, 2026.

/s/ *John R. Bevis*
John R. Bevis, GA Bar No. 056110
**THE BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel: (770) 227-6375
bevis@barneslawgroup.com