**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: Consumer Vehicle Driving Data Tracking Collection | No. 1:24-md-3115-TWT |

# CRA DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY DATED MARCH 19, 2026

Defendants LexisNexis Risk Solutions Inc. ("LNRS") and Verisk Analytics, Inc. ("Verisk") (collectively, "CRA Defendants") respond to Plaintiffs' Notice of Supplemental Authority (ECF No. 196), which cites *In re Allstate and Arity Consumer Privacy Litigation*, No. 25-CV-407 (N.D. Ill. Mar. 3, 2026) (the "*Allstate*" decision). CRA Defendants agree that the case is relevant here, as the court's reasoning confirms the FCRA preempts Plaintiffs' state statutory and common law claims against CRA Defendants. *Id*. slip op. at 19 ("FCRA preempts any state law claims against [consumer reporting agencies] based on consent to furnish information" because the "FCRA allows consumer reporting agencies to furnish consumer reports to insurance companies for the purpose of underwriting insurance involving that consumer without first getting the consumer's permission.").

Other aspects of the decision, including the Court's analysis of the federal and state wiretap claims, are not applicable here as the facts at issue in *Allstate*, including the technology defendants employed to record driving data, are distinguishable. *See id.* at 23 (plaintiffs alleged that defendants collected driving data from consumers' mobile phones through software embedded "in third-party apps that require consumers to communicate location data" and that the alleged interceptions occurred in the communications "between the plaintiffs and third-party apps").

Dated: March 25, 2026

Respectfully submitted,

*/s/ Ronald I. Raether, Jr.*
Ronald I. Raether, Jr. (*pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
100 Spectrum Center Drive
Suite 1500
Irvine, California 92618
Tel: (949) 622-2700
ron.raether@troutman.com

Julie Hoffmeister Smith (*pro hac vice*)
Timothy J. St. George (*pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
1001 Haxall Point
Richmond, Virginia 23219
Tel: (804) 697-1200
julie.hoffmeister@troutman.com
timothy.st.george@troutman.com

Cindy D. Hanson
**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308

Tel: (404) 885-3000
cindy.hanson@troutman.com

*Attorneys for Defendant LexisNexis Risk Solutions Inc.*

*/s/ Jasmeet K. Ahuja*

Jasmeet K. Ahuja (*pro hac vice*)
**HOGAN LOVELLS US LLP**
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Tel: (267)-675-4667
jasmeet.ahuja@hoganlovells.com

Peter J. Martinez (*pro hac vice*)
Allison J. Caplis (*pro hac vice*)
**HOGAN LOVELLS US LLP**
100 International Drive, Suite 2000
Baltimore, MD 21202
Tel: (410)-659-2784
peter.martinez@hoganlovells.com
allison.caplis@hoganlovells.com

*Attorneys for Defendant Verisk Analytics, Inc.*

## RULE 7.1(D) CERTIFICATION

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

*/s/ Ronald I. Raether, Jr.*
Ronald I. Raether, Jr.

*Attorney for Defendant LexisNexis Risk Solutions Inc.*