# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| In re: Consumer Vehicle Driving Data Tracking Collection | CIVIL ACTION FILE No. 1:24-MD-3115-TWT |

## ORDER SETTING BRIEFING SCHEDULE

During the Status Conference held on May 4, 2026, the Parties informed the Court of a dispute regarding document custodians. Accordingly, the Court ORDERS the following briefing schedule:

May 11, 2026: Plaintiffs' Opening Briefs

May 27, 2026: Defendants' Response Briefs

June 3, 2026: Plaintiffs' Reply Briefs

It is FURTHER ORDERED that Plaintiffs' Opening Briefs shall be limited to 10 pages, Defendants' Response Briefs shall be limited to 10 pages, and Plaintiffs' Reply Briefs shall be limited to 5 pages.

**SO ORDERED**, this 8th day of May, 2026.

The Honorable Thomas W. Thrash, Jr.
United States District Court
Northern District of Georgia