**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| In re: Consumer Vehicle Driving Data Tracking Collection Litigation | No.: 1:24-md-3115-TWT |
|---|---|

# DEFENDANTS GENERAL MOTORS LLC AND ONSTAR, LLC'S MOTION FOR PARTIAL RECONSIDERATION

In accordance with Local Rule 7.2(E), Defendants General Motors, LLC and OnStar, LLC (together, "GM"), respectfully move the Court for partial reconsideration of its Order on April 22, 2026, granting in part and denying in part GM's Motion to Dismiss the Master Consolidated Complaint (Dkt. 203). GM's motion is directed only to the Court's holding regarding the Federal Wiretap Act. The specific grounds for the motion are set forth in the accompanying memorandum of law filed herewith.

Dated: May 20, 2026

By: */s/ David L. Balser*
**KING & SPALDING LLP**
David L. Balser
Georgia Bar No. 035835
Susan M. Clare
Georgia Bar No. 262830
John C. Toro
Georgia Bar No. 175145

Peter Starr
Georgia Bar No. 648453
Matthew B. Rosenthal
Georgia Bar No. 871852
1180 Peachtree Street NE, Suite 1600
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
dbalser@kslaw.com
sclare@kslaw.com
jtoro@kslaw.com
pstarr@kslaw.com
mrosenthal@kslaw.com

*Attorneys for Defendants*
*General Motors LLC and OnStar, LLC.*

## **RULE 7.1(D) CERTIFICATION**

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

*/s/ David L. Balser*
David L. Balser
Georgia Bar No. 035835

*Attorney for Defendants General Motors LLC and OnStar, LLC.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this day a copy of the foregoing was filed and served using the Court's CM/ECF system which will send notification of such filing to ECF registered participants.

DATED this 20th day of May, 2026

*/s/ David L. Balser*
David L. Balser
Georgia Bar No. 035835

*Attorney for Defendants General Motors LLC and OnStar, LLC.*