**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: Consumer Vehicle Driving Data Tracking Collection Litigation | No.: 1:24-md-3115-TWT |

**LEXISNEXIS RISK SOLUTIONS INC. AND VERISK ANALYTICS, INC.'S NOTICE OF JOINDER TO DEFENDANT GENERAL MOTORS LLC AND ONSTAR, LLC'S MOTIONS FOR RECONSIDERATION AND CLARIFICATION**

Pursuant to Federal Rules of Civil Procedure 10(c) and Local Rule 7.2(E), and in the interests of efficiency and avoiding the submission of duplicative motions to the Court, LexisNexis Risk Solutions Inc. ("LNRS") and Verisk Analytics, Inc. ("Verisk," and collectively with LNRS, "CRA Defendants") hereby join the Motion for Reconsideration of the Court's Ruling on Defendants' Motions to Dismiss (the "Motion for Reconsideration") (ECF No. 226) filed by Defendants General Motors LLC and OnStar, LLC (together, "GM").

Specifically, reconsideration of the Court's decision on the applicability of the "Party Exception" to the Federal Wiretap Act would materially affect the pending Federal Wiretap Act claim currently asserted against both GM and CRA Defendants. Moreover, in their Motion to Dismiss Plaintiffs' Federal Wiretap, State Statutory,

and Common Law Claims, CRA Defendants made similar arguments with respect to the Federal Wiretap Act claim, and CRA Defendants sought dismissal of the claim (and the analogous state wiretap act claims) for the same reasons referenced in GM's Motion for Reconsideration. (*See generally* ECF No. 141.) Therefore, the arguments GM makes in its Motion for Reconsideration apply equally to CRA Defendants.

Additionally, CRA Defendants join the Motion for Clarification Regarding Choice of Law (the "Motion for Clarification") (ECF No. 225) filed by GM. Specifically, CRA Defendants adopt GM's arguments that the Court's April 22, 2026 Order on Defendants' Motions to Dismiss (ECF No. 203) did not hold that Defendants waived any defenses or arguments relating to choice of law, which were preserved by the Defendants in the Parties' Joint Preliminary Report and Discovery Plan (ECF No. 84).

Accordingly, CRA Defendants move for reconsideration of the Court's Ruling on Defendants' Motions to Dismiss for the reasons stated in GM's Motion for Reconsideration and join GM's Motion for Clarification. CRA Defendants respectfully request that GM's Motions be granted.

Dated: May 20, 2026

Respectfully submitted,

*/s/ Ronald I. Raether, Jr.*
Ronald I. Raether, Jr. (*pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
100 Spectrum Center Drive
Suite 1500
Irvine, California 92618
Tel: (949) 622-2700
ron.raether@troutman.com

Julie Hoffmeister Smith (*pro hac vice*)
Timothy J. St. George (*pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
1001 Haxall Point
Richmond, Virginia 23219
Tel: (804) 697-1200
julie.hoffmeister@troutman.com
timothy.st.george@troutman.com

Cindy D. Hanson
**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308
Tel: (404) 885-3000
cindy.hanson@troutman.com

*Attorneys for Defendant LexisNexis Risk Solutions Inc.*

*/s/ Jasmeet K. Ahuja*
Jasmeet K. Ahuja (*pro hac vice*)
**HOGAN LOVELLS US LLP**
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Tel: (267)-675-4667
jasmeet.ahuja@hoganlovells.com

Allison J. Caplis (*pro hac vice*)
Peter J. Martinez (*pro hac vice*)
**HOGAN LOVELLS US LLP**
100 International Drive, Suite 2000
Baltimore, MD 21202
Tel: (410)-659-2700
peter.martinez@hoganlovells.com

Brett M. Weinstein (*pro hac vice*)
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
(212) 918-3000
brett.weinstein@hoganlovells.com

*Attorneys for Defendant Verisk Analytics, Inc.*

## RULE 7.1(D) CERTIFICATION

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

*/s/ Ronald I. Raether, Jr.*
Ronald I. Raether, Jr.

*Attorney for Defendant LexisNexis Risk Solutions Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this day a copy of the foregoing was filed and served using the Court's CM/ECF system which will send notification of such filing to all ECF registered participants.

DATED this 20th day of May, 2026.

*/s/ Ronald I. Raether, Jr.*
Ronald I. Raether, Jr.

*Attorney for Defendant LexisNexis Risk Solutions Inc.*