**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: Consumer Vehicle Driving Data Tracking Collection Litigation | No.: 1:24-md-3115-TWT |

**LEXISNEXIS RISK SOLUTIONS INC.'S NOTICE OF JOINDER TO DEFENDANT VERISK ANALYTICS INC.'S <u>MOTION FOR RECONSIDERATION</u>**

Pursuant to Federal Rules of Civil Procedure 10(c) and Local Rule 7.2(E), and in the interests of efficiency and avoiding the submission of duplicative motions to the Court, Defendant LexisNexis Risk Solutions Inc. ("LNRS") hereby joins the Motion for Reconsideration of the Court's Ruling on Defendants' Motions to Dismiss (the "Motion") (ECF No. 228) filed by Defendant Verisk Analytics, Inc. ("Verisk").[1]

Specifically, LNRS stands in a materially identical position as Verisk with respect to the Court's unjust enrichment ruling and its application of Michigan law to that claim (*see* ECF No. 203).

[1] Note, LNRS acknowledges that Verisk's Motion contains a section tailored specifically to Verisk, *i.e.*, that the Northern District of Georgia lacks personal jurisdiction over Verisk since it is located in New Jersey.

Further, LNRS adopts Verisk's arguments that the Defendants did not agree that: (1) the Plaintiffs' Master Consolidated Complaint would serve as a superseding pleading; (2) this Court serve as the "forum" court for choice of law purposes; or (3) Georgia law applies to all Plaintiffs common law claims.

Accordingly, LNRS moves for reconsideration of the Court's Ruling on Defendants' Motions to Dismiss for the reasons stated in Verisk's Motion. LNRS respectfully requests that the Motion be granted.

Dated: May 20, 2026

Respectfully submitted,

*/s/ Ronald I. Raether, Jr.*

Ronald I. Raether, Jr. (*pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
100 Spectrum Center Drive
Suite 1500
Irvine, California 92618
Tel: (949) 622-2700
ron.raether@troutman.com

Julie Hoffmeister Smith (*pro hac vice*)
Timothy J. St. George (*pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
1001 Haxall Point
Richmond, Virginia 23219
Tel: (804) 697-1200
julie.hoffmeister@troutman.com
timothy.st.george@troutman.com

Cindy D. Hanson
**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308

Tel: (404) 885-3000
cindy.hanson@troutman.com

*Attorneys for Defendant LexisNexis Risk Solutions Inc.*

## RULE 7.1(D) CERTIFICATION

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

*/s/ Ronald I. Raether, Jr.*
Ronald I. Raether, Jr.

*Attorney for Defendant LexisNexis Risk Solutions Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this day a copy of the foregoing was filed and served using the Court's CM/ECF system which will send notification of such filing to all ECF registered participants.

DATED this 20th day of May, 2026.

*/s/ Ronald I. Raether, Jr.*
Ronald I. Raether, Jr.

*Attorney for Defendant LexisNexis Risk Solutions Inc.*