**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**Atlanta Division**

| | |
|---|---|
| *In Re: Consumer Vehicle Driving Data Tracking Collection* | Case No. 1:24-MD-3115-TWT<br><br>ALL PARTIES |

**ORDER ON PLAINTIFFS' MOTIONS TO COMPEL DEFENDANTS TO SEARCH CERTAIN ESI CUSTODIANS**

This matter came before the Court during the June 9, 2026 status conference regarding Plaintiffs' motions to compel Defendants to search for Electronically Stored Information ("ESI") from certain custodians. [Docs. 216, 217 & 218.] Defendants opposed the motions, [Docs. 238, 239 & 240], and Plaintiffs submitted replies. [Doc. 248, 249 & 250.]

After considering the briefs, arguments of the parties, and the record, the Court finds that Plaintiffs have shown sufficient likelihood that the search of the requested custodians' files will likely produce relevant information. Further, Defendants have understated their responsibility to respond to discovery and overstated the Plaintiffs' burden to show lack of undue burden and proportionality. Finally, it is premature for the Court to rule on relevancy or privilege objections before the ESI searches have been conducted, and documents have been collected and reviewed.

Accordingly, Plaintiffs' motions to compel are GRANTED. In accordance with the ESI protocol entered in this case [Doc. 119], Defendants are ordered to search the requested custodial files as follows:

1. Defendant Verisk Analytics, Inc. is ordered to search the custodial files of Samantha Vaughn;

2. Defendant LexisNexis Risk Solution, Inc. is ordered to search the custodial files of Mark Kelsey, William Madison, Annette Gaines and Patricia Lee;

3. Defendants General Motors LLC and OnStar, LLC are ordered to search the custodial files of Christopher Murphy, Suzanne Miklos, Ryan Bowers and Susan Benington.

SO ORDERED, this 16th day of June 2026.

Thomas W. Thrash

THOMAS W. THRASH, JR.
United States District Judge