**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: Consumer Vehicle Driving Data Tracking Collection | MDL Docket No. 3115<br>Case No. 1:24-md-3115-TWT |

**DEFENDANT VERISK ANALYTICS, INC.'S**
**ANSWER AND AFFIRMATIVE DEFENSES**
**TO THE MASTER CONSOLIDATED CLASS ACTION COMPLAINT**

Defendant Verisk Analytics, Inc. ("Verisk" or "Defendant") submits this Answer to the Master Consolidated Class Action Complaint (the "Complaint") dated December 13, 2024, ECF No. 109. In addition to the answers below, Verisk denies all allegations present in Plaintiffs' footnotes and non-numbered paragraphs throughout the Complaint. The Table of Contents, section headings, and subheadings (including any footnotes relating to those headings and subheadings) throughout the Complaint contain characterizations of the Complaint to which no response is required. To the extent a response is deemed required, Verisk denies any allegations in the Table of Contents, section headings, and subheadings in the Complaint. Further, the section headings in this Answer exist for purposes of convenience only and are not admissions.

## VERISK'S ANSWERS TO PLAINTIFFS' COMPLAINT

Verisk, by and through its undersigned counsel, respectfully responds to Plaintiffs' Complaint as follows:

The unnumbered Paragraph on page i of the Complaint and footnote 1 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in this Paragraph. On that basis, Verisk denies the allegations.

## INTRODUCTION

1. Paragraph 1 and footnote 2 of the Complaint purport to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1 and footnote 2 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1 and footnote 2. On that basis, Verisk denies the allegations.

2. Paragraph 2 and footnote 3 of the Complaint purport to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 2 and footnote 3 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the

allegations in Paragraph 2 and footnote 3 that relate to Verisk, Verisk admits only that GM and/or OnStar furnished certain consumers' driving data to Verisk, which data did not include all of the categories encompassed in Plaintiffs' definition in Paragraph 1. Except as specifically admitted, Verisk denies the allegations in Paragraph 2 and footnote 3.

3. Paragraph 3 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 3 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 3 that relate to Verisk, Verisk denies the allegations.

4. Paragraph 4 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 4 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations.

5. Paragraph 5 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 5 that relate to parties other than Verisk, Verisk lacks

knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 5 that relate to Verisk, Verisk denies the allegations.

**JURISDICTION AND VENUE**

6. Paragraph 6 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 6 require a response, Verisk admits only that this action was consolidated by the Judicial Panel on Multidistrict Litigation in this district for pre-trial purposes only. Except as specifically admitted, Verisk denies the allegations in Paragraph 6.

7. Paragraph 7 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 7 require a response, Verisk admits only that this action was consolidated by the Judicial Panel on Multidistrict Litigation in this district for pre-trial purposes only. Except as specifically admitted, Verisk denies the allegations in Paragraph 7.

8. Paragraph 8 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 8 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 8 that relate

to Verisk, Verisk admits only that this action was consolidated by the Judicial Panel on Multidistrict Litigation in this district for pre-trial purposes only. Except as specifically admitted, Verisk denies the allegations in Paragraph 8. For the avoidance of doubt, Verisk specifically denies that it "regularly conduct[s] substantial business in this District" and further denies that "a substantial part of the events giving rise to the claims emanated from activities within this District."

9. The opinion cited in Paragraph 9 of the Complaint speaks for itself, and no response is required. To the extent the allegations in Paragraph 9 require a response, Verisk admits only that the consolidated complaint is a superseding complaint, subject to the reservations Defendants made in the October 9, 2024 Joint Preliminary Report and Discovery Plan, ECF No. 84. Specifically, Verisk expressly preserved any arguments it otherwise would have had if the consolidated complaint was administrative in nature, rather than superseding. Except as specifically admitted, Verisk denies the allegations in Paragraph 9.

**PLAINTIFFS**

10. Paragraph 10 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 10 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that

basis, Verisk denies the allegations. As to the allegations in Paragraph 10 that relate to Verisk, Verisk admits only that it received and shared certain driving data related to certain General Motors vehicles of certain named Plaintiffs, which data did not include all of the categories encompassed in Plaintiffs' definition in Paragraph 1. Except as specifically admitted, Verisk denies the allegations in Paragraph 10, and specifically denies that class treatment in this case is appropriate.

11. Paragraph 11 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 11 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

## ALABAMA

### Chad Weaver

12. The allegations in Paragraph 12 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 12. On that basis, Verisk denies the allegations.

13. The allegations in Paragraph 13 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to

admit or deny the allegations in Paragraph 13. On that basis, Verisk denies the allegations.

14. Paragraph 14 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 14 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 14. On that basis, Verisk denies the allegations.

15. Paragraph 15 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 15 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 15 that relate to Verisk, Verisk denies the allegations.

16. Paragraph 16 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 16 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

17. Paragraph 17 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 17 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 17 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 17.

18. As to the allegations in Paragraph 18 of the Complaint that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 18 that relate to Verisk, Verisk denies the allegations.

19. Paragraph 19 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 19 that relate to parties and a nonparty other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 19 that relate to Verisk, Verisk denies the allegations.

20. The allegations in Paragraph 20 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 20. On that basis, Verisk denies the allegations.

21. The allegations in Paragraph 21 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 21. On that basis, Verisk denies the allegations.

22. Paragraph 22 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 22 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 22 that relate to Verisk, Verisk denies the allegations.

23. Paragraph 23 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 23 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 23. On that basis, Verisk denies the allegations.

24. Paragraph 24 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 24 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 24 that relate to Verisk, Verisk denies the allegations.

25. Paragraph 25 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 25 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 25 that relate to Verisk, Verisk denies the allegations.

## ARIZONA

### Brian Johnson

26. The allegations in Paragraph 26 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 26. On that basis, Verisk denies the allegations.

27. The allegations in Paragraph 27 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to

admit or deny the allegations in Paragraph 27. On that basis, Verisk denies the allegations.

28. Paragraph 28 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 28 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

29. Paragraph 29 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 29 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 29 that relate to Verisk, Verisk denies the allegations.

30. Paragraph 30 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 30 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 30. On that basis, Verisk denies the allegations.

31. Paragraph 31 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 31 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 31 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 31.

32. As to the allegations in Paragraph 32 of the Complaint that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 32 that relate to Verisk, Verisk denies the allegations.

33. Paragraph 33 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 33 that relate to parties and a nonparty other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 33 that relate to Verisk, Verisk denies the allegations.

34. The allegations in Paragraph 34 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 34. On that basis, Verisk denies the allegations.

35. The allegations in Paragraph 35 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 35. On that basis, Verisk denies the allegations.

36. The allegations in Paragraph 36 of the Complaint relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 36. On that basis, Verisk denies the allegations.

37. The allegations in Paragraph 37 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 37. On that basis, Verisk denies the allegations.

38. Paragraph 38 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 38 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that

basis, Verisk denies the allegations. As to the allegations in Paragraph 38 that relate to Verisk, Verisk denies the allegations.

39. Paragraph 39 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 39 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 39. On that basis, Verisk denies the allegations.

40. Paragraph 40 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 40 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 40 that relate to Verisk, Verisk denies the allegations.

41. Paragraph 41 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 41 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 41 that relate to Verisk, Verisk denies the allegations.

**David Loehr**

42. The allegations in Paragraph 42 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 42. On that basis, Verisk denies the allegations.

43. The allegations in Paragraph 43 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 43. On that basis, Verisk denies the allegations.

44. Paragraph 44 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 44 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 44. On that basis, Verisk denies the allegations.

45. Paragraph 45 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 45 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 45 that relate to Verisk, Verisk denies the allegations.

46. Paragraph 46 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 46 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 46. On that basis, Verisk denies the allegations.

47. Paragraph 47 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 47 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 47 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 47.

48. As to the allegations in Paragraph 48 of the Complaint that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 48 that relate to Verisk, Verisk denies the allegations.

49. The allegations in Paragraph 49 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 49. On that basis, Verisk denies the allegations.

50. The allegations in Paragraph 50 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 50. On that basis, Verisk denies the allegations.

51. The allegations in Paragraph 51 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 51. On that basis, Verisk denies the allegations.

52. Paragraph 52 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 52 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 52 that relate to Verisk, Verisk denies the allegations.

53. Paragraph 53 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations

in Paragraph 53 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 53. On that basis, Verisk denies the allegations.

54. Paragraph 54 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 54 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 54 that relate to Verisk, Verisk denies the allegations.

55. Paragraph 55 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 55 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 55 that relate to Verisk, Verisk denies the allegations.

## CALIFORNIA

### Dan Carnine

56. The allegations in Paragraph 56 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 56. On that basis, Verisk denies the allegations.

57. The allegations in Paragraph 57 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 57. On that basis, Verisk denies the allegations.

58. Paragraph 58 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 58 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 58. On that basis, Verisk denies the allegations.

59. Paragraph 59 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 59 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 59. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 59 that relate to Verisk, Verisk denies the allegations.

60. Paragraph 60 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 60 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 60. On that basis, Verisk denies the allegations.

61. The allegations in Paragraph 61 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 61. On that basis, Verisk denies the allegations.

62. The allegations in Paragraph 62 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 62. On that basis, Verisk denies the allegations.

63. Paragraph 63 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 63 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 63 that relate to Verisk, Verisk denies the allegations.

64. The allegations in Paragraph 64 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient

to admit or deny the allegations in Paragraph 64. On that basis, Verisk denies the allegations.

65. The allegations in Paragraph 65 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 65. On that basis, Verisk denies the allegations.

66. The allegations in Paragraph 66 of the Complaint relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 66. On that basis, Verisk denies the allegations.

67. The allegations in Paragraph 67 of the Complaint relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 67. On that basis, Verisk denies the allegations.

68. Paragraph 68 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 68 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 68. On that basis, Verisk denies the allegations.

69. Paragraph 69 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 69 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 69. On that basis, Verisk denies the allegations.

70. Paragraph 70 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 70 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 70 that relate to Verisk, Verisk denies the allegations.

71. Paragraph 71 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 71 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 71 that relate to Verisk, Verisk denies the allegations.

**Donald Smith, Jr.**

72. The allegations in Paragraph 72 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 72. On that basis, Verisk denies the allegations.

73. The allegations in Paragraph 73 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 73. On that basis, Verisk denies the allegations.

74. Paragraph 74 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 74 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 74. On that basis, Verisk denies the allegations.

75. Paragraph 75 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 75 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 75 that relate to Verisk, Verisk denies the allegations.

76. Paragraph 76 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations

in Paragraph 76 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 76. On that basis, Verisk denies the allegations.

77. Paragraph 77 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 77 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 77 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 77.

78. As to the allegations in Paragraph 78 of the Complaint that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 78 that relate to Verisk, Verisk denies the allegations.

79. Paragraph 79 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 79 that relate to parties and a nonparty other than Verisk,

Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 79 that relate to Verisk, Verisk denies the allegations.

80. The allegations in Paragraph 80 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 80. On that basis, Verisk denies the allegations.

81. The allegations in Paragraph 81 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 81. On that basis, Verisk denies the allegations.

82. The allegations in Paragraph 82 of the Complaint relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 82. On that basis, Verisk denies the allegations.

83. Paragraph 83 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 83 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that

basis, Verisk denies the allegations. As to the allegations in Paragraph 83 that relate to Verisk, Verisk denies the allegations.

84. Paragraph 84 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 84 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 84. On that basis, Verisk denies the allegations.

85. Paragraph 85 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 85 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 85 that relate to Verisk, Verisk denies the allegations.

86. Paragraph 86 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 86 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 86 that relate to Verisk, Verisk denies the allegations.

**Nathaniel Haiden**

87. The allegations in Paragraph 87 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 87. On that basis, Verisk denies the allegations.

88. The allegations in Paragraph 88 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 88. On that basis, Verisk denies the allegations.

89. Paragraph 89 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 89 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 89. On that basis, Verisk denies the allegations.

90. Paragraph 90 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 90 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 90 that relate to Verisk, Verisk denies the allegations.

91. Paragraph 91 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 91 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 91. On that basis, Verisk denies the allegations.

92. Paragraph 92 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 92 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 92 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 92.

93. As to the allegations in Paragraph 93 of the Complaint that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 93 that relate to Verisk, Verisk denies the allegations.

94. The allegations in Paragraph 94 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 94. On that basis, Verisk denies the allegations.

95. The allegations in Paragraph 95 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 95. On that basis, Verisk denies the allegations.

96. Paragraph 96 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 96 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 96 that relate to Verisk, Verisk denies the allegations.

97. Paragraph 97 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 97 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 97. On that basis, Verisk denies the allegations.

98. Paragraph 98 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 98 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 98 that relate to Verisk, Verisk denies the allegations.

99. Paragraph 99 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 99 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 99 that relate to Verisk, Verisk denies the allegations.

## CONNECTICUT

### Amy Brunet

100. The allegations in Paragraph 100 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 100. On that basis, Verisk denies the allegations.

101. The allegations in Paragraph 101 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient

to admit or deny the allegations in Paragraph 101. On that basis, Verisk denies the allegations.

102. Paragraph 102 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 102 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 102. On that basis, Verisk denies the allegations.

103. Paragraph 103 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 103 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 103 that relate to Verisk, Verisk denies the allegations.

104. Paragraph 104 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 104 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in

Paragraph 104 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 104.

105. Paragraph 105 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 105 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 105. On that basis, Verisk denies the allegations.

106. Paragraph 106 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 106 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 106 that relate to Verisk, Verisk denies the allegations.

107. Paragraph 107 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 107 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that

basis, Verisk denies the allegations. As to the allegations in Paragraph 107 that relate to Verisk, Verisk denies the allegations.

## DELAWARE

### Michael Alamorian

108. The allegations in Paragraph 108 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 108. On that basis, Verisk denies the allegations.

109. The allegations in Paragraph 109 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 109. On that basis, Verisk denies the allegations.

110. The allegations in Paragraph 110 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 110. On that basis, Verisk denies the allegations.

111. The allegations in Paragraph 111 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 111. On that basis, Verisk denies the allegations.

112. The allegations in Paragraph 112 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient

to admit or deny the allegations in Paragraph 112. On that basis, Verisk denies the allegations.

113. Paragraph 113 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 113 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 113. On that basis, Verisk denies the allegations.

114. Paragraph 114 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 114 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 114. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 114 that relate to Verisk, Verisk denies the allegations.

115. Paragraph 115 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 115 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 115. On that basis, Verisk denies the allegations.

116. The allegations in Paragraph 116 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 116. On that basis, Verisk denies the allegations.

117. The allegations in Paragraph 117 of the Complaint relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 117. On that basis, Verisk denies the allegations.

118. The allegations in Paragraph 118 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 118. On that basis, Verisk denies the allegations.

119. Paragraph 119 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 119 that relate to parties and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 119 that relate to Verisk, Verisk denies the allegations.

120. Paragraph 120 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 120 relate to parties other than Verisk, and Verisk lacks knowledge or

information sufficient to admit or deny the allegations in Paragraph 120. On that basis, Verisk denies the allegations.

121. Paragraph 121 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 121 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 121 that relate to Verisk, Verisk denies the allegations.

122. Paragraph 122 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 122 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 122 that relate to Verisk, Verisk denies the allegations.

## FLORIDA

### Romeo Chicco

123. The allegations in Paragraph 123 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 123. On that basis, Verisk denies the allegations.

124. The allegations in Paragraph 124 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 124. On that basis, Verisk denies the allegations.

125. Paragraph 125 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 125 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 125. On that basis, Verisk denies the allegations.

126. Paragraph 126 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 126 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 126 that relate to Verisk, Verisk denies the allegations.

127. Paragraph 127 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 127 of the Complaint relate to parties other than Verisk, and Verisk

lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 127. On that basis, Verisk denies the allegations.

128. Paragraph 128 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 128 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 128 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report and denies sharing Plaintiff's driving data with any third parties. Except as specifically admitted, Verisk denies the allegations in Paragraph 128.

129. As to the allegations in Paragraph 129 of the Complaint that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 129 that relate to Verisk, Verisk denies the allegations.

130. Paragraph 130 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 130 that relate to parties and nonparties other than Verisk,

Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 130 that relate to Verisk, Verisk denies the allegations.

131. The allegations in Paragraph 131 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 131. On that basis, Verisk denies the allegations.

132. The allegations in Paragraph 132 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 132. On that basis, Verisk denies the allegations.

133. The allegations in Paragraph 133 of the Complaint relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 133. On that basis, Verisk denies the allegations.

134. The allegations in Paragraph 134 of the Complaint relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 134. On that basis, Verisk denies the allegations.

135. Paragraph 135 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 135 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 135 that relate to Verisk, Verisk denies the allegations.

136. Paragraph 136 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 136 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 136. On that basis, Verisk denies the allegations.

137. Paragraph 137 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 137 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 137 that relate to Verisk, Verisk denies the allegations.

138. Paragraph 138 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the

allegations in Paragraph 138 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 138 that relate to Verisk, Verisk denies the allegations.

**Suzanne Block**

139. The allegations in Paragraph 139 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 139. On that basis, Verisk denies the allegations.

140. The allegations in Paragraph 140 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 140. On that basis, Verisk denies the allegations.

141. Paragraph 141 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 141 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 141. On that basis, Verisk denies the allegations.

142. Paragraph 142 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 142 that relate to parties other than Verisk, Verisk lacks

knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 142 that relate to Verisk, Verisk denies the allegations.

143. Paragraph 143 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 143 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 143 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 143.

144. The allegations in Paragraph 144 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 144. On that basis, Verisk denies the allegations.

145. The allegations in Paragraph 145 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 145. On that basis, Verisk denies the allegations.

146. Paragraph 146 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 146 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 146 that relate to Verisk, Verisk denies the allegations.

147. Paragraph 147 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 147 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 147. On that basis, Verisk denies the allegations.

148. Paragraph 148 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 148 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 148 that relate to Verisk, Verisk denies the allegations.

149. Paragraph 149 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the

allegations in Paragraph 149 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 149 that relate to Verisk, Verisk denies the allegations.

**Tory Skyers**

150. The allegations in Paragraph 150 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 150. On that basis, Verisk denies the allegations.

151. The allegations in Paragraph 151 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 151. On that basis, Verisk denies the allegations.

152. Paragraph 152 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 152 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 152. On that basis, Verisk denies the allegations.

153. Paragraph 153 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the

allegations in Paragraph 153 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 153 that relate to Verisk, Verisk denies the allegations.

154. Paragraph 154 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 154 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 154 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 154.

155. Paragraph 155 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 155 that relate to parties and a nonparty other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 155 that relate to Verisk, Verisk denies the allegations.

156. The allegations in Paragraph 156 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 156. On that basis, Verisk denies the allegations.

157. The allegations in Paragraph 157 of the Complaint relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 157. On that basis, Verisk denies the allegations.

158. Paragraph 158 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 158 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 158 that relate to Verisk, Verisk denies the allegations.

159. Paragraph 159 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 159 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 159. On that basis, Verisk denies the allegations.

160. Paragraph 160 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 160 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 160 that relate to Verisk, Verisk denies the allegations.

161. Paragraph 161 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 161 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 161 that relate to Verisk, Verisk denies the allegations.

## GEORGIA

### Plaintiff David Gaddis

162. The allegations in Paragraph 162, including subparts a. through c., of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 162, including subparts a. through c. On that basis, Verisk denies the allegations.

163. The allegations in Paragraph 163 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 163. On that basis, Verisk denies the allegations.

164. Paragraph 164 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 164 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 164. On that basis, Verisk denies the allegations.

165. Paragraph 165 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 165 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 165 that relate to Verisk, Verisk denies the allegations.

166. Paragraph 166 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 166 that relate to parties other than

Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 166 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 166.

167. The allegations in Paragraph 167 of the Complaint relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 167. On that basis, Verisk denies the allegations.

168. The allegations in Paragraph 168 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 168. On that basis, Verisk denies the allegations.

169. Paragraph 169 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 169 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 169 that relate to Verisk, Verisk denies the allegations.

170. Paragraph 170 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 170 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 170. On that basis, Verisk denies the allegations.

171. Paragraph 171 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 171 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 171 that relate to Verisk, Verisk denies the allegations.

172. Paragraph 172 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 172 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 172 that relate to Verisk, Verisk denies the allegations.

**Stephen Griner**

173. The allegations in Paragraph 173 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 173. On that basis, Verisk denies the allegations.

174. The allegations in Paragraph 174 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 174. On that basis, Verisk denies the allegations.

175. The allegations in Paragraph 175 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 175. On that basis, Verisk denies the allegations.

176. Paragraph 176 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 176 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 176. On that basis, Verisk denies the allegations.

177. Paragraph 177 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 177 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that

basis, Verisk denies the allegations. As to the allegations in Paragraph 177 that relate to Verisk, Verisk denies the allegations.

178. Paragraph 178 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 178 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 178. On that basis, Verisk denies the allegations.

179. The allegations in Paragraph 179 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 179. On that basis, Verisk denies the allegations.

180. The allegations in Paragraph 180 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 180. On that basis, Verisk denies the allegations.

181. Paragraph 181 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 181 that relate to parties and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 181 that relate to Verisk, Verisk denies the allegations.

182. The allegations in Paragraph 182 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 182. On that basis, Verisk denies the allegations.

183. The allegations in Paragraph 183 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 183. On that basis, Verisk denies the allegations.

184. The allegations in Paragraph 184 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 184. On that basis, Verisk denies the allegations.

185. The allegations in Paragraph 185 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 185. On that basis, Verisk denies the allegations.

186. The allegations in Paragraph 186 of the Complaint relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 186. On that basis, Verisk denies the allegations.

187. The allegations in Paragraph 187 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 187. On that basis, Verisk denies the allegations.

188. Paragraph 188 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 188 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 188 that relate to Verisk, Verisk denies the allegations.

189. The allegations in Paragraph 189 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 189. On that basis, Verisk denies the allegations.

190. Paragraph 190 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 190 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 190 that relate to Verisk, Verisk denies the allegations.

191. Paragraph 191 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 191 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 191 that relate to Verisk, Verisk denies the allegations.

## **<u>IDAHO</u>**

### **Pavel Gazhenko**

192. The allegations in Paragraph 192 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 192. On that basis, Verisk denies the allegations.

193. The allegations in Paragraph 193 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 193. On that basis, Verisk denies the allegations.

194. Paragraph 194 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 194 relate to parties other than Verisk, and Verisk lacks knowledge or

information sufficient to admit or deny the allegations in Paragraph 194. On that basis, Verisk denies the allegations.

195. Paragraph 195 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 195 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 195 that relate to Verisk, Verisk denies the allegations.

196. Paragraph 196 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 196 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 196. On that basis, Verisk denies the allegations.

197. The allegations in Paragraph 197 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 197. On that basis, Verisk denies the allegations.

198. Paragraph 198 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 198 that relate to parties other than Verisk, Verisk lacks

knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 198 that relate to Verisk, Verisk denies the allegations.

199. The allegations in Paragraph 199 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 199. On that basis, Verisk denies the allegations.

200. Paragraph 200 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 200 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 200. On that basis, Verisk denies the allegations.

201. Paragraph 201 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 201 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 201 that relate to Verisk, Verisk denies the allegations.

202. Paragraph 202 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 202 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 202 that relate to Verisk, Verisk denies the allegations.

## ILLINOIS

### Adam Dinitz

203. The allegations in Paragraph 203 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 203. On that basis, Verisk denies the allegations.

204. The allegations in Paragraph 204 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 204. On that basis, Verisk denies the allegations.

205. Paragraph 205 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 205 relate to parties other than Verisk, and Verisk lacks knowledge or

information sufficient to admit or deny the allegations in Paragraph 205. On that basis, Verisk denies the allegations.

206. Paragraph 206 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 206 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 206 that relate to Verisk, Verisk denies the allegations.

207. Paragraph 207 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 207 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 207. On that basis, Verisk denies the allegations.

208. Paragraph 208 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 208 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in

Paragraph 208 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 208.

209. As to the allegations in Paragraph 209 of the Complaint that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 209 that relate to Verisk, Verisk denies the allegations.

210. The allegations in Paragraph 210 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 210. On that basis, Verisk denies the allegations.

211. The allegations in Paragraph 211 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 211. On that basis, Verisk denies the allegations.

212. Paragraph 212 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 212 relate to parties other than Verisk, and Verisk lacks knowledge or

information sufficient to admit or deny the allegations in Paragraph 212. On that basis, Verisk denies the allegations.

213. Paragraph 213 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 213 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 213 that relate to Verisk, Verisk denies the allegations.

214. Paragraph 214 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 214 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 214 that relate to Verisk, Verisk denies the allegations.

**Peter Gray**

215. The allegations in Paragraph 215 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 215. On that basis, Verisk denies the allegations.

216. The allegations in Paragraph 216 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 216. On that basis, Verisk denies the allegations.

217. Paragraph 217 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 217 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 217. On that basis, Verisk denies the allegations.

218. Paragraph 218 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 218 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 218 that relate to Verisk, Verisk denies the allegations.

219. Paragraph 219 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 219 of the Complaint relate to parties other than Verisk, and Verisk

lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 219. On that basis, Verisk denies the allegations.

220. Paragraph 220 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 220 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 220 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 220.

221. As to the allegations in Paragraph 221 of the Complaint that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 221 that relate to Verisk, Verisk denies the allegations.

222. Paragraph 222 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 222 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that

basis, Verisk denies the allegations. As to the allegations in Paragraph 222 that relate to Verisk, Verisk denies the allegations.

223. Paragraph 223 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 223 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 223. On that basis, Verisk denies the allegations.

224. Paragraph 224 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 224 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 224 that relate to Verisk, Verisk denies the allegations.

225. Paragraph 225 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 225 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 225 that relate to Verisk, Verisk denies the allegations.

**Jeffrey Horvath**

226. The allegations in Paragraph 226 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 226. On that basis, Verisk denies the allegations.

227. The allegations in Paragraph 227 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 227. On that basis, Verisk denies the allegations.

228. Paragraph 228 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 228 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 228. On that basis, Verisk denies the allegations.

229. Paragraph 229 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 229 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 229 that relate to Verisk, Verisk denies the allegations.

230. Paragraph 230 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 230 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 230. On that basis, Verisk denies the allegations.

231. The allegations in Paragraph 231 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 231. On that basis, Verisk denies the allegations.

232. Paragraph 232 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 232 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 232 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 232.

233. Paragraph 233 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a

document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 233 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 233 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 233.

234. As to the allegations in Paragraph 234 of the Complaint that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 234 that relate to Verisk, Verisk denies the allegations.

235. Paragraph 235 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 235 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 235 that relate to Verisk, Verisk denies the allegations.

236. The allegations in Paragraph 236 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient

to admit or deny the allegations in Paragraph 236. On that basis, Verisk denies the allegations.

237. The allegations in Paragraph 237 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 237. On that basis, Verisk denies the allegations.

238. The allegations in Paragraph 238 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 238. On that basis, Verisk denies the allegations.

239. The allegations in Paragraph 239 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 239. On that basis, Verisk denies the allegations.

240. To the extent a response is required, as to the allegations in Paragraph 240 that relate to parties and a nonparty other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 240 that relate to Verisk, Verisk admits only that Verisk was contacted by Plaintiff regarding his Driver

Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 240.

241. Paragraph 241 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 241 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 241. On that basis, Verisk denies the allegations.

242. Paragraph 242 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 242 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 242. On that basis, Verisk denies the allegations.

243. Paragraph 243 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 243 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 243 that relate to Verisk, Verisk denies the allegations.

244. Paragraph 244 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 244 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 244 that relate to Verisk, Verisk denies the allegations.

## INDIANA

### David Lima

245. The allegations in Paragraph 245 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 245. On that basis, Verisk denies the allegations.

246. The allegations in Paragraph 246 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 246. On that basis, Verisk denies the allegations.

247. Paragraph 247 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 247 relate to parties other than Verisk, and Verisk lacks knowledge or

information sufficient to admit or deny the allegations in Paragraph 247. On that basis, Verisk denies the allegations.

248. Paragraph 248 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 248 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 248 that relate to Verisk, Verisk denies the allegations.

249. Paragraph 249 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 249 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 249. On that basis, Verisk denies the allegations.

250. Paragraph 250 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 250 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in

Paragraph 250 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 250.

251. As to the allegations in Paragraph 251 of the Complaint that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 251 that relate to Verisk, Verisk denies the allegations.

252. Paragraph 252 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 252 that relate to parties and a nonparty other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 252 that relate to Verisk, Verisk denies the allegations.

253. The allegations in Paragraph 253 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 253. On that basis, Verisk denies the allegations.

254. The allegations in Paragraph 254 of the Complaint relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient

to admit or deny the allegations in Paragraph 254. On that basis, Verisk denies the allegations.

255. The allegations in Paragraph 255 of the Complaint relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 255. On that basis, Verisk denies the allegations.

256. Paragraph 256 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 256 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 256. On that basis, Verisk denies the allegations.

257. Paragraph 257 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 257 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 257. On that basis, Verisk denies the allegations.

258. Paragraph 258 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 258 that relate to parties other than Verisk, Verisk lacks

knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 258 that relate to Verisk, Verisk denies the allegations.

259. Paragraph 259 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 259 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 259 that relate to Verisk, Verisk denies the allegations.

## KANSAS

### Manuel Martinez Jr.

260. The allegations in Paragraph 260 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 260. On that basis, Verisk denies the allegations.

261. The allegations in Paragraph 261 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 261. On that basis, Verisk denies the allegations.

262. The allegations in Paragraph 262 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 262. On that basis, Verisk denies the allegations.

263. The allegations in Paragraph 263 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 263. On that basis, Verisk denies the allegations.

264. Paragraph 264 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 264 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 264. On that basis, Verisk denies the allegations.

265. Paragraph 265 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 265 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 265 that relate to Verisk, Verisk denies the allegations.

266. Paragraph 266 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 266 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 266 that relate to Verisk, Verisk denies the allegations.

267. The allegations in Paragraph 267 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 267. On that basis, Verisk denies the allegations.

268. Paragraph 268 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 268 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 268 that relate to Verisk, Verisk denies the allegations.

269. Paragraph 269 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 269 relate to parties other than Verisk, and Verisk lacks knowledge or

information sufficient to admit or deny the allegations in Paragraph 269. On that basis, Verisk denies the allegations.

270. Paragraph 270 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 270 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 270 that relate to Verisk, Verisk denies the allegations.

271. Paragraph 271 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 271 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 271 that relate to Verisk, Verisk denies the allegations.

**Kathleen Martinez**

272. The allegations in Paragraph 272 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 272. On that basis, Verisk denies the allegations.

273. The allegations in Paragraph 273 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 273. On that basis, Verisk denies the allegations.

274. The allegations in Paragraph 274 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 274. On that basis, Verisk denies the allegations.

275. The allegations in Paragraph 275 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 275. On that basis, Verisk denies the allegations.

276. Paragraph 276 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 276 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 276. On that basis, Verisk denies the allegations.

277. Paragraph 277 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 277 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that

basis, Verisk denies the allegations. As to the allegations in Paragraph 277 that relate to Verisk, Verisk denies the allegations.

278. Paragraph 278 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 278 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 278 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 278.

279. Paragraph 279 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 279 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 279 that relate to Verisk, Verisk denies the allegations.

280. The allegations in Paragraph 280 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient

to admit or deny the allegations in Paragraph 280. On that basis, Verisk denies the allegations.

281. Paragraph 281 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 281 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 281 that relate to Verisk, Verisk denies the allegations.

282. Paragraph 282 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 282 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 282. On that basis, Verisk denies the allegations.

283. Paragraph 283 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 283 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 283 that relate to Verisk, Verisk denies the allegations.

284. Paragraph 284 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 284 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 284 that relate to Verisk, Verisk denies the allegations.

## KENTUCKY

### Donnie Ray Foley

285. The allegations in Paragraph 285 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 285. On that basis, Verisk denies the allegations.

286. The allegations in Paragraph 286 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 286. On that basis, Verisk denies the allegations.

287. Paragraph 287 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 287 relate to parties other than Verisk, and Verisk lacks knowledge or

information sufficient to admit or deny the allegations in Paragraph 287. On that basis, Verisk denies the allegations.

288. Paragraph 288 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 288 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 288 that relate to Verisk, Verisk denies the allegations.

289. Paragraph 289 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 289 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 289. On that basis, Verisk denies the allegations.

290. Paragraph 290 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 290 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in

Paragraph 290 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 290.

291. As to the allegations in Paragraph 291 of the Complaint that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 291 that relate to Verisk, Verisk denies the allegations.

292. The allegations in Paragraph 292 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 292. On that basis, Verisk denies the allegations.

293. The allegations in Paragraph 293 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 293. On that basis, Verisk denies the allegations.

294. Paragraph 294 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 294 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that

basis, Verisk denies the allegations. As to the allegations in Paragraph 294 that relate to Verisk, Verisk denies the allegations.

295. Paragraph 295 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 295 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 295. On that basis, Verisk denies the allegations.

296. Paragraph 296 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 296 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 296 that relate to Verisk, Verisk denies the allegations.

297. Paragraph 297 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 297 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 297 that relate to Verisk, Verisk denies the allegations.

## MARYLAND

### Joseph McDaniels III

298. The allegations in Paragraph 298 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 298. On that basis, Verisk denies the allegations.

299. The allegations in Paragraph 299 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 299. On that basis, Verisk denies the allegations.

300. Paragraph 300 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 300 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 300. On that basis, Verisk denies the allegations.

301. Paragraph 301 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 301 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that

basis, Verisk denies the allegations. As to the allegations in Paragraph 301 that relate to Verisk, Verisk denies the allegations.

302. Paragraph 302 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 302 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 302. On that basis, Verisk denies the allegations.

303. The allegations in Paragraph 303 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 303. On that basis, Verisk denies the allegations.

304. The allegations in Paragraph 304 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 304. On that basis, Verisk denies the allegations.

305. The allegations in Paragraph 305 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 305. On that basis, Verisk denies the allegations.

306. Paragraph 306 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response

is required, as to the allegations in Paragraph 306 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 306 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 306.

307. Paragraph 307 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 307 that relate to parties and a nonparty other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 307 that relate to Verisk, Verisk denies the allegations.

308. The allegations in Paragraph 308 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 308. On that basis, Verisk denies the allegations.

309. Paragraph 309 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 309 of the Complaint relate to parties other than Verisk, and Verisk

lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 309. On that basis, Verisk denies the allegations.

310. Paragraph 310 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 310 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 310. On that basis, Verisk denies the allegations.

311. Paragraph 311 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 311 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 311 that relate to Verisk, Verisk denies the allegations.

312. Paragraph 312 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 312 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 312 that relate to Verisk, Verisk denies the allegations.

## MICHIGAN

### Kenneth Brockington

313. The allegations in Paragraph 313 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 313. On that basis, Verisk denies the allegations.

314. The allegations in Paragraph 314 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 314. On that basis, Verisk denies the allegations.

315. The allegations in Paragraph 315 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 315. On that basis, Verisk denies the allegations.

316. Paragraph 316 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 316 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 316. On that basis, Verisk denies the allegations.

317. Paragraph 317 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the

allegations in Paragraph 317 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 317 that relate to Verisk, Verisk denies the allegations.

318. Paragraph 318 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 318 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 318. On that basis, Verisk denies the allegations.

319. The allegations in Paragraph 319 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 319. On that basis, Verisk denies the allegations.

320. The allegations in Paragraph 320 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 320. On that basis, Verisk denies the allegations.

321. Paragraph 321 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 321 that relate to parties other than

Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 321 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report and denies sharing Plaintiff's driving data with any third parties. Except as specifically admitted, Verisk denies the allegations in Paragraph 321.

322. Paragraph 322 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 322 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 322 that relate to Verisk, Verisk denies the allegations.

323. Paragraph 323 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 323 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 323 that relate to Verisk, Verisk denies the allegations.

**Melvin Drews and Karen Drews**

324. The allegations in Paragraph 324 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 324. On that basis, Verisk denies the allegations.

325. The allegations in Paragraph 325 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 325. On that basis, Verisk denies the allegations.

326. The allegations in Paragraph 326 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 326. On that basis, Verisk denies the allegations.

327. Paragraph 327 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 327 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 327. On that basis, Verisk denies the allegations.

328. Paragraph 328 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 328 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that

basis, Verisk denies the allegations. As to the allegations in Paragraph 328 that relate to Verisk, Verisk denies the allegations.

329. Paragraph 329 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 329 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 329. On that basis, Verisk denies the allegations.

330. The allegations in Paragraph 330 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 330. On that basis, Verisk denies the allegations.

331. The allegations in Paragraph 331 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 331. On that basis, Verisk denies the allegations.

332. As to the allegations in Paragraph 332 of the Complaint that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 332 that relate to Verisk, Verisk admits only that Plaintiffs requested copies of their Driver Behavior History Reports from Verisk. Except as specifically admitted, Verisk denies the allegations in Paragraph 332.

333. The allegations in Paragraph 333 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 333. On that basis, Verisk denies the allegations.

334. Paragraph 334 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 334 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 334 that relate to Verisk, Verisk denies the allegations.

335. The allegations in Paragraph 335 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 335. On that basis, Verisk denies the allegations.

336. The allegations in Paragraph 336 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 336. On that basis, Verisk denies the allegations.

337. The allegations in Paragraph 337 of the Complaint relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient

to admit or deny the allegations in Paragraph 337. On that basis, Verisk denies the allegations.

338. The allegations in Paragraph 338 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 338. On that basis, Verisk denies the allegations.

339. Paragraph 339 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 339 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 339. On that basis, Verisk denies the allegations.

340. Paragraph 340 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 340 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 340. On that basis, Verisk denies the allegations.

341. Paragraph 341 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 341 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that

basis, Verisk denies the allegations. As to the allegations in Paragraph 341 that relate to Verisk, Verisk denies the allegations.

342. Paragraph 342 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 342 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 342 that relate to Verisk, Verisk denies the allegations.

**Brian LaFalce**

343. The allegations in Paragraph 343 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 343. On that basis, Verisk denies the allegations.

344. The allegations in Paragraph 344 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 344. On that basis, Verisk denies the allegations.

345. Paragraph 345 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 345 relate to parties other than Verisk, and Verisk lacks knowledge or

information sufficient to admit or deny the allegations in Paragraph 345. On that basis, Verisk denies the allegations.

346. Paragraph 346 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 346 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 346 that relate to Verisk, Verisk denies the allegations.

347. Paragraph 347 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 347 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 347. On that basis, Verisk denies the allegations.

348. The allegations in Paragraph 348 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 348. On that basis, Verisk denies the allegations.

349. Paragraph 349 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response

is required, as to the allegations in Paragraph 349 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 349 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report and denies sharing Plaintiff's driving data with any third parties. Except as specifically admitted, Verisk denies the allegations in Paragraph 349.

350. A Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 350 of the Complaint that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 350 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report and denies sharing Plaintiff's driving data with any third parties. Except as specifically admitted, Verisk denies the allegations in Paragraph 350.

351. As to the allegations in Paragraph 351 of the Complaint that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit

or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 351 that relate to Verisk, Verisk denies the allegations.

352. Paragraph 352 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 352 that relate to parties and a nonparty other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 352 that relate to Verisk, Verisk denies the allegations.

353. The allegations in Paragraph 353 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 353. On that basis, Verisk denies the allegations.

354. The allegations in Paragraph 354 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 354. On that basis, Verisk denies the allegations.

355. The allegations in Paragraph 355 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 355. On that basis, Verisk denies the allegations.

356. Paragraph 356 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 356 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 356 that relate to Verisk, Verisk denies the allegations.

357. Paragraph 357 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 357 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 357. On that basis, Verisk denies the allegations.

358. Paragraph 358 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 358 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 358 that relate to Verisk, Verisk denies the allegations.

359. Paragraph 359 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the

allegations in Paragraph 359 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 359 that relate to Verisk, Verisk denies the allegations.

## MISSISSIPPI

### Grace Gilmore

360. The allegations in Paragraph 360 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 360. On that basis, Verisk denies the allegations.

361. The allegations in Paragraph 361 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 361. On that basis, Verisk denies the allegations.

362. Paragraph 362 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 362 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 362. On that basis, Verisk denies the allegations.

363. Paragraph 363 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the

allegations in Paragraph 363 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 363 that relate to Verisk, Verisk denies the allegations.

364. Paragraph 364 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 364 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 364. On that basis, Verisk denies the allegations.

365. Paragraph 365 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 365 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 365 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 365.

366. As to the allegations in Paragraph 366 of the Complaint that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 366 that relate to Verisk, Verisk denies the allegations.

367. The allegations in Paragraph 367 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 367. On that basis, Verisk denies the allegations.

368. The allegations in Paragraph 368 of the Complaint relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 368. On that basis, Verisk denies the allegations.

369. Paragraph 369 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 369 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 369 that relate to Verisk, Verisk denies the allegations.

370. Paragraph 370 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 370 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 370 that relate to Verisk, Verisk denies the allegations.

371. Paragraph 371 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 371 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 371 that relate to Verisk, Verisk denies the allegations.

## NEVADA

### Jennifer Melberg

372. The allegations in Paragraph 372 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 372. On that basis, Verisk denies the allegations.

373. The allegations in Paragraph 373 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient

to admit or deny the allegations in Paragraph 373. On that basis, Verisk denies the allegations.

374. Paragraph 374 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 374 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 374. On that basis, Verisk denies the allegations.

375. Paragraph 375 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 375 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 375 that relate to Verisk, Verisk denies the allegations.

376. Paragraph 376 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 376 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 376. On that basis, Verisk denies the allegations.

377. The allegations in Paragraph 377 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 377. On that basis, Verisk denies the allegations.

378. The allegations in Paragraph 378 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 378. On that basis, Verisk denies the allegations.

379. A Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 379 of the Complaint that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 379 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 379.

380. A Driver Behavior History Report and cover letter are documents that speak for themselves, and no response is required. To the extent a response is required, as to the allegations in Paragraph 380 of the Complaint that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the

allegations in Paragraph 380 that relate to Verisk, Verisk denies all allegations inconsistent with that Driver Behavior History Report and cover letter. Except as specifically admitted, Verisk denies the allegations in Paragraph 380.

381. The allegations in Paragraph 381 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 381. On that basis, Verisk denies the allegations.

382. Paragraph 382 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 382 that relate to parties and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 382 that relate to Verisk, Verisk denies the allegations.

383. The allegations in Paragraph 383 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 383. On that basis, Verisk denies the allegations.

384. Paragraph 384 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations

in Paragraph 384 relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations.

385. Paragraph 385 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 385 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 385 that relate to Verisk, Verisk denies the allegations.

386. Paragraph 386 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 386 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 386 that relate to Verisk, Verisk denies the allegations.

387. Paragraph 387 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 387 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that

basis, Verisk denies the allegations. As to the allegations in Paragraph 387 that relate to Verisk, Verisk denies the allegations.

**NEW JERSEY**

**Morris D. Gordin**

388. The allegations in Paragraph 388 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 388. On that basis, Verisk denies the allegations.

389. The allegations in Paragraph 389 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 389. On that basis, Verisk denies the allegations.

390. Paragraph 390 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 390 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 390. On that basis, Verisk denies the allegations.

391. Paragraph 391 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 391 that relate to parties other than Verisk, Verisk lacks

knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 391 that relate to Verisk, Verisk denies the allegations.

392. Paragraph 392 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 392 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 392. On that basis, Verisk denies the allegations.

393. The allegations in Paragraph 393 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 393. On that basis, Verisk denies the allegations.

394. Paragraph 394 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 394 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 394 that relate to Verisk, Verisk denies the allegations.

395. Paragraph 395 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations

in Paragraph 395 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 395. On that basis, Verisk denies the allegations.

396. Paragraph 396 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 396 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 396 that relate to Verisk, Verisk denies the allegations.

397. Paragraph 397 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 397 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 397 that relate to Verisk, Verisk denies the allegations.

**John Matthews**

398. The allegations in Paragraph 398 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 398. On that basis, Verisk denies the allegations.

399. The allegations in Paragraph 399 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 399. On that basis, Verisk denies the allegations.

400. Paragraph 400 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 400 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 400. On that basis, Verisk denies the allegations.

401. Paragraph 401 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 401 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 401. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 401 that relate to Verisk, Verisk denies the allegations.

402. Paragraph 402 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 402 of the Complaint relate to parties other than Verisk, and Verisk

lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 402. On that basis, Verisk denies the allegations.

403. The allegations in Paragraph 403 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 403. On that basis, Verisk denies the allegations.

404. The allegations in Paragraph 404 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 404. On that basis, Verisk denies the allegations.

405. Paragraph 405 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 405 that relate to parties and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 405 that relate to Verisk, Verisk denies the allegations.

406. Paragraph 406 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 406 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 406. On that basis, Verisk denies the allegations.

407. Paragraph 407 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 407 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 407 that relate to Verisk, Verisk denies the allegations.

408. Paragraph 408 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 408 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 408 that relate to Verisk, Verisk denies the allegations.

**Zachary Smith**

409. The allegations in Paragraph 409 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 409. On that basis, Verisk denies the allegations.

410. The allegations in Paragraph 410 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient

to admit or deny the allegations in Paragraph 410. On that basis, Verisk denies the allegations.

411. Paragraph 411 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 411 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 411. On that basis, Verisk denies the allegations.

412. Paragraph 412 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 412 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 412 that relate to Verisk, Verisk denies the allegations.

413. Paragraph 413 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 413 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 413. On that basis, Verisk denies the allegations.

414. Paragraph 414 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 414 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 414 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 414.

415. As to the allegations in Paragraph 415 of the Complaint that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 415 that relate to Verisk, Verisk denies the allegations.

416. Paragraph 416 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 416 that relate to parties and a nonparty other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 416 that relate to Verisk, Verisk denies the allegations.

417. The allegations in Paragraph 417 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 417. On that basis, Verisk denies the allegations.

418. The allegations in Paragraph 418 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 418. On that basis, Verisk denies the allegations.

419. The allegations in Paragraph 419 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 419. On that basis, Verisk denies the allegations.

420. The allegations in Paragraph 420 of the Complaint relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 420. On that basis, Verisk denies the allegations.

421. The allegations in Paragraph 421 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 421. On that basis, Verisk denies the allegations.

422. The allegations in Paragraph 422 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 422. On that basis, Verisk denies the allegations.

423. Paragraph 423 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 423 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 423 that relate to Verisk, Verisk denies the allegations.

424. Paragraph 424 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 424 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 424. On that basis, Verisk denies the allegations.

425. Paragraph 425 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 425 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that

basis, Verisk denies the allegations. As to the allegations in Paragraph 425 that relate to Verisk, Verisk denies the allegations.

426. Paragraph 426 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 426 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 426 that relate to Verisk, Verisk denies the allegations.

## NEW YORK

### Joseph Davids

427. The allegations in Paragraph 427 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 427. On that basis, Verisk denies the allegations.

428. The allegations in Paragraph 428 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 428. On that basis, Verisk denies the allegations.

429. The allegations in Paragraph 429 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 429. On that basis, Verisk denies the allegations.

430. The allegations in Paragraph 430 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 430. On that basis, Verisk denies the allegations.

431. Paragraph 431 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 431 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 431. On that basis, Verisk denies the allegations.

432. Paragraph 432 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 432 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 432 that relate to Verisk, Verisk denies the allegations.

433. Paragraph 433 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 433 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 433. On that basis, Verisk denies the allegations.

434. The allegations in Paragraph 434 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 434. On that basis, Verisk denies the allegations.

435. Paragraph 435 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 435 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 435 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 435.

436. Paragraph 436 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a

document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 436 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 436 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 436.

437. As to the allegations in Paragraph 437 of the Complaint that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 437 that relate to Verisk, Verisk denies the allegations.

438. Paragraph 438 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 438 that relate to parties and a nonparty other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 438 that relate to Verisk, Verisk denies the allegations.

439. Paragraph 439 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations

in Paragraph 439 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 439. On that basis, Verisk denies the allegations.

440. Paragraph 440 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 440 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 440 that relate to Verisk, Verisk denies the allegations.

441. Paragraph 441 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 441 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 441 that relate to Verisk, Verisk denies the allegations.

**Scott Smith**

442. The allegations in Paragraph 442 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 442. On that basis, Verisk denies the allegations.

443. The allegations in Paragraph 443 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 443. On that basis, Verisk denies the allegations.

444. Paragraph 444 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 444 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 444. On that basis, Verisk denies the allegations.

445. Paragraph 445 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 445 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 445 that relate to Verisk, Verisk denies the allegations.

446. Paragraph 446 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 446 of the Complaint relate to parties other than Verisk, and Verisk

lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 446. On that basis, Verisk denies the allegations.

447. The allegations in Paragraph 447 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 447. On that basis, Verisk denies the allegations.

448. Paragraph 448 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 448 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 448 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 448.

449. As to the allegations in Paragraph 449 of the Complaint that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 449 that relate to Verisk, Verisk denies the allegations.

450. The allegations in Paragraph 450 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 450. On that basis, Verisk denies the allegations.

451. The allegations in Paragraph 451 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 451. On that basis, Verisk denies the allegations.

452. Paragraph 452 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 452 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 452 that relate to Verisk, Verisk denies the allegations.

453. Paragraph 453 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 453 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 453. On that basis, Verisk denies the allegations.

454. Paragraph 454 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 454 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 454 that relate to Verisk, Verisk denies the allegations.

455. Paragraph 455 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 455 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 455 that relate to Verisk, Verisk denies the allegations.

## NORTH CAROLINA

### Rickie Donovan Baker

456. The allegations in Paragraph 456 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 456. On that basis, Verisk denies the allegations.

457. The allegations in Paragraph 457 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient

to admit or deny the allegations in Paragraph 457. On that basis, Verisk denies the allegations.

458. Paragraph 458 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 458 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 458. On that basis, Verisk denies the allegations.

459. Paragraph 459 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 459 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 459 that relate to Verisk, Verisk denies the allegations.

460. Paragraph 460 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 460 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 460. On that basis, Verisk denies the allegations.

461. The allegations in Paragraph 461 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 461. On that basis, Verisk denies the allegations.

462. Paragraph 462 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 462 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 462 that relate to Verisk, Verisk denies the allegations.

463. The allegations in Paragraph 463 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 463. On that basis, Verisk denies the allegations.

464. The allegations in Paragraph 464 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 464. On that basis, Verisk denies the allegations.

465. The allegations in Paragraph 465 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 465. On that basis, Verisk denies the allegations.

466. The allegations in Paragraph 466 of the Complaint relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 466. On that basis, Verisk denies the allegations.

467. Paragraph 467 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 467 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 467 that relate to Verisk, Verisk denies the allegations.

468. The allegations in Paragraph 468 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 468. On that basis, Verisk denies the allegations.

469. Paragraph 469 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 469 relate to parties other than Verisk, and Verisk lacks knowledge or

information sufficient to admit or deny the allegations in Paragraph 469. On that basis, Verisk denies the allegations.

470. Paragraph 470 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 470 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 470 that relate to Verisk, Verisk denies the allegations.

471. Paragraph 471 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 471 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 471 that relate to Verisk, Verisk denies the allegations.

**Thomas Fuhrer**

472. The allegations in Paragraph 472 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 472. On that basis, Verisk denies the allegations.

473. The allegations in Paragraph 473 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 473. On that basis, Verisk denies the allegations.

474. The allegations in Paragraph 474 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 474. On that basis, Verisk denies the allegations.

475. The allegations in Paragraph 475 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 475. On that basis, Verisk denies the allegations.

476. Paragraph 476 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 476 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 476. On that basis, Verisk denies the allegations.

477. Paragraph 477 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 477 that relate to parties other than Verisk, Verisk lacks

knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 477 that relate to Verisk, Verisk denies the allegations.

478. Paragraph 478 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 478 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 478. On that basis, Verisk denies the allegations.

479. The allegations in Paragraph 479 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 479. On that basis, Verisk denies the allegations.

480. Paragraph 480 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 480 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 480 that relate to Verisk, Verisk denies all allegations inconsistent with

the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 480.

481. As to the allegations in Paragraph 481 of the Complaint that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 481 that relate to Verisk, Verisk denies the allegations.

482. Paragraph 482 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 482 that relate to parties and a nonparty other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 482 that relate to Verisk, Verisk denies the allegations.

483. The allegations in Paragraph 483 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 483. On that basis, Verisk denies the allegations.

484. The allegations in Paragraph 484 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient

to admit or deny the allegations in Paragraph 484. On that basis, Verisk denies the allegations.

485. The allegations in Paragraph 485 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 485. On that basis, Verisk denies the allegations.

486. Paragraph 486 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 486 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 486. On that basis, Verisk denies the allegations.

487. Paragraph 487 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 487 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 487. On that basis, Verisk denies the allegations.

488. Paragraph 488 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 488 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that

basis, Verisk denies the allegations. As to the allegations in Paragraph 488 that relate to Verisk, Verisk denies the allegations.

489. Paragraph 489 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 489 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 489 that relate to Verisk, Verisk denies the allegations.

## OHIO

### Peter Christie

490. The allegations in Paragraph 490 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 490. On that basis, Verisk denies the allegations.

491. The allegations in Paragraph 491 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 491. On that basis, Verisk denies the allegations.

492. Paragraph 492 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations

in Paragraph 492 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 492. On that basis, Verisk denies the allegations.

493. Paragraph 493 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 493 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 493 that relate to Verisk, Verisk denies the allegations.

494. Paragraph 494 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 494 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 494. On that basis, Verisk denies the allegations.

495. The allegations in Paragraph 495 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 495. On that basis, Verisk denies the allegations.

496. Paragraph 496 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the

allegations in Paragraph 496 that relate to parties and a nonparty other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 496 that relate to Verisk, Verisk denies the allegations.

497. The allegations in Paragraph 497 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 497. On that basis, Verisk denies the allegations.

498. The allegations in Paragraph 498 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 498. On that basis, Verisk denies the allegations.

499. The allegations in Paragraph 499 of the Complaint relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 499. On that basis, Verisk denies the allegations.

500. The allegations in Paragraph 500 of the Complaint relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 500. On that basis, Verisk denies the allegations.

501. Paragraph 501 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 501 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 501. On that basis, Verisk denies the allegations.

502. Paragraph 502 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 502 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 502. On that basis, Verisk denies the allegations.

503. Paragraph 503 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 503 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 503 that relate to Verisk, Verisk denies the allegations.

504. Paragraph 504 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 504 that relate to parties other than Verisk, Verisk lacks

knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 504 that relate to Verisk, Verisk denies the allegations.

**Julianne Kovein**

505. The allegations in Paragraph 505 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 505. On that basis, Verisk denies the allegations.

506. The allegations in Paragraph 506 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 506. On that basis, Verisk denies the allegations.

507. The allegations in Paragraph 507 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 507. On that basis, Verisk denies the allegations.

508. The allegations in Paragraph 508 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient

to admit or deny the allegations in Paragraph 508. On that basis, Verisk denies the allegations.

509. The allegations in Paragraph 509 of the Complaint relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 509. On that basis, Verisk denies the allegations.

510. Paragraph 510 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 510 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 510. On that basis, Verisk denies the allegations.

511. Paragraph 511 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 511 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 511 that relate to Verisk, Verisk denies the allegations.

512. Paragraph 512 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a

document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 512 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 512 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 512.

513. Verisk denies the allegations in Paragraph 513 of the Complaint.

514. Paragraph 514 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 514 that relate to parties and a nonparty other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 514 that relate to Verisk, Verisk denies the allegations.

515. The allegations in Paragraph 515 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 515. On that basis, Verisk denies the allegations.

516. The allegations in Paragraph 516 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 516. On that basis, Verisk denies the allegations.

517. The allegations in Paragraph 517 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 517. On that basis, Verisk denies the allegations.

518. As to the allegations in Paragraph 518 of the Complaint that relate to parties and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 518. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 518 that relate to Verisk, Verisk admits only that certain categories of driving data related to Plaintiff were shared with Liberty Mutual. Except as specifically admitted, Verisk denies the allegations in Paragraph 518.

519. Paragraph 519 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 519 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 519 that relate to Verisk, Verisk denies the allegations.

520. The allegations in Paragraph 520 of the Complaint relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 520. On that basis, Verisk denies the allegations.

521. Paragraph 521 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 521 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 521. On that basis, Verisk denies the allegations.

522. Paragraph 522 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 522 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 522 that relate to Verisk, Verisk denies the allegations.

523. Paragraph 523 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 523 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that

basis, Verisk denies the allegations. As to the allegations in Paragraph 523 that relate to Verisk, Verisk denies the allegations.

**Samantha Horton and Christopher Horton**

524. The allegations in Paragraph 524 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 524. On that basis, Verisk denies the allegations.

525. The allegations in Paragraph 525 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 525. On that basis, Verisk denies the allegations.

526. Paragraph 526 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 526 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 526. On that basis, Verisk denies the allegations.

527. Paragraph 527 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 527 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that

basis, Verisk denies the allegations. As to the allegations in Paragraph 527 that relate to Verisk, Verisk denies the allegations.

528. Paragraph 528 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 528 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 528. On that basis, Verisk denies the allegations.

529. The allegations in Paragraph 529 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 529. On that basis, Verisk denies the allegations.

530. The allegations in Paragraph 530 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 530. On that basis, Verisk denies the allegations.

531. The allegations in Paragraph 531 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 531. On that basis, Verisk denies the allegations.

532. The allegations in Paragraph 532 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 532. On that basis, Verisk denies the allegations.

533. Paragraph 533 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 533 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 533. On that basis, Verisk denies the allegations.

534. Paragraph 534 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 534 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 534. On that basis, Verisk denies the allegations.

535. Paragraph 535 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 535 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 535 that relate to Verisk, Verisk denies the allegations.

536. Paragraph 536 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 536 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 536 that relate to Verisk, Verisk denies the allegations.

## OKLAHOMA

### Gregory Brakefield

537. The allegations in Paragraph 537 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 537. On that basis, Verisk denies the allegations.

538. The allegations in Paragraph 538 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 538. On that basis, Verisk denies the allegations.

539. Paragraph 539 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 539 relate to parties other than Verisk, and Verisk lacks knowledge or

information sufficient to admit or deny the allegations in Paragraph 539. On that basis, Verisk denies the allegations.

540. Paragraph 540 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 540 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 540. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 540 that relate to Verisk, Verisk denies the allegations.

541. Paragraph 541 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 541 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 541. On that basis, Verisk denies the allegations.

542. The allegations in Paragraph 542 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 542. On that basis, Verisk denies the allegations.

543. Paragraph 543 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 543 that relate to parties and a nonparty other than Verisk,

Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 543 that relate to Verisk, Verisk denies the allegations.

544. Paragraph 544 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 544 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 544 that relate to Verisk, Verisk denies the allegations.

545. Paragraph 545 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 545 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 545 that relate to Verisk, Verisk denies the allegations.

## OREGON

### Michael Montgomery

546. The allegations in Paragraph 546 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 546. On that basis, Verisk denies the allegations.

547. The allegations in Paragraph 547 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 547. On that basis, Verisk denies the allegations.

548. Paragraph 548 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 548 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 548. On that basis, Verisk denies the allegations.

549. Paragraph 549 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 549 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 549 that relate to Verisk, Verisk denies the allegations.

550. Paragraph 550 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 550 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 550. On that basis, Verisk denies the allegations.

551. The allegations in Paragraph 551 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 551. On that basis, Verisk denies the allegations.

552. The allegations in Paragraph 552 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 552. On that basis, Verisk denies the allegations.

553. The allegations in Paragraph 553 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 553. On that basis, Verisk denies the allegations.

554. The allegations in Paragraph 554 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 554. On that basis, Verisk denies the allegations.

555. The allegations in Paragraph 555 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient

to admit or deny the allegations in Paragraph 555. On that basis, Verisk denies the allegations.

556. The allegations in Paragraph 556 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 556. On that basis, Verisk denies the allegations.

557. The allegations in Paragraph 557 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 557. On that basis, Verisk denies the allegations.

558. Paragraph 558 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 558 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 558. On that basis, Verisk denies the allegations.

559. The allegations in Paragraph 559 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 559. On that basis, Verisk denies the allegations.

560. The allegations in Paragraph 560 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient

to admit or deny the allegations in Paragraph 560. On that basis, Verisk denies the allegations.

561. The allegations in Paragraph 561 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 561. On that basis, Verisk denies the allegations.

562. Paragraph 562 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 562 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 562. On that basis, Verisk denies the allegations.

563. Paragraph 563 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 563 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 563 that relate to Verisk, Verisk denies all allegations inconsistent with

the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 563.

564. Paragraph 564 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 564 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 564. On that basis, Verisk denies the allegations.

565. Paragraph 565 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 565 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 565 that relate to Verisk, Verisk denies the allegations.

566. Paragraph 566 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 566 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 566 that relate to Verisk, Verisk denies the allegations.

**PENNSYLVANIA**

**Sean Willey**

567. The allegations in Paragraph 567 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 567. On that basis, Verisk denies the allegations.

568. The allegations in Paragraph 568 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 568. On that basis, Verisk denies the allegations.

569. Paragraph 569 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 569 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 569. On that basis, Verisk denies the allegations.

570. Paragraph 570 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 570 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 570. On that basis, Verisk denies the allegations.

571. Paragraph 571 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 571 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 571. On that basis, Verisk denies the allegations.

572. The allegations in Paragraph 572 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 572. On that basis, Verisk denies the allegations.

573. The allegations in Paragraph 573 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 573. On that basis, Verisk denies the allegations.

574. The allegations in Paragraph 574 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 574. On that basis, Verisk denies the allegations.

575. Paragraph 575 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 575 of the Complaint relate to parties other than Verisk, and Verisk

lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 575. On that basis, Verisk denies the allegations.

576. Paragraph 576 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 576 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 576. On that basis, Verisk denies the allegations.

577. Paragraph 577 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 577 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 577 that relate to Verisk, Verisk denies the allegations.

578. Paragraph 578 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 578 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 578 that relate to Verisk, Verisk denies the allegations.

**Omar Guc**

579. The allegations in Paragraph 579 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 579. On that basis, Verisk denies the allegations.

580. The allegations in Paragraph 580 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 580. On that basis, Verisk denies the allegations.

581. Paragraph 581 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 581 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 581. On that basis, Verisk denies the allegations.

582. Paragraph 582 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 582 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 582 that relate to Verisk, Verisk denies the allegations.

583. Paragraph 583 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 583 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 583. On that basis, Verisk denies the allegations.

584. Paragraph 584 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 584 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 584 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report and denies sharing Plaintiff's driving data with any third parties. Except as specifically admitted, Verisk denies the allegations in Paragraph 584.

585. As to the allegations in Paragraph 585 of the Complaint that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 585 that relate to Verisk, Verisk denies the allegations.

586. Verisk denies the allegations in Paragraph 586 of the Complaint.

587. Paragraph 587 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 587 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 587. On that basis, Verisk denies the allegations.

588. Paragraph 588 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 588 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 588 that relate to Verisk, Verisk denies the allegations.

589. Paragraph 589 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 589 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 589 that relate to Verisk, Verisk denies the allegations.

## **SOUTH CAROLINA**

### **Wallace Bruce Mason**

590. The allegations in Paragraph 590 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 590. On that basis, Verisk denies the allegations.

591. The allegations in Paragraph 591 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 591. On that basis, Verisk denies the allegations.

592. Paragraph 592 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 592 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 592. On that basis, Verisk denies the allegations.

593. Paragraph 593 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 593 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that

basis, Verisk denies the allegations. As to the allegations in Paragraph 593 that relate to Verisk, Verisk denies the allegations.

594. Paragraph 594 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 594 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 594. On that basis, Verisk denies the allegations.

595. The allegations in Paragraph 595 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 595. On that basis, Verisk denies the allegations.

596. Paragraph 596 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 596 that relate to parties and a nonparty other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 596 that relate to Verisk, Verisk denies the allegations.

597. The allegations in Paragraph 597 of the Complaint relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient

to admit or deny the allegations in Paragraph 597. On that basis, Verisk denies the allegations.

598. The allegations in Paragraph 598 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 598. On that basis, Verisk denies the allegations.

599. The allegations in Paragraph 599 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 599. On that basis, Verisk denies the allegations.

600. The allegations in Paragraph 600 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 600. On that basis, Verisk denies the allegations.

601. The allegations in Paragraph 601 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 601. On that basis, Verisk denies the allegations.

602. The allegations in Paragraph 602 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient

to admit or deny the allegations in Paragraph 602. On that basis, Verisk denies the allegations.

603. The allegations in Paragraph 603 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 603. On that basis, Verisk denies the allegations.

604. The allegations in Paragraph 604 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 604. On that basis, Verisk denies the allegations.

605. Paragraph 605 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 605 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 605. On that basis, Verisk denies the allegations.

606. Paragraph 606 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 606 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 606. On that basis, Verisk denies the allegations.

607. Paragraph 607 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 607 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 607 that relate to Verisk, Verisk denies the allegations.

608. Paragraph 608 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 608 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 608 that relate to Verisk, Verisk denies the allegations.

## SOUTH DAKOTA

### Steven Angerhofer

609. The allegations in Paragraph 609 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 609. On that basis, Verisk denies the allegations.

610. The allegations in Paragraph 610 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 610. On that basis, Verisk denies the allegations.

611. Paragraph 611 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 611 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 611. On that basis, Verisk denies the allegations.

612. Paragraph 612 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 612 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 612 that relate to Verisk, Verisk denies the allegations.

613. Paragraph 613 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 613 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 613. On that basis, Verisk denies the allegations.

614. Paragraph 614 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 614 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 614 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 614.

615. As to the allegations in Paragraph 615 of the Complaint that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 615 that relate to Verisk, Verisk denies the allegations.

616. Paragraph 616 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 616 that relate to parties and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 616 that relate to Verisk, Verisk denies the allegations.

617. The allegations in Paragraph 617 of the Complaint relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 617. On that basis, Verisk denies the allegations.

618. The allegations in Paragraph 618 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 618. On that basis, Verisk denies the allegations.

619. The allegations in Paragraph 619 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 619. On that basis, Verisk denies the allegations.

620. The allegations in Paragraph 620 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 620. On that basis, Verisk denies the allegations.

621. The allegations in Paragraph 621 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 621. On that basis, Verisk denies the allegations.

622. The allegations in Paragraph 622 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 622. On that basis, Verisk denies the allegations.

623. Paragraph 623 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 623 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 623 that relate to Verisk, Verisk denies the allegations.

624. Paragraph 624 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 624 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 624. On that basis, Verisk denies the allegations.

625. Paragraph 625 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 625 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that

basis, Verisk denies the allegations. As to the allegations in Paragraph 625 that relate to Verisk, Verisk denies the allegations.

626. Paragraph 626 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 626 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 626 that relate to Verisk, Verisk denies the allegations.

## TEXAS

### Jace Parkhurst

627. The allegations in Paragraph 627 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 627. On that basis, Verisk denies the allegations.

628. The allegations in Paragraph 628 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 628. On that basis, Verisk denies the allegations.

629. Paragraph 629 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations

in Paragraph 629 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 629. On that basis, Verisk denies the allegations.

630. Paragraph 630 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 630 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 630 that relate to Verisk, Verisk denies the allegations.

631. Paragraph 631 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 631 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 631. On that basis, Verisk denies the allegations.

632. Paragraph 632 of the Complaint purports to state legal conclusions as to which no response is required. Further, the Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 632 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those

allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 632 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report and denies sharing Plaintiff's driving data with any third parties. Except as specifically admitted, Verisk denies the allegations in Paragraph 632.

633. As to the allegations in Paragraph 633 of the Complaint that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 633 that relate to Verisk, Verisk denies the allegations.

634. Paragraph 634 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 634 that relate to parties and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 634 that relate to Verisk, Verisk denies the allegations.

635. The allegations in Paragraph 635 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 635. On that basis, Verisk denies the allegations.

636. Verisk denies the allegations in Paragraph 636 of the Complaint.

637. Paragraph 637 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 637 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 637. On that basis, Verisk denies the allegations.

638. Paragraph 638 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 638 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 638 that relate to Verisk, Verisk denies the allegations.

639. Paragraph 639 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 639 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 639 that relate to Verisk, Verisk denies the allegations.

**WASHINGTON**

**Taylor DeVilbiss**

640. The allegations in Paragraph 640 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 640. On that basis, Verisk denies the allegations.

641. The allegations in Paragraph 641 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 641. On that basis, Verisk denies the allegations.

642. Paragraph 642 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 642 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 642. On that basis, Verisk denies the allegations.

643. Paragraph 643 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 643 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 643 that relate to Verisk, Verisk denies the allegations.

644. Paragraph 644 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 644 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 644. On that basis, Verisk denies the allegations.

645. Paragraph 645 of the Complaint purports to state legal conclusions as to which no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 645 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 645 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History Report. Except as specifically admitted, Verisk denies the allegations in Paragraph 645.

646. As to the allegations in Paragraph 646 of the Complaint that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 646 that relate to Verisk, Verisk denies the allegations.

647. The allegations in Paragraph 647 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 647. On that basis, Verisk denies the allegations.

648. The allegations in Paragraph 648 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 648. On that basis, Verisk denies the allegations.

649. The allegations in Paragraph 649 of the Complaint relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 649. On that basis, Verisk denies the allegations.

650. The allegations in Paragraph 650 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 650. On that basis, Verisk denies the allegations.

651. Paragraph 651 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 651 of the Complaint relate to parties other than Verisk, and Verisk

lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 651. On that basis, Verisk denies the allegations.

652. Paragraph 652 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 652 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 652. On that basis, Verisk denies the allegations.

653. Paragraph 653 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 653 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 653 that relate to Verisk, Verisk denies the allegations.

654. Paragraph 654 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 654 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 654 that relate to Verisk, Verisk denies the allegations.

**DEFENDANTS**

655. The allegations in Paragraph 655 and footnotes 4 through 6 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 655 and footnotes 4 through 6. On that basis, Verisk denies the allegations.

656. The allegations in Paragraph 656 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 656. On that basis, Verisk denies the allegations.

657. The allegations in Paragraph 657 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 657. On that basis, Verisk denies the allegations.

658. The allegations in Paragraph 658 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 658. On that basis, Verisk denies the allegations.

659. The documents cited in Paragraph 659 and footnotes 7 through 11 of the Complaint speak for themselves, and no response is required. To the extent a response is required, Verisk admits that it is a Delaware corporation with its headquarters and principal place of business in Jersey City, New Jersey. Verisk further admits that it reported in its 2023 Annual Report that ISO formed in 1971,

and that ISO in turn formed Verisk Analytics, Inc. in 2008. Verisk also admits that it reported in its 2023 Annual Report that ISO effected a reorganization in 2009, whereby ISO became a wholly owned subsidiary of Verisk, and Verisk remained a holding company. Verisk further admits that ISO is registered to do business and has a registered agent in Georgia. Except as specifically admitted, Verisk denies the allegations in Paragraph 659 and footnotes 7 through 11.

## STATEMENT OF FACTS

660. The documents cited in Paragraph 660 and footnotes 12 through 14 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 660 and footnotes 12 through 14 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 660 and footnotes 12 through 14. On that basis, Verisk denies the allegations.

661. The video and article cited in Paragraph 661 and footnotes 15 and 16 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 661 and footnotes 15 and 16 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

662. The document cited in Paragraph 662 and footnotes 17 and 18 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 662 and footnotes 17 and 18 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

663. The document cited in Paragraph 663 and footnotes 19 through 23 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 663 and footnotes 19 through 23 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

664. The article cited in Paragraph 664 and footnote 24 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 664 and footnote 24 relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

665. The documents cited in Paragraph 665 and footnotes 25 and 26 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 665 and footnotes 25 and 26 relate

to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

666. The letter cited in Paragraph 666 and footnote 27 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 666 and footnote 27 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

**I. The importance of consumer privacy in the auto industry.**

667. The article cited in Paragraph 667 and footnote 28 of the Complaint speaks for itself, and no response is required. To the extent a response is required, Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 667 and footnote 28. On that basis, Verisk denies the allegations.

668. The video cited in Paragraph 668 and footnote 29 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 668 and footnote 29 relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

669. Paragraph 669 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, Verisk lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 669. On that basis, Verisk denies the allegations.

670. The documents cited in Paragraph 670 and footnote 30 of the Complaint speak for themselves, and no response is required. To the extent a response is required, Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 670 and footnote 30. On that basis, Verisk denies the allegations

671. Paragraph 671 and footnote 31 of the Complaint purport to state legal conclusions as to which no response is required. Further, the article cited in Paragraph 671 and footnote 31 speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 671 and footnote 31 relate to nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

672. Paragraph 672 and footnotes 32 through 34 of the Complaint purport to state legal conclusions as to which no response is required. Further, the documents cited in Paragraph 672 and footnotes 32 through 34 speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 672 and footnotes 32 through 34 relate to nonparties other than Verisk,

and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

673. Paragraph 673 and footnote 35 of the Complaint purport to state legal conclusions as to which no response is required. Further, the document cited in Paragraph 673 and footnote 35 speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 673 and footnote 35 relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

674. The article and corresponding graphic cited in Paragraph 674 and footnote 36 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 674 and footnote 36 relate to a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

675. The documents and corresponding graphics cited in Paragraph 675 and footnotes 37 through 39 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 675 and footnotes 37 through 39 relate to a nonparty other than Verisk, and Verisk lacks

knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

676. Paragraph 676 and footnote 40 of the Complaint purport to state legal conclusions as to which no response is required. Further, the document cited in Paragraph 676 and footnote 40 speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 676 and footnote 40 relate to a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

677. Paragraph 677 and footnote 41 of the Complaint purport to state legal conclusions as to which no response is required. Further, the document cited in Paragraph 677 and footnote 41 speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 677 and footnote 41 relate to a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

678. Paragraph 678 and footnote 42 of the Complaint purport to state legal conclusions as to which no response is required. Further, the document cited in Paragraph 678 and footnote 42 speaks for itself, and no response is required. To the

extent a response is required, Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 678 and footnote 42. On that basis, Verisk denies the allegations.

679. Paragraph 679 and footnotes 43 and 44 of the Complaint purport to state legal conclusions as to which no response is required. Further, the document cited in Paragraph 679 and footnotes 43 and 44 speaks for itself, and no response is required. To the extent a response is required, Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 679 and footnotes 43 and 44. On that basis, Verisk denies the allegations.

680. Paragraph 680 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 680 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 680 that relate to Verisk, Verisk denies the allegations.

## II. GM transitions from automaker to data broker, amassing billions of miles of consumer Driving Data.

681. The articles cited in Paragraph 681 and footnotes 45 and 46 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 681 and footnotes 45 and 46 relate

to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

682. The article cited in Paragraph 682 and footnotes 47 and 48 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 682 and footnotes 47 and 48 relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

683. The article cited in Paragraph 683 and footnote 49 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 683 and footnote 49 relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

684. The allegations in Paragraph 684 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

685. The articles cited in Paragraph 685 and footnotes 50 and 51 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 685 and footnotes 50 and 51 relate

to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

686. The article cited in Paragraph 686 and footnotes 52 through 55 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 686 and footnotes 52 through 55 relate to nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

687. The documents cited in Paragraph 687 and footnotes 56 through 60 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 687 and footnotes 56 through 60 relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

688. The articles cited in Paragraph 688 and footnotes 61 and 62 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 688 and footnotes 61 and 62 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

689. The article and corresponding graphic cited in Paragraph 689 and footnote 63 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 689 and footnote 63 relate to nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

690. The articles cited in Paragraph 690 and footnotes 64 and 65 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 690 and footnotes 64 and 65 relate to nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

691. The article cited in Paragraph 691 and footnotes 66 through 68 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 691 and footnotes 66 through 68 relate to nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

692. The articles cited in Paragraph 692 and footnote 69 of the Complaint speak for themselves, and no response is required. To the extent a response is required,

required, the allegations in Paragraph 692 and footnote 69 relate to nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

693. The video cited in Paragraph 693 and footnote 70 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 693 and footnote 70 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

694. The documents cited in Paragraph 694 and footnotes 71 and 72 of the Complaint speak for themselves, and no response is required. To the extent a response is required, as to the allegations in Paragraph 694 and footnotes 71 and 72 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 694 and footnotes 71 and 72 that relate to Verisk, Verisk admits only that the purported quotations in Paragraph 694 and footnotes 71 and 72, except the quotation regarding "'hundreds' of automakers," appear to be accurate replications of the cited source documents, but the quotations have been decontextualized. Verisk denies that the cited source documents include the "'hundreds' of automakers" quotation. Verisk further denies

that the quoted language in Paragraph 694 and footnotes 71 and 72 accurately reflects statements made by Verisk. Except as specifically admitted, Verisk denies the allegations in Paragraph 694 and footnotes 71 and 72.

**A. GM sells consumers' Driving Data to Verisk, which uses it to develop products and power its insurance business.**

695. The documents cited in Paragraph 695 and footnotes 73 and 74 of the Complaint speak for themselves, and no response is required. To the extent a response is required, Verisk admits only that the purported quotations in Paragraph 695 and footnotes 73 and 74 appear to be accurate replications of the cited source documents, but the quotations have been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 695 and footnotes 73 and 74, including the allegation that Verisk has operated a "'Verisk Telematics' division" since 2014.

696. The document cited in Paragraph 696 and footnote 75 of the Complaint speaks for itself, and no response is required. To the extent a response is required, Verisk denies that it contracted with GM. Except as specifically admitted, Verisk denies the allegations in Paragraph 696 and footnote 75.

697. The document cited in Paragraph 697 and footnotes 76 and 77 of the Complaint speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 697 and footnotes 76 and 77 that relate

to a party and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 697 and footnotes 76 and 77 that relate to Verisk, Verisk admits only that the purported quotations in Paragraph 697 and footnotes 76 and 77 appear to be an accurate replication of the cited source document, but the quotations have been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 697 and footnotes 76 and 77, including the article's characterization of the contract.

698. The document cited in Paragraph 698 and footnote 78 of the Complaint speaks for itself, and no response is required. To the extent a response is required, Verisk admits authoring the purported quotations in Paragraph 698 and footnote 78, but the quotations have been altered and decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 698 and footnote 78.

699. The document and graphic cited in Paragraph 699 and footnote 79 of the Complaint speak for themselves, and no response is required. To the extent a response is required, as to the allegations in Paragraph 699 and footnote 79 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 699 and footnote 79 that relate to Verisk, Verisk admits

only that the graphic in Paragraph 699 and footnote 79 appears to be an accurate replication from the cited source document, but the graphic has been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 699 and footnote 79.

700. The document and graphics cited in Paragraph 700 and footnote 80 of the Complaint speak for themselves, and no response is required. To the extent a response is required, as to the allegations in Paragraph 700 and footnote 80 that relate to a party and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 700 and footnote 80 that relate to Verisk, Verisk admits only that the graphics in Paragraph 700 and footnote 80 appear to be accurate replications of the cited source document, but the graphics have been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 700 and footnote 80.

701. The article cited in Paragraph 701 and footnote 81 of the Complaint speaks for itself, and no response is required. To the extent a response is required, Verisk admits only that the purported quotation in Paragraph 701 and footnote 81 appears to be an accurate replication of the cited source document, but the quotation

has been altered and decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 701 and footnote 81.

702. Paragraph 702 and footnotes 82 and 83 of the Complaint purport to state legal conclusions as to which no response is required. Further, the documents cited in Paragraph 702 and footnotes 82 and 83 speak for themselves, and no response is required. To the extent a response is required, as to the allegations in Paragraph 702 and footnotes 82 and 83 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 702 and footnotes 82 and 83 that relate to Verisk, Verisk admits only that it received certain categories of driving data for certain GM vehicles from GM and/or OnStar. Except as specifically admitted, Verisk denies the allegations in Paragraph 702 and footnotes 82 and 83.

703. The document cited in Paragraph 703 and footnotes 84 and 85 of the Complaint speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 703 and footnotes 84 and 85 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 703 and footnotes 84 and 85 that relate to Verisk, Verisk

specifically denies that it received vehicle location data, and admits only that it received certain categories of data related to certain GM vehicles from GM and/or OnStar, including data relating to speed, trip mileage, hard braking and acceleration, and unique trip identifiers, as well as the minimum amount of identifying individual and vehicle information. Except as specifically admitted, Verisk denies the allegations in Paragraph 703 and footnotes 84 and 85.

704. The documents cited in Paragraph 704 and footnotes 86 and 87 of the Complaint speak for themselves, and no response is required. To the extent a response is required, Verisk admits only that it generated driving scores for certain GM and/or OnStar customers, using certain categories of their driving data. Except as specifically admitted, Verisk denies the allegations in Paragraph 704 and footnotes 86 and 87.

705. The documents cited in Paragraph 705 and footnotes 88 through 91 of the Complaint speak for themselves, and no response is required. To the extent a response is required, Verisk admits that the purported quotations in Paragraph 705 and footnotes 88 through 91 appear to be accurate replications of the cited source documents, but the quotations have been altered and decontextualized. Verisk further admits marketing and selling licenses to certain insurance companies to

access the Verisk Data Exchange. Except as specifically admitted, Verisk denies the allegations in Paragraph 705 and footnotes 88 through 91.

706. The document cited in Paragraph 706 and footnote 92 of the Complaint speaks for itself, and no response is required. To the extent a response is required, Verisk admits authoring the purported quotation in Paragraph 706 and footnote 92, but the quotation has been altered and decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 706 and footnote 92.

707. The articles cited in Paragraph 707 and footnotes 93 and 94 of the Complaint speak for themselves, and no response is required. To the extent a response is required, as to the allegations in Paragraph 707 and footnotes 93 and 94 that relate to a party and a nonparty other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 707 and footnotes 93 and 94 that relate to Verisk, Verisk admits authoring the purported quotation attributed to it in Paragraph 707 and footnotes 93 and 94, but the quotation has been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 707 and footnotes 93 and 94.

708. The advertisement and graphic cited in Paragraph 708 and footnote 95 of the Complaint speak for themselves, and no response is required. To the extent a

response is required, Verisk admits only that the graphic in Paragraph 708 and footnote 95 appears to be an accurate replication from the cited source document, but the graphic has been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 708 and footnote 95.

709. The documents cited in Paragraph 709 and footnotes 96 through 101 of the Complaint speak for themselves, and no response is required. To the extent a response is required, as to the allegations in Paragraph 709 and footnotes 96 through 101 that relate to parties and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 709 and footnotes 96 through 101 that relate to Verisk, Verisk admits only that the purported quotations in Paragraph 709 and footnotes 96 through 101 appear to be accurate replications of the cited source documents, but the quotations have been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 709 and footnotes 96 through 101.

710. The documents cited in Paragraph 710 and footnotes 102 and 103 of the Complaint speak for themselves, and no response is required. To the extent a response is required, as to the allegations in Paragraph 710 and footnotes 102 and 103 that relate to a party other than Verisk, Verisk lacks knowledge or information

sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 710 and footnotes 102 and 103 that relate to Verisk, Verisk admits that it paid GM royalty payments on an ongoing basis, based on revenue generated from insurers accessing the Verisk Data Exchange. Verisk also admits that it paid GM a lump sum payment in 2017, totaling in the millions of dollars, when entering the Service Agreement and the Amended and Restated Statement of Work for Telematics Data Exchange Program with OnStar. Except as specifically admitted, Verisk denies the allegations in Paragraph 710 and footnotes 102 and 103.

711. Paragraph 711 and footnotes 104 and 105 purport to state legal conclusions as to which no response is required. The complaint and letter cited in Paragraph 711 and footnotes 104 and 105 of the Complaint also speak for themselves, and no response is required. To the extent a response is required, as to the allegations in Paragraph 711 and footnotes 104 and 105 that relate to parties and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 711 and footnotes 104 and 105 that relate to Verisk, Verisk admits only that the purported quotations in Paragraph 711 and footnotes 104 and 105 appear to be accurate replications of the cited source documents, but

the quotations have been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 711 and footnotes 104 and 105.

712. Paragraph 712 and footnote 106 purport to state legal conclusions as to which no response is required. Further, the letter cited in Paragraph 712 and footnote 106 of the Complaint speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 712 and footnote 106 that relate to parties and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 712 and footnote 106 that relate to Verisk, Verisk admits only that the purported quotations in Paragraph 712 and footnote 106 appear to be an accurate replication of the cited source documents, but the quotations have been decontextualized. Except as specifically admitted, the allegations in Paragraph 712 and footnote 106 that relate to Verisk are too vague to admit or deny, as no details or context are provided as to the alleged representations by Verisk referenced in Paragraph 712 and footnote 106 and, on that basis, Verisk denies the allegations.

713. Paragraph 713 and footnotes 107 and 108 of the Complaint purport to state legal conclusions as to which no response is required. Further, the document cited in Paragraph 713 and footnotes 107 and 108 of the Complaint speaks for itself,

and no response is required. To the extent a response is required, as to the allegations in Paragraph 713 and footnotes 107 and 108 that relate to parties and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 713 and footnotes 107 and 108 that relate to Verisk, Verisk admits to reporting in its 2016 Annual Report that 85% of GM's new-car buyers were signing up for the Verisk Data Exchange. Verisk also admits reporting in its 2016 Annual Report that it had collected data from 900,000 vehicles covering more than 3 billion trip miles. Verisk further admits reporting in its 2016 Annual Report that the Verisk Data Exchange was poised for a growth rate of 5,000 to 6,000 vehicles and 3.5 million miles a day. Verisk also admits reporting in its 2017 Annual Report that, by the close of 2017, the Verisk Data Exchange had received data from approximately 3 million vehicles with more than 28 billion miles of certain categories of driving data. Verisk further admits reporting in its 2017 Annual Report that, as of close of 2017, the Verisk Data Exchange was continuing to grow by more than 180,000 vehicles a month. Except as specifically admitted, Verisk denies the allegations in Paragraph 713 and footnotes 107 and 108.

714. The document and graphic cited in Paragraph 714 and footnotes 109 and 110 of the Complaint speak for themselves, and no response is required. To the

extent a response is required, Verisk admits reporting in its 2018 Annual Report that, after Hyundai joined the Verisk Data Exchange in 2018, the market share of automakers in the Verisk Data Exchange was 32 percent as measured by U.S. new car sales. Verisk further admits reporting in its 2018 Annual Report that, by close of 2018, the Verisk Data Exchange had approximately 4.5 million vehicles with over 75 billion miles of certain categories of driving data, and that it was continuing to grow by an average of approximately 150,000 vehicles every month. Verisk further admits reporting in its 2019 Annual Report that, as of year-end 2019, the Verisk Data Exchange had 147 billion miles of certain categories of driving data, 5.8 million vehicles, and was continuing to add around 115,000 new vehicles every month. Except as specifically admitted, Verisk denies the allegations in Paragraph 714 and footnotes 109 and 110.

715. The document cited in Paragraph 715 and footnotes 111 through 114 of the Complaint speaks for itself, and no response is required. To the extent the allegations in Paragraph 715 and footnotes 111 through 114 require a response, Verisk admits that the purported quotations in Paragraph 715 and footnotes 111 through 114 appear to be accurate replications of the cited source document, but the quotation has been decontextualized. Verisk further admits that it announced in its July 8, 2019 article that it was recently able to identify seasonality patterns in

driving behavior using driving data from the Verisk Data Exchange. Verisk also admits announcing in its July 8, 2019 article that it had collected 100 billion miles of certain categories of driving data and that it was ingesting data from more than 5 million active vehicles generating more than 20 million trips per day. Except as specifically admitted, Verisk denies the allegations in Paragraph 715 and footnotes 111 through 114.

716. The graphic cited in Paragraph 716 of the Complaint speaks for itself, and no response is required. To the extent the allegations and graphic in Paragraph 716 require a response, Verisk admits authoring the purported quotation and graphic in Paragraph 716, but the quotation and graphic have been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 716.

717. The press release cited in Paragraph 717 and footnote 115 of the Complaint speaks for itself, and no response is required. To the extent the allegations in Paragraph 717 and footnote 115 require a response, Verisk admits reporting in February 2021 that the Verisk Data Exchange had over 7.5 million cars and 230 billion miles of driving data. Except as specifically admitted, Verisk denies the allegations in Paragraph 717 and footnote 115.

718. The annual report cited in Paragraph 718 and footnote 116 of the Complaint speaks for itself, and no response is required. To the extent a response is

required, Verisk admits authoring the purported quotation in Paragraph 718 and footnote 116, but the quotation has been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 718 and footnote 116.

719. Verisk denies the allegations in Paragraph 719 of the Complaint.

720. The annual report cited in Paragraph 720 of the Complaint speaks for itself, and no response is required. To the extent a response is required, Verisk admits authoring the purported quotation in Paragraph 720, but the quotation has been altered and decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 720.

721. The article cited in Paragraph 721 and footnote 117 of the Complaint speaks for itself, and no response is required. To the extent a response is required, Verisk admits authoring the purported quotation in Paragraph 721 and footnotes 117, but the quotation has been decontextualized . Except as specifically admitted, Verisk denies the allegations in Paragraph 721 and footnote 117.

722. The article cited in Paragraph 722 and footnote 118 of the Complaint speaks for itself, and no response is required. To the extent a response is required, Verisk admits only that the purported quotation in Paragraph 722 and footnote 118 appears to be an accurate replication of the cited source document, but the quotation

has been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 722 and footnote 118.

723. The articles cited in Paragraph 723 and footnotes 119 and 120 of the Complaint speak for themselves, and no response is required. To the extent a response is required, Verisk admits authoring the purported quotations in Paragraph 723 and footnotes 119 and 120, but the quotations have been altered and decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 723 and footnotes 119 and 120.

724. The articles cited in Paragraph 724 and footnotes 121 through 124 of the Complaint speak for themselves, and no response is required. To the extent a response is required, Verisk admits authoring the purported quotations in Paragraph 724 and footnotes 121 through 124, but the quotations have been altered and decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 724 and footnotes 121 through 124.

725. The article cited in Paragraph 725 and footnote 125 of the Complaint speaks for itself, and no response is required. To the extent a response is required, Verisk admits authoring the purported quotation in Paragraph 725 and footnote 125, but the quotation has been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 725 and footnote 125.

726. The article cited in Paragraph 726 and footnote 126 of the Complaint speaks for itself, and no response is required. To the extent a response is required, Verisk admits authoring the purported quotations in Paragraph 726 and footnote 126, but the quotations have been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 726 and footnote 126.

727. The article cited in Paragraph 727 and footnote 127 of the Complaint speaks for itself, and no response is required. To the extent a response is required, Verisk admits only that the purported quotation in Paragraph 727 and footnote 127 appears to be an accurate replication of the cited source documents, but the quotation has been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 727 and footnote 127.

728. The article and graphic cited in Paragraph 728 and footnote 128 of the Complaint speak for themselves, and no response is required. To the extent a response is required, Verisk admits only that the purported quotation in Paragraph 728 and footnote 128 appears to be an accurate replication of the cited source document, but the quotation has been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 728 and footnote 128.

729. The articles cited in Paragraph 729, including subparts a. through e., and footnotes 129 and 130 of the Complaint speak for themselves, and no response is

required. To the extent a response is required, Verisk admits authoring the purported quotations in Paragraph 729, including subparts a. through e., and footnotes 129 and 130, but the quotations have been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 729, including subparts a. through e., and footnotes 129 and 130.

730. The article and graphics cited in Paragraph 730 and footnote 131 of the Complaint speak for themselves, and no response is required. To the extent a response is required, Verisk admits authoring the purported quotation in Paragraph 730 and footnote 131, but the quotation has been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 730 and footnote 131.

731. The article and graphics cited in Paragraph 731 and footnote 132 of the Complaint speak for themselves, and no response is required. To the extent a response is required, Verisk admits authoring the article and graphics in Paragraph 731 and footnote 132, but the graphics have been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 731 and footnote 132.

732. The article cited in Paragraph 732, including subparts a. through d., and footnote 133 of the Complaint speaks for itself, and no response is required. To the

extent a response is required, Verisk admits authoring the purported quotations in Paragraph 732, including subparts a. through d., and footnote 133, but the quotations have been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 732, including subparts a. through d., and footnote 133.

733. The article cited in Paragraph 733 and footnotes 134 through 136 of the Complaint speaks for itself, and no response is required. To the extent a response is required, Verisk admits authoring the purported quotations in Paragraph 733 and footnotes 134 through 136, but the quotations have been decontextualized. Verisk further admits that, in November 2021, it announced that it had acquired Data Driven Safety. Except as specifically admitted, Verisk denies the allegations in Paragraph 733 and footnotes 134 through 136.

734. The document cited in Paragraph 734 and footnotes 137 and 138 of the Complaint speaks for itself, and no response is required. To the extent a response is required, Verisk admits authoring the purported quotations in Paragraph 734 and footnotes 137 and 138, but the quotations have been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 734 and footnotes 137 and 138.

735. The document cited in Paragraph 735 and footnote 139 of the Complaint speaks for itself, and no response is required. To the extent a response is required, Verisk admits authoring the purported quotation in Paragraph 735 and footnote 139, but the quotation has been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 735 and footnote 139.

736. The documents cited in Paragraph 736 and footnotes 140 and 141 of the Complaint speak for themselves, and no response is required. To the extent a response is required, Verisk admits authoring the purported quotations in Paragraph 736 and footnotes 140 and 141, but the quotations have been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 736 and footnotes 140 and 141.

737. The article cited in Paragraph 737 and footnotes 142 and 143 of the Complaint speaks for itself, and no response is required. To the extent a response is required, Verisk admits authoring the purported quotations in Paragraph 737 and footnotes 142 and 143, but the quotations have been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 737 and footnotes 142 and 143.

### B. GM sells consumers' Driving Data to LexisNexis, which uses it to build its telematics business and expand its market share.

738. The documents cited in Paragraph 738 and footnotes 144 through 146 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 738 and footnotes 144 through 146 relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

739. The document cited in Paragraph 739 and footnotes 147 and 148 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 739 and footnotes 147 and 148 relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

740. The document cited in Paragraph 740 and footnote 149 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 740 and footnote 149 relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

741. The document cited in Paragraph 741 and footnote 150 of the Complaint speaks for itself, and no response is required. To the extent a response is required,

the allegations in Paragraph 741 and footnote 150 relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

742. Paragraph 742 and footnote 151 of the Complaint purport to state legal conclusions as to which no response is required. Further, the document cited in Paragraph 742 and footnote 151 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 742 and footnote 151 relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

743. Paragraph 743 of the Complaint purports to state a legal conclusion as to which no response is required. Further, the allegations in Paragraph 743 of the Complaint relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

744. Paragraph 744 and footnote 152 of the Complaint purport to state legal conclusions as to which no response is required. Further, the document cited in Paragraph 744 and footnote 152 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 744

and footnote 152 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

745. The document cited in Paragraph 745 and footnote 153 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 745 and footnote 153 relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

746. As to the allegations in Paragraph 746 of the Complaint that relate to parties and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 746 that relate to Verisk, Verisk denies the allegations.

747. The document cited in Paragraph 747 and footnote 154 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 747 and footnote 154 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

748. The document cited in Paragraph 748 and footnote 155 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 748 and footnote 155 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

749. The document cited in Paragraph 749 and footnotes 156 and 157 of the Complaint speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 749 and footnotes 156 and 157 that relate to a party and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 749 that relate to Verisk, Verisk denies the allegations.

750. The document cited in Paragraph 750 and footnote 158 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 750 and footnote 158 relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

751. The document cited in Paragraph 751 and footnote 159 speaks for itself, and no response is required. To the extent a response is required, the allegations in

Paragraph 751 and footnote 159 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

752. The document cited in Paragraph 752 and footnotes 160 and 161 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 752 and footnotes 160 and 161 relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

753. Paragraph 753 of the Complaint purports to state legal conclusions as to which no response is required. Further, the document cited in Paragraph 753 and footnote 162 of the Complaint speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 753 and footnote 162 that relate to parties and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 753 and footnote 162 that relate to Verisk, Verisk denies the allegations.

754. The document cited in Paragraph 754 and footnote 163 of the Complaint speaks for itself, and no response is required. To the extent a response is required,

the allegations in Paragraph 754 and footnote 163 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

755. The document cited in Paragraph 755 and footnote 164 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 755 and footnote 164 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

756. The document and video cited in Paragraph 756 and footnotes 165 and 166 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 756 and footnotes 165 and 166 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

757. The graphics cited in Paragraph 757 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 757 relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

758. The graphic cited in Paragraph 758 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 758 relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

759. The graphic cited in Paragraph 759 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 759 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

760. The graphic cited in Paragraph 760 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 760 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

761. The graphic cited in Paragraph 761 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 761 relate to a party other than Verisk, and Verisk lacks knowledge or

information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

762. The allegations in Paragraph 762 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

763. The document cited in Paragraph 763 and footnote 167 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 763 and footnote 167 relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

764. The document cited in Paragraph 764 and footnote 168 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 764 and footnote 168 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

765. The document cited in Paragraph 765 and footnote 169 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 765 and footnote 169 relate to a party other than Verisk,

and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

766. The document cited in Paragraph 766 and footnote 170 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 766 and footnote 170 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

767. The document and graphic cited in Paragraph 767 and footnote 171 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 767 and footnote 171 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

768. The documents cited in Paragraph 768 and footnotes 172 through 174 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 768 and footnotes 172 through 174 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

### C. GM secretly arranges to sell consumers' Driving Data to other third parties.

769. The allegations in Paragraph 769 of the Complaint relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

770. The documents cited in Paragraph 770 and footnote 175 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 770 and footnote 175 relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

771. The allegations in Paragraph 771 of the Complaint relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

772. The document cited in Paragraph 772 and footnote 176 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 772 and footnote 176 relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

773. The allegations in Paragraph 773 of the Complaint relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

774. The documents and graphic cited in Paragraph 774 and footnote 177 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 774 and footnote 177 relate to a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

775. The document cited in Paragraph 775 and footnote 178 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 775 and footnote 178 relate to nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

776. The document cited in Paragraph 776 and footnote 179 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 776 and footnote 179 relate to nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

777. The document cited in Paragraph 777 and footnote 180 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 777 and footnote 180 relate to nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

778. The document cited in Paragraph 778 and footnote 181 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 778 and footnote 181 relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

779. The allegations in Paragraph 779 of the Complaint relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

780. The document cited in Paragraph 780 and footnote 182 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 780 and footnote 182 relate to a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

781. The documents cited in Paragraph 781 and footnotes 183 through 185 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 781 and footnotes 183 through 185 relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

782. The allegations in Paragraph 782 of the Complaint relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

783. The document cited in Paragraph 783 and footnotes 186 and 187 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 783 and footnotes 186 and 187 relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

784. The document cited in Paragraph 784 and footnote 188 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 784 and footnote 188 relate to a party and a nonparty

other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

785. Paragraph 785 and footnotes 189 through 191 purport to state legal conclusions as to which no response is required. Further, the documents cited in Paragraph 785 and footnotes 189 through 191 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 785 and footnotes 189 through 191 relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

### D. GM uses consumers' Driving Data to build a lucrative insurance enterprise.

786. Paragraph 786 of the Complaint purports to state legal conclusions as to which no response is required. Further, the allegations in Paragraph 786 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

787. The documents cited in Paragraph 787 and footnotes 192 through 194 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 787 and footnotes 192 through 194 relate to parties other than Verisk, and Verisk lacks knowledge or information

sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

788. The documents cited in Paragraph 788 and footnotes 195 and 196 speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 788 and footnotes 195 and 196 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

789. The interview video cited in Paragraph 789 and footnotes 197 and 198 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 789 and footnotes 197 and 198 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

790. The articles cited in Paragraph 790 and footnotes 199 and 200 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 790 and footnotes 199 and 200 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

791. The video and article cited in Paragraph 791 and footnotes 201 and 202 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 791 and footnotes 201 and 202 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

### III. Defendants conceal their Driving Data scheme from impacted consumers while duplicitously claiming they have consent.

792. Paragraph 792 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 792 related to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 792 that relate to Verisk, Verisk denies the allegations.

793. The Forbes article cited in Paragraph 793 and footnote 203 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 793 and footnote 203 relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

794. The press release and article cited in Paragraph 794 and footnotes 204 and 205 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 794 and footnotes 204 and 205 relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

795. The video and graphic cited in Paragraph 795 and footnote 206 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 795 and footnote 206 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

796. The articles cited in Paragraph 796 and footnote 207 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 796 and footnote 207 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

797. The articles cited in Paragraph 797 and footnote 208 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 797 and footnote 208 relate to a party and

nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

798. As to the allegations in Paragraph 798 of the Complaint that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 798 that relate to Verisk, Verisk denies Plaintiffs' characterization of Verisk's communications to the press, consumers, and regulators.

799. The article cited in Paragraph 799 and footnote 209 of the Complaint speaks for itself, and no response is required. To the extent a response is required, Verisk admits authoring the purported quotation cited in Paragraph 799 and footnote 209, but the quotation has been altered and decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 799 and footnote 209.

800. The video cited in Paragraph 800, including subparts a. through g., and footnote 210 of the Complaint speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 800, including subparts a. through g., and footnote 210 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations.

On that basis, Verisk denies the allegations. As to the allegations in Paragraph 800, including subparts a. through g., and footnote 210 that relate to Verisk, Verisk admits only that the purported quotations cited in Paragraph 800, including subparts a. through g., and footnote 210 appear to be an accurate replication of the cited source video, but the quotations have been altered and decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 800, including subparts a. through g., and footnote 210.

801. The press release in Paragraph 801 and footnote 211 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 801 and footnote 211 relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

802. The article cited in Paragraph 802 and footnote 212 of the Complaint speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 802 and footnote 212 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 802 and footnote 212 that relate to Verisk, Verisk admits only that the purported quotations cited in Paragraph 802 and footnote 212 appear to be an

accurate replication of the cited source video, but the quotations have been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 802 and footnote 212.

803. The article cited in Paragraph 803 and footnote 213 of the Complaint speaks for itself, and no response is required. To the extent a response is required, Verisk admits only that the purported quotations cited in Paragraph 803 and footnote 213 appear to be an accurate replication of the cited source document, but the quotations have been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 803 and footnote 213.

804. The article and video cited in Paragraph 804 and footnotes 214 and 215 of the Complaint speak for themselves, and no response is required. To the extent a response is required, as to the allegations in Paragraph 804 and footnotes 214 and 215 that relate to a party and a nonparty other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 804 that relate to Verisk, Verisk admits only that the purported quotation in Paragraph 804 and footnotes 214 and 215 appears to be an accurate replication of the cited source document, but the quotation has been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 804 and footnotes 214 and 215.

805. The video cited in Paragraph 805 and footnote 216 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 805 and footnote 216 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

806. The video cited in Paragraph 806 and footnote 217 of the Complaint speaks for itself, and no response is required. To the extent a response is required, Verisk admits that the purported quotations cited in Paragraph 806 and footnote 217 appear to be an accurate replication of the cited source video, but the quotations have been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 806 and footnote 217.

807. The video cited in Paragraph 807 and footnote 218 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 807 and footnote 218 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

808. The study cited in Paragraph 808 and footnote 219 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 808 and footnote 219 relate to parties other than Verisk,

and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

809. The article cited in Paragraph 809 and footnote 220 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 809 and footnote 220 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

810. The presentation and graphic cited in Paragraph 810 and footnote 221 of the Complaint speak for themselves, and no response is required. To the extent a response is required, Verisk admits only that the purported graphic cited in Paragraph 810 and footnote 221 appears to be an accurate replication of the cited source document, but the graphic has been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 810 and footnote 221.

811. The article cited in Paragraph 811 and footnote 222 of the Complaint speaks for itself, and no response is required. To the extent a response is required, Verisk admits only that the purported quotations cited in Paragraph 811 and footnote 222 appear to be an accurate replication of the cited source document, but the quotations have been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 811 and footnote 222.

812. The video cited in Paragraph 812 and footnote 223 of the Complaint speaks for itself, and no response is required. To the extent a response is required, Verisk admits only that the purported quotations cited in Paragraph 812 and footnote 223 appear to be an accurate replication of the cited source video, but the quotations have been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 812 and footnote 223.

813. The webpage cited in Paragraph 813 and footnote 224 of the Complaint speaks for itself, and no response is required. To the extent a response is required, Verisk admits only that the purported quotations cited in Paragraph 813 and footnote 224 appear to be an accurate replication of the cited source document, but the quotations have been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 813 and footnote 224.

814. The article and graphic cited in Paragraph 814 and footnote 225 of the Complaint speak for themselves, and no response is required. To the extent a response is required, as to the allegations in Paragraph 814 and footnote 225 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 814 and footnote 225 relating to Verisk, Verisk admits that the purported quotations and graphic cited in Paragraph 814 and footnote 225

appear to be accurate replications of the cited source document, but the quotations and graphic have been decontextualized. Verisk further admits that the report cited in Paragraph 814 and footnote 225 states that "Verisk" was a sponsor for the 2019 Annual Auto Insurance Report National Conference. Except as specifically admitted, Verisk denies the allegations in Paragraph 814 and footnote 225.

815. The article and graphic cited in Paragraph 815 and footnote 226 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 815 and footnote 226 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

816. The article cited in Paragraph 816 and footnote 227 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 816 and footnote 227 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

817. The allegations in Paragraph 817 relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

818. Paragraph 818 and footnote 228 of the Complaint purport to state legal conclusions as to which no response is required. Further, the report cited in Paragraph 818 and footnote 228 speaks for itself, and no response is required. To the extent a response is required, Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 818 and footnote 228. On that basis, Verisk denies the allegations.

819. Paragraph 819 and footnote 229 of the Complaint purport to state legal conclusions as to which no response is required. Further, the report cited in Paragraph 819 and footnote 229 speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 819 and footnote 229 relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

820. Paragraph 820 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 820 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

821. Paragraph 821 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 821 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

822. Paragraph 822 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 822 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 822 that relate to Verisk, Verisk denies the allegations.

### IV. To maximize the amount and quality of Driving Data collected from its consumers, GM upgraded its technology and launched Smart Driver.

823. The allegations in Paragraph 823 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

824. The allegations in Paragraph 824 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

825. The articles cited in Paragraph 825 and footnotes 230 through 235 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 825 and footnotes 230 through 235 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

826. The documents cited in Paragraph 826 and footnotes 236 through 238 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 826 and footnotes 236 through 238 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

827. The allegations in Paragraph 827 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

828. The document cited in Paragraph 828 and footnote 239 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 828 and footnote 239 relate to parties other than Verisk,

and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

829. The document cited in Paragraph 829 and footnote 240 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 829 and footnote 240 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

830. Paragraph 830 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 830 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

831. The article cited in Paragraph 831 and footnote 241 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 831 and footnote 241 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

832. Paragraph 832 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations

in Paragraph 832 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

833. Paragraph 833 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 833 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

834. Paragraph 834 and footnote 242 of the Complaint purport to state legal conclusions as to which no response is required. Further, the letter cited in Paragraph 834 and footnote 242 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 834 and footnote 242 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

835. Paragraph 835 and footnote 243 of the Complaint purport to state legal conclusions as to which no response is required. Further, the webpage and graphic cited in Paragraph 835 and footnote 243 speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 835 and

footnote 243 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

836. The ‘Help & Support’ page cited in Paragraph 836 and footnote 244 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 836 and footnote 244 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

837. Paragraph 837 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 837 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

838. The documents and graphic cited in Paragraph 838 and footnote 245 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 838 and footnote 245 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

839. The articles cited in Paragraph 839 and footnotes 246 through 248 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 839 and footnotes 246 through 248 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

840. Paragraph 840 and footnote 249 of the Complaint purport to state legal conclusions as to which no response is required. Further, the article cited in Paragraph 840 and footnote 249 speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 840 and footnote 249 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

841. The article cited in Paragraph 841 and footnote 250 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 841 and footnote 250 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

842. The video and graphic cited in Paragraph 842 and footnote 251 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 842 and footnote 251 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

843. Paragraph 843 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 843 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 843 that relate to Verisk, Verisk denies the allegations.

**V. GM used Smart Driver to surreptitiously and continuously collect consumers' Driving Data.**

844. Paragraph 844 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 844 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

845. The article cited in Paragraph 845 and footnote 252 of the Complaint speaks for itself, and no response is required. To the extent a response is required,

the allegations in Paragraph 845 and footnote 252 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

846. The article, presentation slides, and graphic cited in Paragraph 846 and footnote 254 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 846 and footnote 254 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

847. The article cited in Paragraph 847 and footnote 255 of the Complaint speaks for itself, and no response is required. To the extent a response is required, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

848. Paragraph 848 of the Complaint purports to state legal conclusions as to which no response is required. Further, the document cited in Paragraph 848 and footnote 256 of the Complaint speaks for itself, and no response is required. To the extent a response is required, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

849. The allegations in Paragraph 849 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

850. The document and graphic cited in Paragraph 850 and footnote 257 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 850 and footnote 257 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

851. The allegations in Paragraph 851 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

852. The allegations in Paragraph 852 of the Complaint relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

853. The Frequently Asked Questions articles cited in Paragraph 853 and footnotes 258 and 259 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 853 and footnotes 258 and 259 relate to parties other than Verisk, and Verisk lacks

knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

854. Paragraph 854 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 854 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

## VI. Plaintiffs did not consent to Defendants' interception, sale, or use of their Driving Data.

855. The allegations in Paragraph 855 of the Complaint relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

856. Paragraph 856 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 856 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

857. Paragraph 857 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 857 relate to parties other than Verisk, and Verisk lacks knowledge or

information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

858. Paragraph 858 and footnote 260 of the Complaint purport to state legal conclusions as to which no response is required. Further, the article cited in Paragraph 858 and footnote 260 speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 858 and footnote 260 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in 858 and footnote 260 that relate to Verisk, Verisk admits only that it received certain categories of driving data for certain vehicles from GM and/or OnStar. Except as specifically admitted, Verisk denies the allegations in Paragraph 858 and footnote 260.

859. Paragraph 859 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 859 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

860. Paragraph 860 and footnotes 261 through 265 of the Complaint purport to state legal conclusions as to which no response is required. Further, the

documents cited in Paragraph 860 and footnotes 261 through 265 speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 860 and footnotes 261 through 265 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

### A. GM's OnStar Terms do not ask for consumers' consent.

861. Paragraph 861 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 861 that relate to parties and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

862. Paragraph 862 and footnote 266 of the Complaint purport to state legal conclusions as to which no response is required. Further, the User Terms cited in Paragraph 862 and footnote 266 speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 862 and footnote 266 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

863. Paragraph 863 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 863 relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 863. On that basis, Verisk denies the allegations.

864. Paragraph 864 and footnote 267 of the Complaint purport to state legal conclusions as to which no response is required. Further, the webpage and graphic cited in Paragraph 864 and footnote 267 speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 864 and footnote 267 relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 864 and footnote 267. On that basis, Verisk denies the allegations.

865. The allegations in Paragraph 865 relate to parties and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

866. Paragraph 866 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 866 relate to parties other than Verisk, and Verisk lacks knowledge or

information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

867. Paragraph 867 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 867 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

868. Paragraph 868 and footnotes 268 and 269 of the Complaint purport to state legal conclusions as to which no response is required. Further, the press release and article cited in Paragraph 868 and footnotes 268 and 269 speak for themselves, and no response is required. To the extent a response is required, as to the allegations in Paragraph 868 and footnotes 268 and 269 that relate to parties and a nonparty other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies those allegations. As to the allegations in Paragraph 868 and footnotes 268 and 269 that relate to Verisk, Verisk denies the allegations.

869. Paragraph 869 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 869 that relate to parties other than Verisk, Verisk lacks

knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 869 that relate to Verisk, Verisk denies the allegations.

870. Paragraph 870 and footnote 270 of the Complaint purport to state legal conclusions as to which no response is required. Further, the legal filing cited in Paragraph 870 and footnote 270 speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 870 and footnote 270 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

**B. GM's Smart Driver Terms do not authorize the interception or sale of Plaintiffs' Driving Data to third parties.**

871. Paragraph 871 of the Complaint purports to state legal conclusions as to which no response is required. Further, the "Smart Driver and Notifications Opt-In" document and graphic referenced in Paragraph 871 speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 871 relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

## VII. GM structured OnStar and Smart Driver to force consumer participation.

872. Paragraph 872 and footnote 271 of the Complaint purport to state legal conclusions as to which no response is required. Further, the letter cited in Paragraph 872 and footnote 271 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 872 and footnote 271 relate to nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

873. Paragraph 873 and footnote 272 of the Complaint purport to state legal conclusions as to which no response is required. Further, the staff report cited in Paragraph 873 and footnote 272 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 873 and footnote 272 relate to nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

874. Paragraph 874, including subparts a. through c., and footnotes 273 through 275 of the Complaint purport to state legal conclusions as to which no response is required. Further, the press release cited in Paragraph 874, including subparts a. through c., and footnotes 273 through 275 of the Complaint speaks for

itself, and no response is required. To the extent a response is required, the allegations in Paragraph 874, including subparts a. through c., and footnotes 273 through 275 relate to a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

875. Paragraph 875 and footnote 276 of the Complaint purport to state legal conclusions as to which no response is required. Further, the study cited in Paragraph 875 and footnote 276 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 875 and footnote 276 relate to a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

876. Paragraph 876 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 876 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

**A. GM told customers that OnStar was included with their purchase or made them pay for it.**

877. Paragraph 877 and footnote 277 of the Complaint purport to state legal conclusions as to which no response is required. Further, the document cited in Paragraph 877 and footnote 277 speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 877 and footnote 277 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

878. The article cited in Paragraph 878 and footnote 278 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 878 and footnote 278 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

879. The brochure and graphic cited in Paragraph 879 and footnote 279 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 879 and footnote 279 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

880. Paragraph 880 and footnote 280 of the Complaint purport to state legal conclusions as to which no response is required. Further, the document cited in

Paragraph 880 and footnote 280 speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 880 and footnote 280 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

881. Paragraph 881 and footnotes 281 and 282 of the Complaint purport to state legal conclusions as to which no response is required. Further, the documents and graphic cited in Paragraph 881 and footnotes 281 and 282 speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 881 and footnotes 281 and 282 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

882. The articles cited in Paragraph 882 and footnotes 283 through 286 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 882 and footnotes 283 through 286 relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

883. Paragraph 883 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 883 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

**B. GM penalized dealership employees who failed to enroll consumers in OnStar.**

884. Paragraph 884 and footnote 287 of the Complaint purport to state legal conclusions as to which no response is required. Further, the article cited in Paragraph 884 and footnote 287 speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 884 and footnote 287 relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

885. Paragraph 885 and footnote 288 of the Complaint purport to state legal conclusions as to which no response is required. Further, the article cited in Paragraph 885 and footnote 288 speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 885 and footnote 288 relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or

information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

886. Paragraph 886 and footnote 289 of the Complaint purport to state legal conclusions as to which no response is required. Further, the article cited in Paragraph 886 and footnote 289 speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 886 and footnote 289 relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

887. Paragraph 887 and footnote 290 of the Complaint purport to state legal conclusions as to which no response is required. Further, the article cited in Paragraph 887 and footnote 290 of the Complaint speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 887 and footnote 290 that relate to parties and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 887 and footnote 290 that relate to Verisk, Verisk denies the allegations.

888. Paragraph 888 and footnotes 291 through 293 of the Complaint purport to state legal conclusions as to which no response is required. Further, the articles

cited in Paragraph 888 and footnotes 291 through 293 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 888 and footnotes 291 through 293 relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

889. Paragraph 889, including subparts a. through i., and footnotes 294 through 302 of the Complaint purport to state legal conclusions as to which no response is required. Further, the documents cited in Paragraph 889, including subparts a. through i., and footnotes 294 through 302 of the Complaint speak for themselves, and no response is required. To the extent a response is required, as to the allegations in Paragraph 889, including subparts a. through i., and footnotes 294 through 302 that relate to parties and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 889, including subparts a. through i., and footnotes 294 through 302 that relate to Verisk, Verisk denies the allegations.

890. Paragraph 890 and footnote 303 of the Complaint purport to state legal conclusions as to which no response is required. Further, the article cited in Paragraph 890 and footnote 303 speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 890 and footnote 303 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

### C. GM designed a deceptive "onboarding process" to establish OnStar's uninterrupted data connection.

891. Paragraph 891 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 891 relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

892. Paragraph 892 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 892 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

893. The allegations in Paragraph 893 of the Complaint relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

894. The petition cited in Paragraph 894 and footnote 304 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 894 and footnote 304 relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

895. Paragraph 895 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 895 relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

896. Paragraph 896 and footnote 305 of the Complaint purports to state legal conclusions as to which no response is required. Further, the petition and graphic cited in Paragraph 896 and footnote 305 speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 896 and footnote 305 relate to parties and nonparties other than Verisk, and Verisk lacks

knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

897. Paragraph 897 of the Complaint purports to state legal conclusions as to which no response is required. Further, the graphic cited in Paragraph 897 speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 897 relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

898. Paragraph 898 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 898 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

899. Paragraph 899 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 899 relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

900. Paragraph 900 and footnote 306 purport to state legal conclusions as to which no response is required. Further, the petition and graphic cited in Paragraph 900 and footnote 306 speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 900 and footnote 306 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

901. Paragraph 901 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 901 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

902. Paragraph 902 of the Complaint purports to state legal conclusions as to which no response is required. Further, the graphic cited in Paragraph 902 speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 902 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

903. The petition cited in Paragraph 903 and footnote 307 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 903 and footnote 307 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

904. Paragraph 904 and footnote 308 of the Complaint purport to state legal conclusions as to which no response is required. Further, the petition cited in Paragraph 904 and footnote 308 speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 904 and footnote 308 relate to a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

905. The graphic cited in Paragraph 905 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 905 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

906. The graphics cited in Paragraph 906 of the Complaint speak for themselves, and no response is required. To the extent a response is required, Verisk

lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 906. On that basis, Verisk denies the allegations.

907. Paragraph 907 and footnote 309 of the Complaint purport to state legal conclusions as to which no response is required. Further, the petition cited in Paragraph 907 and footnote 309 speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 907 and footnote 309 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

908. Paragraph 908, including subparts a. through d., of the Complaint purports to state legal conclusions as to which no response is required. Further, the graphics cited in Paragraph 908, including subparts a. through d., speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 908, including subparts a. through d., relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

909. Paragraph 909 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 909 relate to parties other than Verisk, and Verisk lacks knowledge or

information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

910. Paragraph 910 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 910 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

911. Paragraph 911 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 911 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

### D. GM made it difficult for consumers to learn that they were enrolled in OnStar or Smart Driver without their consent.

912. Paragraph 912 and footnote 310 of the Complaint purport to state legal conclusions as to which no response is required. Further, the statement cited in Paragraph 912 and footnote 310 speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 912 and footnote 310 relate to parties other than Verisk, and Verisk lacks knowledge or information

sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

**E. GM instituted deceptive cancellation requirements.**

913. Paragraph 913 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 913 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

914. Paragraph 914 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 914 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

915. Paragraph 915 and footnotes 311 through 313 of the Complaint purport to state legal conclusions as to which no response is required. Further, the documents cited in Paragraph 915 and footnotes 311 through 313 speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 915 and footnotes 311 through 313 relate to parties other

than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

## VIII. The information collected by GM and shared with LexisNexis and Verisk is inaccurate, flawed, and materially misleading.

916. Paragraph 916 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 916 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 916 that relate to Verisk, Verisk denies the allegations.

917. Paragraph 917 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 917 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 917 that relate to Verisk, Verisk denies the allegations.

918. Paragraph 918 and footnote 314 of the Complaint purport to state legal conclusions as to which no response is required. Further, the document cited in Paragraph 918 and footnote 314 of the Complaint speaks for itself, and no response

is required. To the extent a response is required, as to the allegations in Paragraph 918 and footnote 314 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 918 and footnote 314 that relate to Verisk, Verisk admits that the purported quotation in Paragraph 918 and footnote 314 appears to be an accurate replication of the cited source document, but the quotation has been decontextualized. Verisk further admits that late night driving and high speed driving were factors in calculating Verisk driving scores. Except as specifically admitted, Verisk denies the allegations in Paragraph 918 and footnote 314.

919. Paragraph 919 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 919 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 919 that relate to Verisk, Verisk denies the allegations.

920. Paragraph 920 and footnote 315 of the Complaint purport to state legal conclusions as to which no response is required. Further, the article cited in Paragraph 920 and footnote 315 speaks for itself, and no response is required. To

the extent a response is required, as to the allegations in Paragraph 920 and footnote 315 that relate to parties and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 920 that relate to Verisk, Verisk denies the allegations.

921. As to the allegations in Paragraph 921 of the Complaint that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 921 that relate to Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

922. The article cited in Paragraph 922 and footnote 316 of the Complaint speaks for itself, and no response is required. Further, a Driver Behavior History Report is a document that speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 922 and footnote 316 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 922 and footnote 316 that relate to Verisk, Verisk denies all allegations inconsistent with the Driver Behavior History

Reports. Except as specifically admitted, Verisk denies the allegations in Paragraph 922 and footnote 316.

923. As to the allegations in Paragraph 923 and footnote 316 of the Complaint that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations and, on that basis, denies the allegations. As to the allegations in Paragraph 923 and footnote 316 that relate to Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations and, on that basis, Verisk denies the allegations.

924. As to the allegations in Paragraph 924 and footnote 317 of the Complaint that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 924 and footnote 317 that relate to Verisk, Verisk admits only that Verisk reports included data elements such as driving between 11 p.m. and 5 a.m. and braking and acceleration events involving a change in speed of greater than 9.5 kph/s (5.9 mph/s). Except as specifically admitted, Verisk denies the allegations in Paragraph 924 and footnote 317.

925. As to the allegations in Paragraph 925 of the Complaint that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations and, on that basis, denies the allegations. As to the

allegations in Paragraph 925 that relate to Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations and, on that basis, Verisk denies the allegations.

926. Paragraph 926 and footnote 318 of the Complaint purport to state legal conclusions as to which no response is required. Further, the article and graphic cited in Paragraph 926 and footnote 318 speak for themselves, and no response is required. To the extent a response is required, as to the allegations in Paragraph 926 and footnote 318 that relate to a party and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 926 and footnote 318 that relate to Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

927. The Reddit thread cited in Paragraph 927 and footnote 319 of the Complaint speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 927 and footnote 319 that relate to parties and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 927 and footnote 319 that relate to Verisk, Verisk denies the allegations.

928. Paragraph 928 and footnote 320 of the Complaint purport to state legal conclusions as to which no response is required. Further, the article cited in Paragraph 928 and footnote 320 speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 928 and footnote 320 that relate to parties and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 928 and footnote 320 that relate to Verisk, Verisk denies the allegations.

929. Paragraph 929 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 929 relate to parties other than Verisk. Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 929 that relate to Verisk, Verisk denies the allegations.

930. Paragraph 930 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 930 that relate to parties and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations.

On that basis, Verisk denies the allegations. As to the allegations in Paragraph 930 that relate to Verisk, Verisk denies the allegations.

## IX. Consumer advocates and regulators expose Defendants' surreptitious Driving Data practices.

931. Paragraph 931 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 931 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 931 that relate to Verisk, Verisk denies the allegations.

### A. *The Mozilla Foundation* sparks a congressional investigation and call for FTC action.

932. The articles cited in Paragraph 932 and footnote 321 of the Complaint speak for themselves, and no response is required. To the extent a response is required, as to the allegations in Paragraph 932 and footnote 321 that relate to a nonparty other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 932 and footnote 321 that relate to Verisk, Verisk admits only that the purported quotation in Paragraph 932 and footnote 321 appears to be an accurate replication of the cited source document, but the quotation has been

altered and decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 932 and footnote 321.

933. The article cited in Paragraph 933 and footnote 322 of the Complaint speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 933 and footnote 322 that relate to a nonparty other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

934. Paragraph 934 and footnote 323 of the Complaint purport to state legal conclusions as to which no response is required. Further, the article cited in Paragraph 934 and footnote 323 of the Complaint speaks for itself, and no response is required. To the extent a response is required, Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 934 and footnote 323. On that basis, Verisk denies the allegations.

935. The allegations in Paragraph 935 of the Complaint relate to nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

936. The document cited in Paragraph 936 and footnote 324 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 936 and footnote 324 relate to nonparties other than

Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

937. Paragraph 937 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 937 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

938. The document cited in Paragraph 938 and footnote 325 speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 938 and footnote 325 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

939. Paragraph 939 and footnote 326 of the Complaint purport to state legal conclusions as to which no response is required. Further, the document cited in Paragraph 938 and footnote 326 speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 939 and footnote 326 relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

940. Paragraph 940 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 940 of the Complaint that relate to a party and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 940 that relate to Verisk, Verisk admits only that certain insurers obtained licenses to access the Verisk Data Exchange, which contained certain categories of driving data for certain GM vehicles. Except as specifically admitted, Verisk denies the allegations in Paragraph 940.

941. Paragraph 941 of the Complaint purports to state legal conclusions as to which no response is required. Further, the graphic cited in Paragraph 941 speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 941 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

942. The document cited in Paragraph 942 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 942 relate to a party and nonparties other than Verisk, and Verisk lacks

knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

943. Paragraph 943 of the Complaint purports to state legal conclusions as to which no response is required. Further, the letter cited in Paragraph 943 and footnote 327 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 943 and footnote 327 relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

### B. ***The New York Times*** **investigates and reveals Defendants' data collection scheme.**

944. Paragraph 944 and footnote 328 of the Complaint purport to state legal conclusions as to which no response is required. Further, the article cited in Paragraph 944 and footnote 328 speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 944 and footnote 328 relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

945. Paragraph 945 and footnotes 329 and 330 of the Complaint purport to state legal conclusions as to which no response is required. Further, the article cited

in Paragraph 945 and footnotes 329 and 330 speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 945 and footnotes 329 and 330 relate to a party and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

946. The article cited in Paragraph 946 and footnote 331 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 946 and footnote 331 relate to a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

947. The allegations in Paragraph 947 relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

948. Paragraph 948 and footnote 332 of the Complaint purport to state legal conclusions as to which no response is required. Further, the article cited in Paragraph 948 and footnote 332 speaks for itself. To the extent a response is required, as to the allegations in Paragraph 948 and footnote 332 that relate to parties and a nonparty other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the

allegations. As to the allegations in Paragraph 948 and footnote 332 that relate to Verisk, Verisk denies the allegations.

## X. Public outcry and litigation prompt some Defendants to stop some of their illegal sharing practices.

### A. Within days of the litigation commencing, GM stops sharing Driving Data with LexisNexis and Verisk.

949. The article cited in Paragraph 949 and footnote 333 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 949 and footnote 333 relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

950. Paragraph 950, subparagraphs a. through h., and footnotes 334 through 341, of the Complaint purport to state legal conclusions as to which no response is required. Further, the documents cited in Paragraph 950, subparagraphs a. through h., and footnotes 334 through 341, of the Complaint speak for themselves, and no response is required. To the extent a response is required, as to the allegations in Paragraph 950, subparagraphs a. through h., and footnotes 334 through 341, that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to

the allegations in Paragraph 950, subparagraphs a. through h., and footnotes 334 through 341, that relate to Verisk, Verisk denies the allegations.

951. Paragraph 951 and footnote 342 of the Complaint purport to state legal conclusions as to which no response is required. Further, the article cited in Paragraph 951 and footnote 342 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 951 and footnote 342 relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

952. The article cited in Paragraph 952 and footnote 343 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 952 and footnote 343 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

953. The article cited in Paragraph 953 and footnote 344 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 953 and footnote 344 relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

954. The screenshot cited in Paragraph 954 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 954 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

955. The privacy statement cited in Paragraph 955 and footnote 345 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 955 and footnote 345 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

956. The email cited in Paragraph 956 and footnote 346 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 956 and footnote 346 relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

### B. Verisk discontinues its telematics exchange shortly after the litigation is commenced.

957. The article cited in Paragraph 957 and footnote 347 of the Complaint speaks for itself, and no response is required. To the extent a response is required, Verisk admits only that the purported quotation in Paragraph 957 and footnote 347

appears to be an accurate replication of the cited source document, but the quotation has been decontextualized. Except as specifically admitted, Verisk denies the allegations in Paragraph 957 and footnote 347.

958. Verisk denies the allegations in Paragraph 958 and footnote 348 of the Complaint.

### C. LexisNexis continues to market its telematics exchange: "shrouded in secrecy."

959. The articles cited in Paragraph 959 and footnotes 349 and 350 of the Complaint speak for themselves, and no response is required. To the extent a response is required, the allegations in Paragraph 959 and footnotes 349 and 350 relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

960. The article cited in Paragraph 960 and footnote 351 of the Complaint speaks for itself, and no response is required. To the extent a response is required, the allegations in Paragraph 960 and footnote 351 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

961. The article cited in Paragraph 961 and footnotes 352 and 353 of the Complaint speaks for itself, and no response is required. To the extent a response is

required, the allegations in Paragraph 961 and footnotes 352 and 353 relate to a party and a nonparty other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

## **TOLLING**

962. Paragraph 962 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 962 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 962 that relate to Verisk, Verisk denies the allegations.

## **CLASS ACTION ALLEGATIONS**

963. Paragraph 963 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, Verisk denies that class treatment is appropriate for Plaintiffs' claims. Verisk also denies all remaining allegations in Paragraph 963.

964. Paragraph 964 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, Verisk denies

that class treatment is appropriate for Plaintiffs' claims. Verisk also denies all remaining allegations in Paragraph 964.

965. Paragraph 965 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, Verisk denies that class treatment is appropriate for Plaintiffs' claims. Verisk also denies all remaining allegations in Paragraph 965.

966. Paragraph 966 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, Verisk denies that class treatment is appropriate for Plaintiffs' claims. Verisk also denies all remaining allegations in Paragraph 966.

967. Paragraph 967 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, Verisk denies that class treatment is appropriate for Plaintiffs' claims. Verisk also denies all remaining allegations in Paragraph 967.

968. Paragraph 968 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, Verisk denies that class treatment is appropriate for Plaintiffs' claims. Verisk also denies all remaining allegations in Paragraph 968.

969. Paragraph 969, including subparts a. through q., of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, Verisk denies that class treatment is appropriate for Plaintiffs' claims. Verisk also denies all remaining allegations in Paragraph 969, including subparts a. through q.

970. Paragraph 970 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, Verisk denies that class treatment is appropriate for Plaintiffs' claims. Verisk also denies all remaining allegations in Paragraph 970.

971. Paragraph 971 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, Verisk denies that class treatment is appropriate for Plaintiffs' claims. Verisk also denies all remaining allegations in Paragraph 971.

972. Paragraph 972 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, Verisk denies that class treatment is appropriate for Plaintiffs' claims. Verisk also denies all remaining allegations in Paragraph 972.

973. Paragraph 973 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, Verisk denies

that class treatment is appropriate for Plaintiffs' claims. Verisk also denies all remaining allegations in Paragraph 973.

## CLAIMS ON BEHALF OF THE NATIONWIDE CLASS

## COUNT 1

### VIOLATION OF THE FEDERAL WIRETAP ACT
### 18 U.S.C. §§ 2510, *et seq.*

*On Behalf of Plaintiffs and the Nationwide Class Against GM*

974. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

975. Paragraph 975 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 975 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

976. Paragraph 976 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 976 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

977. Paragraph 977 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 977

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

978. Paragraph 978 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 978 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

979. Paragraph 979 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 979 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

980. Paragraph 980 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 980 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

981. Paragraph 981 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 981 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

982. Paragraph 982 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 982 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

983. Paragraph 983 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 983 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

984. Paragraph 984 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 984 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

985. Paragraph 985 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 985 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

986. Paragraph 986 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 986

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

987. Paragraph 987 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 987 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

988. Paragraph 988 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 988 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

989. Paragraph 989 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 989 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

990. Paragraph 990 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 990 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

991. Paragraph 991 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 991 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

992. Paragraph 992 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 992 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

993. Paragraph 993 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 993 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

994. Paragraph 994 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 994 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

995. Paragraph 995 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 995

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

996. Paragraph 996 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 996 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

## COUNT 2

## VIOLATION OF THE FEDERAL WIRETAP ACT, 18 U.S.C. §§ 2510, *et seq.*

*On Behalf of Plaintiffs and the Nationwide Class Against Verisk and LexisNexis*

997. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

998. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 974–996 of the Complaint.

999. Paragraph 999 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 999 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 999. On that basis, Verisk denies the allegations.

1000. Paragraph 1000 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1000 require a response, Verisk denies the allegations.

1001. Paragraph 1001 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1001 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations and, on that basis, denies the allegations. As to the allegations in Paragraph 1001 that relate to Verisk, Verisk denies the allegations.

1002. Paragraph 1002 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1002 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1002 that relate to Verisk, Verisk denies the allegations.

1003. Paragraph 1003 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1003 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that

basis, Verisk denies the allegations. As to the allegations in Paragraph 1003 that relate to Verisk, Verisk denies the allegations.

1004. Paragraph 1004 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1004 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1004 that relate to Verisk, Verisk denies the allegations.

1005. Paragraph 1005 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1005 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1005 that relate to Verisk, Verisk denies the allegations.

1006. Paragraph 1006 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1006 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that

basis, Verisk denies the allegations. As to the allegations in Paragraph 1006 that relate to Verisk, Verisk denies the allegations.

1007. Paragraph 1007 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1007 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1007 that relate to Verisk, Verisk denies the allegations.

1008. Paragraph 1008, including subparts a. through f., of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1008, including subparts a. through f., that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1008, including subparts a. through f., that relate to Verisk, Verisk denies the allegations.

1009. Paragraph 1009 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1009 relate to parties other than Verisk, and Verisk lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 1009. On that basis, Verisk denies the allegations.

1010. Paragraph 1010 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1010 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1010 that relate to Verisk, Verisk denies the allegations.

1011. Paragraph 1011 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1011 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1011 that relate to Verisk, Verisk denies the allegations.

## COUNT 3

### VIOLATION OF THE STORED COMMUNICATIONS ACT, 18 U.S.C. §§ 2701, *et seq.*

*On Behalf of Plaintiffs and the Nationwide Class Against GM*

1012. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1013. Paragraph 1013 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1013 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1014. Paragraph 1014 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1014 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1015. Paragraph 1015 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1015 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1016. Paragraph 1016 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1016 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1017. Paragraph 1017 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1017

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1018. Paragraph 1018 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1018 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1019. Paragraph 1019 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1019 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1020. Paragraph 1020 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1020 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1021. Paragraph 1021 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1021 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1022. Paragraph 1022 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1022 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1023. Paragraph 1023 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1023 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1024. Paragraph 1024 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1024 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1025. Paragraph 1025 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1025 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1026. Paragraph 1026 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1026

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1027. Paragraph 1027 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1027 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1028. Paragraph 1028 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1028 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1029. Paragraph 1029 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1029 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1030. Paragraph 1030 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1030 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1031. Paragraph 1031 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1031 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1032. Paragraph 1032 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1032 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1033. Paragraph 1033 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1033 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1034. Paragraph 1034 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1034 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

## COUNT 4

## VIOLATION OF THE COMPUTER FRAUD AND ABUSE ACT 18 U.S.C. § 1030 *et seq.*

*On Behalf of Plaintiffs and the Nationwide Class Against GM*

1035. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1036. Paragraph 1036 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1036 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1037. Paragraph 1037 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1037 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1038. Paragraph 1038 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1038 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1039. Paragraph 1039 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1039 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1040. Paragraph 1040 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1040 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1041. Paragraph 1041 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1041 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1042. Paragraph 1042 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1042 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1043. Paragraph 1043 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1043 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1044. Paragraph 1044 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1044

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1045. Paragraph 1045 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1045 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1046. Paragraph 1046 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1046 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1047. Paragraph 1047 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1047 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

## COUNT 5

## INVASION OF PRIVACY

*Against All Defendants on Behalf of Plaintiffs and the Nationwide Class, or Alternatively, on Behalf of Plaintiffs and the Statewide Subclasses*

1048. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1049. Paragraph 1049 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1049 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1049 that relate to Verisk, Verisk denies the allegations.

1050. Paragraph 1050 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1050 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1050 that relate to Verisk, Verisk denies the allegations.

1051. Paragraph 1051 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1051 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1051 that relate to Verisk, Verisk denies the allegations.

1052. Paragraph 1052 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1052 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1052 that relate to Verisk, Verisk denies the allegations.

1053. Paragraph 1053 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1053 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1053 that relate to Verisk, Verisk denies the allegations.

1054. Paragraph 1054 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1054 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1054 that relate to Verisk, Verisk denies the allegations.

1055. Paragraph 1055 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1055 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1055 that relate to Verisk, Verisk denies the allegations.

1056. Paragraph 1056 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1056 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1056 that relate to Verisk, Verisk denies the allegations.

1057. Paragraph 1057 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1057 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1057 that relate to Verisk, Verisk denies the allegations.

1058. Paragraph 1058 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1058 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1058 that relate to Verisk, Verisk denies the allegations.

1059. Paragraph 1059 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1059 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1059 that relate to Verisk, Verisk denies the allegations.

1060. Paragraph 1060 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1060 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1060 that relate to Verisk, Verisk denies the allegations.

1061. Paragraph 1061 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1061 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1061 that relate to Verisk, Verisk denies the allegations.

1062. Paragraph 1062 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1062 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1062 that relate to Verisk, Verisk denies the allegations.

1063. Paragraph 1063 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1063 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1063 that relate to Verisk, Verisk denies the allegations.

1064. Paragraph 1064 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1064 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1064 that relate to Verisk, Verisk denies the allegations.

1065. Paragraph 1065 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1065 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1065 that relate to Verisk, Verisk denies the allegations.

1066. Paragraph 1066 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1066 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1066 that relate to Verisk, Verisk denies the allegations.

1067. Paragraph 1067 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1067 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1067 that relate to Verisk, Verisk denies the allegations.

## COUNT 6

## CIVIL CONSPIRACY TO COMMIT INVASION OF PRIVACY

*Against All Defendants on Behalf of Plaintiffs and the Nationwide Class, or Alternatively, on Behalf of Plaintiffs and the Statewide Subclasses*

1068. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1069. Paragraph 1069 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1069 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1069 that relate to Verisk, Verisk denies the allegations.

1070. Paragraph 1070 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the

allegations in Paragraph 1070 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1070 that relate to Verisk, Verisk denies the allegations.

1071. Paragraph 1071 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1071 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1071 that relate to Verisk, Verisk denies the allegations.

1072. Paragraph 1072 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1072 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1072 that relate to Verisk, Verisk denies the allegations.

1073. Paragraph 1073 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1073 that relate to parties other than Verisk, Verisk lacks

knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1073 that relate to Verisk, Verisk denies the allegations.

1074. Paragraph 1074, including subparts a. and b., of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1074, including subparts a. and b., that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1074, including subparts a. and b., that relate to Verisk, Verisk denies the allegations.

1075. Paragraph 1075 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1075 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1075 that relate to Verisk, Verisk denies the allegations.

1076. Paragraph 1076 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1076 that relate to parties other than Verisk, Verisk lacks

knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1076 that relate to Verisk, Verisk denies the allegations.

1077. Paragraph 1077 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1077 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1077 that relate to Verisk, Verisk denies the allegations.

## COUNT 7

## UNJUST ENRICHMENT

*Against All Defendants on Behalf of Plaintiffs and the Nationwide Class, or Alternatively, on Behalf of Plaintiffs and the Statewide Subclasses*

1078. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1079. Paragraph 1079 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1079 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that

basis, Verisk denies the allegations. As to the allegations in Paragraph 1079 that relate to Verisk, Verisk denies the allegations.

1080. Paragraph 1080 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1080 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1080 that relate to Verisk, Verisk denies the allegations.

1081. Paragraph 1081 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1081 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1081 that relate to Verisk, Verisk denies the allegations.

1082. Paragraph 1082 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1082 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1082. On that basis, Verisk denies the allegations.

## COUNT 8

## BREACH OF CONTRACT

*Against GM on Behalf of Plaintiffs and the Nationwide Class, or Alternatively, on Behalf of Plaintiffs and the Statewide Subclasses*

1083. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1084. Paragraph 1084 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1084 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1085. Paragraph 1085 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1085 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1086. Paragraph 1086 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1086 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1087. Paragraph 1087 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1087

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1088. Paragraph 1088 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1088 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

## COUNT 9

## TRESPASS TO CHATTELS

*Against all Defendants on Behalf of Plaintiffs and the Nationwide Class, or Alternatively, on Behalf of Plaintiffs and the Statewide Subclasses*

1087. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1090. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1090 of the Complaint.

1091. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1091 of the Complaint.

1092. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1092 of the Complaint.

1093. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1093 of the Complaint.

1094. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1094 of the Complaint.

1095. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1095 of the Complaint.

## CLAIMS ON BEHALF OF THE FCRA SUBCLASS

## COUNT 10

### WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT 15 U.S.C. § 1681, *et seq.* ("FCRA")

*On Behalf of Plaintiffs and the FCRA Subclass Against Verisk and LexisNexis*

1096. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1097. Paragraph 1097 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1097 require a response, Verisk denies that class treatment is appropriate for Plaintiffs' claims. Verisk also denies all remaining allegations in Paragraph 1097.

1098. Paragraph 1098 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1098 require a response, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1099. Paragraph 1099 of the Complaint purports to state legal conclusions as to which no response is required. Further, the FCRA speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 1099 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1099 that relate to Verisk, Verisk admits only that, at certain times, it was acting as a consumer reporting agency with

respect to its telematics personal auto insurance program at issue in this action. Except as specifically admitted, Verisk denies the allegations in Paragraph 1099.

1100. Paragraph 1100 of the Complaint purports to state legal conclusions as to which no response is required. Further, the FCRA speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 1100 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1100 that relate to Verisk, Verisk admits compiling and maintaining consumer reports of certain named Plaintiffs. Except as specifically admitted, Verisk denies the allegations in Paragraph 1100.

1101. Paragraph 1101 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1101 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1101 that relate to Verisk, Verisk denies the allegations to the extent inconsistent with the FCRA.

1102. Paragraph 1102 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1102 that relate to parties and nonparties other than Verisk,

Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1102 that relate to Verisk, Verisk denies the allegations.

1103. Paragraph 1103 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1103 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1103 that relate to Verisk, Verisk denies the allegations.

1104. Paragraph 1104 of the Complaint purports to state legal conclusions as to which no response is required. Further, the FCRA speaks for itself, and no response is required. To the extent a response is required, Verisk denies the allegations to the extent inconsistent with the FCRA.

1105. Paragraph 1105 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1105 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1105 that relate to Verisk, Verisk denies the allegations.

1106. Paragraph 1106, including subparts a. through c., of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1106, including subparts a. through c., that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1106, including subparts a. through c., that relate to Verisk, Verisk denies the allegations.

1107. Paragraph 1107 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1107 that relate to a party and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1107 that relate to Verisk, Verisk denies the allegations.

1108. Paragraph 1108 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1108 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1108 that relate to Verisk, Verisk denies the allegations.

1109. Paragraph 1109 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1109 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1109 that relate to Verisk, Verisk denies the allegations.

1110. Paragraph 1110 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1110 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1110 that relate to Verisk, Verisk denies the allegations.

## CLAIMS ON BEHALF OF THE ALABAMA SUBCLASS

## COUNT 11

### ALABAMA DECEPTIVE TRADE PRACTICES ACT
### Ala. Code §§ 8-19-1, *et seq.*

*Against All Defendants*

1111. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1112. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1112 of the Complaint.

1113. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1113 of the Complaint.

1114. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1114 of the Complaint.

1115. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1115 of the Complaint.

1116. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1116 of the Complaint.

1117. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1117 of the Complaint.

1118. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1118 of the Complaint.

1119. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1119 of the Complaint.

1120. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1120 of the Complaint.

1121. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1121 of the Complaint.

1122. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1122 of the Complaint.

1123. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1123 of the Complaint.

1124. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1124 of the Complaint.

1125. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1125 of the Complaint.

## CLAIMS ON BEHALF OF THE ARIZONA SUBCLASS

## COUNT 12

### ARIZONA CONSUMER FRAUD ACT
### Ariz. Rev. Stat. §§ 44-1521, *et seq.*

*Against all Defendants*

1126. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1126 of the Complaint.

1127. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1127 of the Complaint.

1128. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1128 of the Complaint.

1129. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1129 of the Complaint.

1130. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1130 of the Complaint.

1131. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1131 of the Complaint.

1132. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1132 of the Complaint.

1133. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1133 of the Complaint.

1134. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1134 of the Complaint.

1135. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1135 of the Complaint.

1136. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1136 of the Complaint.

1137. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1137 of the Complaint.

1138. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1138 of the Complaint.

## CLAIMS ON BEHALF OF THE CALIFORNIA SUBCLASS

## COUNT 13

### CALIFORNIA CONSTITUTIONAL INVASION OF PRIVACY
**California Constitution, Article I, Section 1**

*Against All Defendants*

1139. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1139 of the Complaint.

1140. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1140 of the Complaint.

1141. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1141 of the Complaint.

1. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1 [sic] of the Complaint.

1142. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1142 of the Complaint.

1143. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1143 of the Complaint.

1144. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1144 of the Complaint.

1145. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1145 of the Complaint.

1146. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1146 of the Complaint.

1147. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1147 of the Complaint.

1148. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1148 of the Complaint.

1149. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1149 of the Complaint.

1150. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1150 of the Complaint.

## COUNT 14

**CALIFORNIA INVASION OF PRIVACY ACT — WIRETAPPING LAW**
**Cal. Pen. Code §§ 631**
*Against All Defendants*

1151. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1152. Paragraph 1152 of the Complaint purports to state legal conclusions as to which no response is required. Further, California Penal Code Section 630 speaks for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1152 inconsistent with California Penal Code Section 630.

1153. Paragraph 1153 of the Complaint purports to state legal conclusions as to which no response is required. Further, California Penal Code Section 631 speaks for itself, and no response is required. To the extent a response is required, Verisk

denies any allegations in Paragraph 1153 inconsistent with California Penal Code Section 631.

1154. Paragraph 1154 of the Complaint purports to state legal conclusions as to which no response is required. Further, California Penal Code Section 631 speaks for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1154 inconsistent with California Penal Code Section 631.

1155. Paragraph 1155 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1155 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1155 that relate to Verisk, Verisk denies the allegations.

1156. Paragraph 1156 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1156 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1156 that relate to Verisk, Verisk denies the allegations.

1157. Paragraph 1157 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1157 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1158. Paragraph 1158 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1158 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1159. Paragraph 1159 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1159 relate to parties and nonparties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1160. Paragraph 1160 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1160 relate to parties other than Verisk, and Verisk lacks

knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1161. Paragraph 1161 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1161 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1161 that relate to Verisk, Verisk denies the allegations.

1162. Paragraph 1162 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1162 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1163. Paragraph 1163 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1163 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1164. Paragraph 1164 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1164 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1165. Paragraph 1165 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1165 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1165 that relate to Verisk, Verisk denies the allegations.

1166. Paragraph 1166 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1166 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1166 that relate to Verisk, Verisk denies the allegations.

1167. Paragraph 1167 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the

allegations in Paragraph 1167 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1167 that relate to Verisk, Verisk denies the allegations.

1168. Paragraph 1168 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1168 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1168 that relate to Verisk, Verisk denies the allegations.

1169. Paragraph 1169 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1169 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1169 that relate to Verisk, Verisk denies the allegations.

1170. Paragraph 1170 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1170 that relate to a party other than Verisk, Verisk lacks

knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1170 that relate to Verisk, Verisk denies the allegations.

1171. Paragraph 1171 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1171 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1171 that relate to Verisk, Verisk denies the allegations.

1172. Paragraph 1172, including subparts a. through f., of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1172, including subparts a. through f., that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1172, including subparts a. through f., that relate to Verisk, Verisk denies the allegations.

1173. Paragraph 1173 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1173 relate to parties other than Verisk, and Verisk lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 1173. On that basis, Verisk denies the allegations.

1174. Paragraph 1174 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1174 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1174 that relate to Verisk, Verisk denies the allegations.

1175. Paragraph 1175 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1175 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1175 that relate to Verisk, Verisk denies the allegations.

1176. Paragraph 1176 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1176 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis,

Verisk denies the allegations. As to the allegations in Paragraph 1176 that relate to Verisk, Verisk denies the allegations.

1177. Paragraph 1177 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1177 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1177 that relate to Verisk, Verisk denies the allegations.

1178. Paragraph 1178 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1178 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1178 that relate to Verisk, Verisk denies the allegations.

1179. Paragraph 1179 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1179 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis,

Verisk denies the allegations. As to the allegations in Paragraph 1179 that relate to Verisk, Verisk denies the allegations.

## COUNT 15

## CALIFORNIA INVASION OF PRIVACY ACT — ELECTRONIC TRACKING DEVICE
## Cal. Pen. Code § 637.7

*Against GM*

1180. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1181. Paragraph 1181 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1181 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1182. Paragraph 1182 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1182 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1183. Paragraph 1183 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1183

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1184. Paragraph 1184 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1184 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1185. Paragraph 1185 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1185 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1186. Paragraph 1186 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1186 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1187. Paragraph 1187 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1187 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1188. Paragraph 1188 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1188 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

## COUNT 16

## CALIFORNIA COMPUTER DATA ACCESS AND FRAUD ACT
**Cal. Pen. Code §§ 502, *et seq.***

*Against GM*

1189. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1190. Paragraph 1190 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1190 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1191. Paragraph 1191 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1191 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1192. Paragraph 1192 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1192

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1193. Paragraph 1193 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1193 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1194. Paragraph 1194 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1194 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1195. Paragraph 1195 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1195 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1196. Paragraph 1196 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1196 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1197. Paragraph 1197 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1197 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1198. Paragraph 1198 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1198 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1199. Paragraph 1199 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1199 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1200. Paragraph 1200 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1200 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1201. Paragraph 1201 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1201

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1202. Paragraph 1202 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1202 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1203. Paragraph 1203 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1203 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1204. Paragraph 1204 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1204 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1205. Paragraph 1205 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1205 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1206. Paragraph 1206 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1206 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1207. Paragraph 1207 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1207 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1208. Paragraph 1208 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1208 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1209. Paragraph 1209 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1209 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1210. Paragraph 1210 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1210

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

## **COUNT 17**

### CALIFORNIA CONSUMER PRIVACY ACT
### Cal. Civ. Code §§ 1798.100, *et seq.*

*Against All Defendants*

1211. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1212. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1212 of the Complaint.

1213. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1213 of the Complaint.

1214. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1214 of the Complaint.

1215. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1215 of the Complaint.

1216. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1216 of the Complaint.

1217. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1217 of the Complaint.

1218. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1218 of the Complaint.

1219. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1219 of the Complaint.

1220. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1220 of the Complaint.

1221. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1221 of the Complaint.

## COUNT 18

## CALIFORNIA UNFAIR COMPETITION LAW
**Cal. Bus. & Prof. Code §§ 17200, *et seq.***

*Against All Defendants*

1222. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1223. Paragraph 1223 of the Complaint purports to state legal conclusions as to which no response is required. Further, the California Unfair Competition Law ("UCL") speaks for itself, and no response is required. To the extent a response is

required, Verisk denies any allegations in Paragraph 1223 inconsistent with the UCL.

1224. Paragraph 1224 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1224 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1224 that relate to Verisk, Verisk denies the allegations.

1225. Paragraph 1225 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1225 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1225 that relate to Verisk, Verisk denies the allegations.

1226. Paragraph 1226 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1226 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis,

Verisk denies the allegations. As to the allegations in Paragraph 1226 that relate to Verisk, Verisk denies the allegations.

1227. Paragraph 1227, including subparts a. through f., of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1227, including subparts a. through f., relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1228. Paragraph 1228 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1228 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1229. Paragraph 1229 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1229 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1230. Paragraph 1230 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1230 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1231. Paragraph 1231 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1231 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1231 that relate to Verisk, Verisk denies the allegations.

1232. Paragraph 1232 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1232 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1232 that relate to Verisk, Verisk denies the allegations.

1233. Paragraph 1233 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the

allegations in Paragraph 1233 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1233 that relate to Verisk, Verisk denies the allegations.

1234. Paragraph 1234 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1234 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1234 that relate to Verisk, Verisk denies the allegations.

1235. Paragraph 1235 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1235 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1235 that relate to Verisk, Verisk denies the allegations.

1236. Paragraph 1236 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1236 that relate to parties other than Verisk, Verisk lacks

knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1236 that relate to Verisk, Verisk denies the allegations.

**COUNT 19**

**CALIFORNIA CONSUMERS LEGAL REMEDIES ACT**

**Cal. Civ. Code §§ 1750, *et seq*.**

*Against GM*

1237. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1238. Paragraph 1238 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1238 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1239. Paragraph 1239 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1239 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1240. Paragraph 1240 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1240

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1241. Paragraph 1241 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1241 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1242. Paragraph 1242 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1242 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1243. Paragraph 1243 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1243 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1244. Paragraph 1244 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1244 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

## COUNT 20

## CALIFORNIA FALSE ADVERTISING LAW
## Cal. Bus. & Prof. Code §§ 17500, *et seq.*

*Against GM*

1245. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1246. Paragraph 1246 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1246 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1247. Paragraph 1247 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1247 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1248. Paragraph 1248 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1248 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1249. Paragraph 1249 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1249

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1250. Paragraph 1250 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1250 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1251. Paragraph 1251 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1251 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1252. Paragraph 1252 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1252 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

## CLAIMS ON BEHALF OF THE CONNECTICUT SUBCLASS

## COUNT 21

**CONNECTICUT UNFAIR TRADE PRACTICES ACT**
**Conn. Gen. Stat. §§ 42-110a, *et seq.***
*Against All Defendants*

1253. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1254. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1254 of the Complaint.

1255. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1255 of the Complaint.

1256. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1256 of the Complaint.

1257. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1257 of the Complaint.

1258. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1258 of the Complaint.

1259. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1259 of the Complaint.

1260. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1260 of the Complaint.

1261. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1261 of the Complaint.

1262. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1262 of the Complaint.

1263. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1263 of the Complaint.

1264. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1264 of the Complaint.

1265. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1265 of the Complaint.

1266. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1266 of the Complaint.

## CLAIMS ON BEHALF OF THE DELAWARE SUBCLASS

## COUNT 22

### DELAWARE CONSUMER FRAUD ACT
### 6 Del. Code §§ 2511, *et seq.*

*Against GM*

1267. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1268. Paragraph 1268 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1268 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1269. Paragraph 1269 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1269 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1270. Paragraph 1270 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1270 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1271. Paragraph 1271 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1271 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1272. Paragraph 1272 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1272 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1273. Paragraph 1273 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1273 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1274. Paragraph 1274 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1274 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1275. Paragraph 1275 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1275

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1276. Paragraph 1276 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1276 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1277. Paragraph 1277 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1277 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1278. Paragraph 1278 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1278 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

## COUNT 23

## DELAWARE WIRETAPING, ELECTRONIC SURVEILLANCE AND INTERCEPTION OF COMMUNICATIONS LAW
**Del. Stat. Tit. 11 §§ 24011, *et seq.***

*Against All Defendants*

1279. Verisk hereby incorporates as if fully set forth herein its answers and

defenses to Paragraphs 1–973 of the Complaint.

1280. Paragraph 1280 of the Complaint purports to state legal conclusions as to which no response is required. Further, the Delaware Wiretapping, Electronic Surveillance and Interception of Communications law ("DWES") speaks for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1280 inconsistent with the DWES.

1281. Paragraph 1281 of the Complaint purports to state legal conclusions as to which no response is required. Further, the DWES speaks for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1281 inconsistent with the DWES.

1282. Paragraph 1282 of the Complaint purports to state legal conclusions as to which no response is required. Further, the DWES speaks for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1282 inconsistent with the DWES.

1283. Paragraph 1283 of the Complaint purports to state legal conclusions as to which no response is required. Further, the DWES speaks for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1283 inconsistent with the DWES.

1284. Paragraph 1284 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1284 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1284 that relate to Verisk, Verisk denies the allegations.

1285. Paragraph 1285 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1285 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1285 that relate to Verisk, Verisk denies the allegations.

1286. Paragraph 1286 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1286 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1286. On that basis, Verisk denies the allegations.

1287. Paragraph 1287 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the

allegations in Paragraph 1287 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1287 that relate to Verisk, Verisk denies the allegations.

1288. Paragraph 1288 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1288 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1288 that relate to Verisk, Verisk denies the allegations.

1289. Paragraph 1289 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1289 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1289. On that basis, Verisk denies the allegations.

1290. Paragraph 1290 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1290 relate to a party other than Verisk, and Verisk lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 1290. On that basis, Verisk denies the allegations.

1291. Paragraph 1291 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1291 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1291. On that basis, Verisk denies the allegations.

1292. Paragraph 1292 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1292 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1292. On that basis, Verisk denies the allegations.

1293. Paragraph 1293 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1293 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1293. On that basis, Verisk denies the allegations.

1294. Paragraph 1294 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the

allegations in Paragraph 1294 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1294. On that basis, Verisk denies the allegations.

1295. Paragraph 1295 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1295 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1295 that relate to Verisk, Verisk denies the allegations.

1296. Paragraph 1296 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1296 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1296 that relate to Verisk, Verisk denies the allegations.

1297. Paragraph 1297 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1297 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis,

Verisk denies the allegations. As to the allegations in Paragraph 1297 that relate to Verisk, Verisk denies the allegations.

1298. Paragraph 1298 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1298 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1298 that relate to Verisk, Verisk denies the allegations.

1299. Paragraph 1299 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1299 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1299 that relate to Verisk, Verisk denies the allegations.

1300. Paragraph 1300 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1300 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis,

Verisk denies the allegations. As to the allegations in Paragraph 1300 that relate to Verisk, Verisk denies the allegations.

1301. Paragraph 1301 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1301 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1301 that relate to Verisk, Verisk denies the allegations.

1302. Paragraph 1302, including subparts a. through f., of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1302, including subparts a. through f., that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1302, including subparts a. through f., that relate to Verisk, Verisk denies the allegations.

1303. Paragraph 1303 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1303 relate to parties other than Verisk, and Verisk lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 1303. On that basis, Verisk denies the allegations.

1304. Paragraph 1304 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1304 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1304 that relate to Verisk, Verisk denies the allegations.

1305. Paragraph 1305 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1305 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1305 that relate to Verisk, Verisk denies the allegations.

1306. Paragraph 1306 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1306 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis,

Verisk denies the allegations. As to the allegations in Paragraph 1306 that relate to Verisk, Verisk denies the allegations.

## CLAIMS ON BEHALF OF THE FLORIDA SUBCLASS

## COUNT 24

## FLORIDA UNFAIR AND DECEPTIVE TRADE PRACTICES ACT
**Fla. Stat. §§ 501.201, *et seq.***

*Against All Defendants*

1307. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1308. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1308 of the Complaint.

1309. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1309 of the Complaint.

1310. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1310 of the Complaint.

1311. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1311 of the Complaint.

1312. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1312 of the Complaint.

1313. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1313 of the Complaint.

1314. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1314 of the Complaint.

1315. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1315 of the Complaint.

1316. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1316 of the Complaint.

1317. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1317 of the Complaint.

1318. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1318 of the Complaint.

1319. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1319 of the Complaint.

1320. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1320 of the Complaint.

1321. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1321 of the Complaint.

## COUNT 25

### FLORIDA SECURITY OF COMMUNICATIONS ACT
### Fla. Stat. §§ 934.01, *et seq.*

*Against All Defendants*

1322. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1323. Paragraph 1323 of the Complaint purports to state legal conclusions as to which no response is required. Further, the Florida Security of Communications Act ("FSCA") speaks for itself, and no response is required. To the extent a

response is required, Verisk denies any allegations in Paragraph 1323 inconsistent with the FSCA.

1324. Paragraph 1324 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1324 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1324 that relate to Verisk, Verisk denies the allegations.

1325. Paragraph 1325 of the Complaint purports to state legal conclusions as to which no response is required. Further, the FSCA speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 1325 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1325 that relate to Verisk, Verisk denies the allegations.

1326. Paragraph 1326 of the Complaint purports to state legal conclusions as to which no response is required. Further, the FSCA speaks for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1326 inconsistent with the FSCA.

1327. Paragraph 1327 of the Complaint purports to state legal conclusions as to which no response is required. Further, the FSCA speaks for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1327 inconsistent with the FSCA.

1328. Paragraph 1328 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1328 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1328. On that basis, Verisk denies the allegations.

1329. Paragraph 1329 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1329 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1329. On that basis, Verisk denies the allegations.

1330. Paragraph 1330 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1330 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis,

Verisk denies the allegations. As to the allegations in Paragraph 1330 that relate to Verisk, Verisk denies the allegations.

1331. Paragraph 1331 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1331 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1331 that relate to Verisk, Verisk denies the allegations.

1332. Paragraph 1332 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1332 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1332. On that basis, Verisk denies the allegations.

1333. Paragraph 1333 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1333 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1333. On that basis, Verisk denies the allegations.

1334. Paragraph 1334 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1334 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1334. On that basis, Verisk denies the allegations.

1335. Paragraph 1335 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1335 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1335. On that basis, Verisk denies the allegations.

1336. Paragraph 1336 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1336 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1336. On that basis, Verisk denies the allegations.

1337. Paragraph 1337 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1337 relate to a party other than Verisk, and Verisk lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 1337. On that basis, Verisk denies the allegations.

1338. Paragraph 1338 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1338 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1338 that relate to Verisk, Verisk denies the allegations.

1339. Paragraph 1339 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1339 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1339 that relate to Verisk, Verisk denies the allegations.

1340. Paragraph 1340 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1340 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis,

Verisk denies the allegations. As to the allegations in Paragraph 1340 that relate to Verisk, Verisk denies the allegations.

1341. Paragraph 1341 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1341 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1341 that relate to Verisk, Verisk denies the allegations.

1342. Paragraph 1342 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1342 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1342 that relate to Verisk, Verisk denies the allegations.

1343. Paragraph 1343 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1343 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis,

Verisk denies the allegations. As to the allegations in Paragraph 1343 that relate to Verisk, Verisk denies the allegations.

1344. Paragraph 1344 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1344 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1344 that relate to Verisk, Verisk denies the allegations.

1345. Paragraph 1345, including subparts a. through f., of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1345, including subparts a. through f., that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1345, including subparts a. through f., that relate to Verisk, Verisk denies the allegations.

1346. Paragraph 1346 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1346 relate to parties other than Verisk, and Verisk lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 1346. On that basis, Verisk denies the allegations.

1347. Paragraph 1347 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1347 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1347 that relate to Verisk, Verisk denies the allegations.

1348. Paragraph 1348 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1348 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1348 that relate to Verisk, Verisk denies the allegations.

1349. Paragraph 1349 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1349 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that

basis, Verisk denies the allegations. As to the allegations in Paragraph 1349 that relate to Verisk, Verisk denies the allegations.

1350. Paragraph 1350 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1350 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1350 that relate to Verisk, Verisk denies the allegations.

## CLAIMS ON BEHALF OF THE GEORGIA SUBCLASS

## COUNT 26

### VIOLATION OF THE GEORGIA UNIFORM DECEPTIVE TRADE PRACTICES ACT
### Ga. Code Ann. §§ 10-1-370, *et seq.*

*Against GM*

1351. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1352. Paragraph 1352 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1352 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1353. Paragraph 1353 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1353 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1354. Paragraph 1354 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1354 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1355. Paragraph 1355 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1355 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1356. Paragraph 1356 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1356 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1357. Paragraph 1357 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1357

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1358. Paragraph 1358 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1358 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1359. Paragraph 1359 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1359 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1360. Paragraph 1360 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1360 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1361. Paragraph 1361 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1361 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

**<u>COUNT 27</u>**

**RECOVERY OF EXPENSES OF LITIGATION**
**O.C.G.A. §§ 13-6-11, *et seq.***

*Against GM*

1362. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1363. Paragraph 1363 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1363 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1364. Paragraph 1364 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1364 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1365. Paragraph 1365 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1365 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

## <u>CLAIMS ON BEHALF OF THE IDAHO SUBCLASS</u>

## <u>COUNT 28</u>

### IDAHO CONSUMER PROTECTION ACT
### Idaho Code §§ 48-601, *et seq*.

*Against All Defendants*

1366. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1367. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1367 of the Complaint.

1368. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1368 of the Complaint.

1369. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1369 of the Complaint.

1370. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1370 of the Complaint.

1371. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1371 of the Complaint.

1372. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1372 of the Complaint.

1373. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1373 of the Complaint.

1374. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1374 of the Complaint.

1375. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1375 of the Complaint.

1376. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1376 of the Complaint.

1377. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1377 of the Complaint.

1378. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1378 of the Complaint.

1379. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1379 of the Complaint.

1380. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1380 of the Complaint.

1381. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1381 of the Complaint.

## CLAIMS ON BEHALF OF THE ILLINOIS SUBCLASS

## COUNT 29

## ILLINOIS CONSUMER FRAUD AND DECEPTIVE BUSINESS PRACTICES ACT
## 815 Ill. Comp. Stat. §§ 505, *et seq*.

*Against All Defendants*

1382. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1383. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1383 of the Complaint.

1384. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1384 of the Complaint.

1385. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1385 of the Complaint.

1386. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1386 of the Complaint.

1387. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1387 of the Complaint.

1388. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1388 of the Complaint.

1389. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1389 of the Complaint.

1390. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1390 of the Complaint.

1391. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1391 of the Complaint.

1392. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1392 of the Complaint.

1393. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1393 of the Complaint.

1394. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1394 of the Complaint.

1395. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1395 of the Complaint.

1396. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1396 of the Complaint.

1397. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1397 of the Complaint.

**COUNT 30**

**ILLINOIS WIRETAPING, ELECTRONIC SURVEILLANCE AND INTERCEPTION OF COMMUNICATIONS LAW**
**720 ILCS 5/14-1, *et seq.***

*Against All Defendants*

1398. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1399. Paragraph 1399 of the Complaint purports to state legal conclusions as to which no response is required. Further, the Illinois Eavesdropping Law speaks for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1399 inconsistent with the Illinois Eavesdropping Law.

1400. Paragraph 1400 of the Complaint purports to state legal conclusions as to which no response is required. Further, the Illinois Eavesdropping Law speaks

for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1400 inconsistent with the Illinois Eavesdropping Law.

1401. Paragraph 1401 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1401 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1401 that relate to Verisk, Verisk denies the allegations.

1402. Paragraph 1402 of the Complaint purports to state legal conclusions as to which no response is required. Further, the Illinois Eavesdropping Law speaks for itself, and no response is required. To the extent a response is required, as to the allegations in Paragraph 1402 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1402 that relate to Verisk, Verisk denies the allegations.

1403. Paragraph 1403 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1403 that relate to parties other than Verisk, Verisk lacks

knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1403 that relate to Verisk, Verisk denies the allegations.

1404. Paragraph 1404 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1404 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1405. Paragraph 1405 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1405 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1406. Paragraph 1406 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1406 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1407. Paragraph 1407 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1407 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1408. Paragraph 1408 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1408 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1409. Paragraph 1409 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1409 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1410. Paragraph 1410 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1410 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis,

Verisk denies the allegations. As to the allegations in Paragraph 1410 that relate to Verisk, Verisk denies the allegations.

1411. Paragraph 1411 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1411 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1411 that relate to Verisk, Verisk denies the allegations.

1412. Paragraph 1412 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1412 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1412 that relate to Verisk, Verisk denies the allegations.

1413. Paragraph 1413, including subparts a. through f., of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1413, including subparts a. through f., that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk

denies the allegations. As to the allegations in Paragraph 1413, including subparts a. through f., that relate to Verisk, Verisk denies the allegations.

1414. Paragraph 1414 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1414 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1414 that relate to Verisk, Verisk denies the allegations.

1415. Paragraph 1415 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1415 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1415 that relate to Verisk, Verisk denies the allegations.

1416. Paragraph 1416 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1416 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that

basis, Verisk denies the allegations. As to the allegations in Paragraph 1416 that relate to Verisk, Verisk denies the allegations.

## CLAIMS ON BEHALF OF THE INDIANA SUBCLASS

## COUNT 31

### INDIANA DECEPTIVE CONSUMER SALES ACT
### Ind. Code §§ 24-5-0.5-1, *et seq*.

*Against All Defendants*

1417. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1418. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1418 of the Complaint.

1419. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1419 of the Complaint.

1420. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1420 of the Complaint.

1421. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1421 of the Complaint.

1422. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1422 of the Complaint.

1423. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1423 of the Complaint.

1424. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1424 of the Complaint.

1425. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1425 of the Complaint.

1426. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1426 of the Complaint.

1427. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1427 of the Complaint.

1428. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1428 of the Complaint.

1429. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1429 of the Complaint.

1430. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1430 of the Complaint.

1431. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1431 of the Complaint.

1432. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1432 of the Complaint.

1433. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1433 of the Complaint.

1434. Verisk states that the Court's April 22, 2026 Order granting in part

Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1434 of the Complaint.

## CLAIMS ON BEHALF OF THE KANSAS SUBCLASS

## COUNT 32

### KANSAS CONSUMER PROTECTION ACT
### Kan. Stat. Ann. §§ 50-623, *et seq*.

*Against All Defendants*

1435. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1436. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1436 of the Complaint.

1437. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1437 of the Complaint.

1438. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1438 of the Complaint.

1439. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1439 of the Complaint.

1440. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1440 of the Complaint.

1441. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1441 of the Complaint.

1442. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1442 of the Complaint.

1443. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1443 of the Complaint.

1444. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1444 of the Complaint.

1445. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1445 of the Complaint.

1446. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1446 of the Complaint.

1447. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1447 of the Complaint.

1448. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1448 of the Complaint.

1449. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1449 of the Complaint.

1450. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1450 of the Complaint.

1451. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1451 of the Complaint.

1452. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1452 of the Complaint.

1453. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1453 of the Complaint.

1454. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1454 of the Complaint.

1455. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1455 of the Complaint.

1456. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1456 of the Complaint.

1457. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1457 of the Complaint.

1458. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1458 of the Complaint.

## CLAIMS ON BEHALF OF THE KENTUCKY SUBCLASS

## COUNT 33

### KENTUCKY CONSUMER PROTECTION ACT
### Ky. Rev. Stat. §§ 367.110, *et seq.*

*Against All Defendants*

1459. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1460. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1460 of the Complaint.

1461. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1461 of the Complaint.

1462. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1462 of the Complaint.

1463. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1463 of the Complaint.

1464. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1464 of the Complaint.

1465. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1465 of the Complaint.

1466. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1466 of the Complaint.

1467. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1467 of the Complaint.

1468. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1468 of the Complaint.

1469. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1469 of the Complaint.

1470. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1470 of the Complaint.

1471. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1471 of the Complaint.

1472. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1472 of the Complaint.

1473. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1473 of the Complaint.

1474. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1474 of the Complaint.

1475. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1475 of the Complaint.

## CLAIMS ON BEHALF OF THE MARYLAND SUBCLASS

## COUNT 34

### VIOLATION OF THE MARYLAND CONSUMER PROTECTION ACT
### Md. Comm. Code §§ 13-301, *et seq*.

*Against GM*

1476. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1477. Paragraph 1477 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1477 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1478. Paragraph 1478 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1478 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1479. Paragraph 1479 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1479 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1480. Paragraph 1480 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1480 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1481. Paragraph 1481 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1481 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1482. Paragraph 1482 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1482

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1483. Paragraph 1483 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1483 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1484. Paragraph 1484 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1484 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1485. Paragraph 1485 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1485 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1486. Paragraph 1486 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1486 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1487. Paragraph 1487 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1487 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1488. Paragraph 1488 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1488 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1489. Paragraph 1489 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1489 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1490. Paragraph 1490 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1490 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

## COUNT 35

**MARYLAND WIRETAPING AND ELECTRONIC SURVEILLANCE ACT**
**Md. Code Ann., Cts. & Jud. Proc. §§ 10-401 *et seq.***

*Against All Defendants*

1491. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1492. Paragraph 1492 of the Complaint purports to state legal conclusions as to which no response is required. Further, the Maryland Wiretapping and Electronic Surveillance Act ("MWESA") speaks for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1492 inconsistent with the MWESA.

1493. Paragraph 1493 of the Complaint purports to state legal conclusions as to which no response is required. Further, the MWESA speaks for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1493 inconsistent with the MWESA.

1494. Paragraph 1494 of the Complaint purports to state legal conclusions as to which no response is required. Further, the MWESA speaks for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1494 inconsistent with the MWESA.

1495. Paragraph 1495 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1495 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis,

Verisk denies the allegations. As to the allegations in Paragraph 1495 that relate to Verisk, Verisk denies the allegations.

1496. Paragraph 1496 of the Complaint purports to state legal conclusions as to which no response is required. Further, the MWESA speaks for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1496 inconsistent with the MWESA.

1497. Paragraph 1497 of the Complaint purports to state legal conclusions as to which no response is required. Further, the MWESA speaks for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1497 inconsistent with the MWESA.

1498. Paragraph 1498 of the Complaint purports to state legal conclusions as to which no response is required. Further, the MWESA speaks for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1498 inconsistent with the MWESA.

1499. Paragraph 1499 of the Complaint purports to state legal conclusions as to which no response is required. Further, the MWESA speaks for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1499 inconsistent with the MWESA.

1500. Paragraph 1500 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1500 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1500 that relate to Verisk, Verisk denies the allegations.

1501. Paragraph 1501 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1501 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1502. Paragraph 1502 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1502 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1503. Paragraph 1503 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1503 relate to a party other than Verisk, and Verisk lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 1503. On that basis, Verisk denies the allegations.

1504. Paragraph 1504 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1504 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1504. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1504 that relate to Verisk, Verisk denies the allegations.

1505. Paragraph 1505 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1505 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1505. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1505 that relate to Verisk, Verisk denies the allegations.

1506. Paragraph 1506 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1506 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1506. On that basis, Verisk denies the allegations.

1507. Paragraph 1507 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1507 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1507. On that basis, Verisk denies the allegations.

1508. Paragraph 1508 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1508 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1508. On that basis, Verisk denies the allegations.

1509. Paragraph 1509 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1509 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1509 that relate to Verisk, Verisk denies the allegations.

1510. Paragraph 1510 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1510 that relate to a party other than Verisk, Verisk lacks

knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1510 that relate to Verisk, Verisk denies the allegations.

1511. Paragraph 1511 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1511 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1511 that relate to Verisk, Verisk denies the allegations.

1512. Paragraph 1512 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1512 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1512 that relate to Verisk, Verisk denies the allegations.

1513. Paragraph 1513 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1513 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis,

Verisk denies the allegations. As to the allegations in Paragraph 1513 that relate to Verisk, Verisk denies the allegations.

1514. Paragraph 1514 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1514 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1514 that relate to Verisk, Verisk denies the allegations.

1515. Paragraph 1515 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1515 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1515 that relate to Verisk, Verisk denies the allegations.

1516. Paragraph 1516, including subparts a. through f., of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1516, including subparts a. through f., that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk

denies the allegations. As to the allegations in Paragraph 1516, including subparts a. through f., that relate to Verisk, Verisk denies the allegations.

1517. Paragraph 1517 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1517 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1517 that relate to Verisk, Verisk denies the allegations.

1518. Paragraph 1518 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1518 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1518. On that basis, Verisk denies the allegations.

1519. Paragraph 1519 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1519 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1519. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1519 that relate to Verisk, Verisk denies the allegations.

1520. Paragraph 1520 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1520 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1520 that relate to Verisk, Verisk denies the allegations.

1521. Paragraph 1521 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1521 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1521 that relate to Verisk, Verisk denies the allegations.

## COUNT 36

## MARYLAND STORED WIRE AND ELECTRONIC COMMUNICATIONS AND TRANSACTIONAL RECORDS ACCESS ACT
## Md. Cts. & Jud. Pro. §§ 10-4A-01 *et seq.*

*Against GM*

1522. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1523. Paragraph 1523 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1523 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1524. Paragraph 1524 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1524 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1525. Paragraph 1525 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1525 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1526. Paragraph 1526 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1526 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1527. Paragraph 1527 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1527

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1528. Paragraph 1528 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1528 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1529. Paragraph 1529 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1529 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1530. Paragraph 1530 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1530 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1531. Paragraph 1531 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1531 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1532. Paragraph 1532 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1532 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1533. Paragraph 1533 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1533 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1534. Paragraph 1534 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1534 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1535. Paragraph 1535 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1535 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1536. Paragraph 1536 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1536

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

## CLAIMS ON BEHALF OF THE MASSACHUSETTS SUBCLASS
## COUNT 37

### MASSACHUSETTS CONSUMER PROTECTION ACT
### Mass. Gen. Laws Ann. Ch. 93A, §§ 1, *et seq.*

*Against All Defendants*

1537. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1538. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1538 of the Complaint.

1539. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1539 of the Complaint.

1540. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1540 of the Complaint.

1541. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1541 of the Complaint.

1542. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1542 of the Complaint.

1543. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1543 of the Complaint.

1544. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1544 of the Complaint.

1545. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1545 of the Complaint.

1546. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1546 of the Complaint.

1547. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1547 of the Complaint.

1548. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1548 of the Complaint.

1549. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1549 of the Complaint.

**COUNT 38**

**MASSACHUSETTS WIRETAP ACT**
**Mass. Gen. Stat. 272 §§ 99, *et seq.***

*Against All Defendants*

1550. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1551. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1551 of the Complaint.

1552. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1552 of the Complaint.

1553. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1553 of the Complaint.

1554. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1554 of the Complaint.

1555. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1555 of the Complaint.

1556. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1556 of the Complaint.

1557. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1557 of the Complaint.

1558. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1558 of the Complaint.

1559. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1559 of the Complaint.

1560. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1560 of the Complaint.

1561. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1561 of the Complaint.

1562. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1562 of the Complaint.

1563. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1563 of the Complaint.

1564. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1564 of the Complaint.

1565. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1565 of the Complaint.

1566. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1566 of the Complaint.

1567. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1567 of the Complaint.

1568. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1568 of the Complaint.

1569. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1569 of the Complaint.

1570. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1570 of the Complaint.

1571. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1571 of the Complaint.

1572. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1572 of the Complaint.

1573. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1573 of the Complaint.

1574. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1574 of the Complaint.

1575. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1575 of the Complaint.

1576. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1576 of the Complaint.

1577. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1577 of the Complaint.

1578. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1578 of the Complaint.

1579. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1579 of the Complaint.

1580. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1580 of the Complaint.

## CLAIMS ON BEHALF OF THE MICHIGAN SUBCLASS

**COUNT 39**

**VIOLATION OF THE MICHIGAN CONSUMER PROTECTION ACT**
**Mich. Comp. Laws Ann. §§ 445.901, *et seq*.**

*Against GM*

1581. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1582. Paragraph 1582 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1582 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1583. Paragraph 1583 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1583 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1584. Paragraph 1584 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1584 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1585. Paragraph 1585 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1585

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1586. Paragraph 1586 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1586 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1587. Paragraph 1587 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1587 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1588. Paragraph 1588 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1588 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1589. Paragraph 1589 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1589 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1590. Paragraph 1590 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1590 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1591. Paragraph 1591 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1591 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1592. Paragraph 1592 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1592 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1593. Paragraph 1593 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1593 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1594. Paragraph 1594 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1594

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1595. Paragraph 1595 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1595 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1596. Paragraph 1596 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1596 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

## CLAIMS ON BEHALF OF THE MISSISSIPPI SUBCLASS

## COUNT 40

### VIOLATION OF THE MISSISSIPPI CONSUMER PROTECTION ACT Miss. Code. §§ 75-24-1, *et seq*.

*Against All Defendants*

1597. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1598. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1598 of the Complaint.

1599. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1599 of the Complaint.

1600. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1600 of the Complaint.

1601. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1601 of the Complaint.

1602. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1602 of the Complaint.

1603. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1603 of the Complaint.

1604. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1604 of the Complaint.

1605. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1605 of the Complaint.

1. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1 [sic] of the Complaint.

2. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 2 [sic] of the Complaint.

1606. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1606 of the Complaint.

1607. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1607 of the Complaint.

1608. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1608 of the Complaint.

1609. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1609 of the Complaint.

1610. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1610 of the Complaint.

## CLAIMS ON BEHALF OF THE NEBRASKA SUBCLASS

## COUNT 41

### NEBRASKA WIRETAP LAW
### Neb. Rev. Stat. §§ 86-271 *et seq.*

*Against All Defendants*

1611. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1612. Paragraph 1612 of the Complaint purports to state legal conclusions as to which no response is required. Further, the Nebraska Telecommunication Consumer Protection Act speaks for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1612 inconsistent with the Nebraska Telecommunication Consumer Protection Act.

1613. Paragraph 1613 of the Complaint purports to state legal conclusions as to which no response is required. Further, the Nebraska Telecommunication Consumer Protection Act speaks for itself, and no response is required. To the

extent a response is required, Verisk denies any allegations in Paragraph 1613 inconsistent with the Nebraska Telecommunication Consumer Protection Act.

1614. Paragraph 1614 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1614 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1614 that relate to Verisk, Verisk denies the allegations.

1615. Paragraph 1615 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1615 require a response, Verisk denies the allegations.

1616. Paragraph 1616 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1616 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1616 that relate to Verisk, Verisk denies the allegations.

1617. Paragraph 1617 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the

allegations in Paragraph 1617 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1618. Paragraph 1618 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1618 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1619. Paragraph 1619 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1619 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1619 that relate to Verisk, Verisk denies the allegations.

1620. Paragraph 1620 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1620 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis,

Verisk denies the allegations. As to the allegations in Paragraph 1620 that relate to Verisk, Verisk denies the allegations.

1621. Paragraph 1621 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1621 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1622. Paragraph 1622 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1622 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1623. Paragraph 1623 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1623 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1624. Paragraph 1624 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the

allegations in Paragraph 1624 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1625. Paragraph 1625 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1625 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1626. Paragraph 1626 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1626 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1626 that relate to Verisk, Verisk denies the allegations.

1627. Paragraph 1627 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1627 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis,

Verisk denies the allegations. As to the allegations in Paragraph 1627 that relate to Verisk, Verisk denies the allegations.

1628. Paragraph 1628 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1628 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1628 that relate to Verisk, Verisk denies the allegations.

1629. Paragraph 1629 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1629 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1629 that relate to Verisk, Verisk denies the allegations.

1630. Paragraph 1630 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1630 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that

basis, Verisk denies the allegations. As to the allegations in Paragraph 1630 that relate to Verisk, Verisk denies the allegations.

1631. Paragraph 1631 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1631 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1631 that relate to Verisk, Verisk denies the allegations.

1632. Paragraph 1632 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1632 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1632 that relate to Verisk, Verisk denies the allegations.

1633. Paragraph 1633, including subparts a. through f., of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1633, including subparts a. through f., that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies

the allegations. As to the allegations in Paragraph 1633, including subparts a. through f., that relate to Verisk, Verisk denies the allegations.

1634. Paragraph 1634 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1634 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1635. Paragraph 1635 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1635 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1635. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1635 that relate to Verisk, Verisk denies the allegations.

1636. Paragraph 1636 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1636 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1636 that relate to Verisk, Verisk denies the allegations.

1637. Paragraph 1637 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1637 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1637 that relate to Verisk, Verisk denies the allegations.

1638. Paragraph 1638 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1638 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1638. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1638 that relate to Verisk, Verisk denies the allegations.

1639. Paragraph 1639 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1639 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1639 that relate to Verisk, Verisk denies the allegations.

**COUNT 42**

**NEBRASKA STORED COMMUNICATIONS LAW**
**Neb. Rev. Stat. §§ 86-271 *et seq.***

*Against GM*

1640. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1641. Paragraph 1641 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1641 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1642. Paragraph 1642 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1642 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1643. Paragraph 1643 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1643 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1644. Paragraph 1644 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1644

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1645. Paragraph 1645 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1645 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1646. Paragraph 1646 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1646 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1647. Paragraph 1647 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1647 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1648. Paragraph 1648 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1648 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1649. Paragraph 1649 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1649 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1650. Paragraph 1650 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1650 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1651. Paragraph 1651 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1651 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1652. Paragraph 1652 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1652 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1653. Paragraph 1653 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1653

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1654. Paragraph 1654 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1654 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1655. Paragraph 1655 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1655 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1656. Paragraph 1656 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1656 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1657. Paragraph 1657 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1657 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1658. Paragraph 1658 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1658 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1659. Paragraph 1659 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1659 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

**CLAIMS ON BEHALF OF THE NEW HAMPSHIRE SUBCLASS**
**COUNT 43**
**NEW HAMPSHIRE WIRETAPPING AND EAVESDROPPING ACT**
**N.H. Rev. Stat. Ann. §§ 570-A:1 *et seq.***

1660. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1661. Paragraph 1661 of the Complaint purports to state legal conclusions as to which no response is required. Further, the New Hampshire Wiretapping and Eavesdropping Act speaks for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1661 inconsistent with the New Hampshire Wiretapping and Eavesdropping Act.

1662. Paragraph 1662 of the Complaint purports to state legal conclusions as to which no response is required. Further, the New Hampshire Wiretapping and

Eavesdropping Act speaks for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1662 inconsistent with the New Hampshire Wiretapping and Eavesdropping Act.

1663. Paragraph 1663 of the Complaint purports to state legal conclusions as to which no response is required. Further, the New Hampshire Wiretapping and Eavesdropping Act speaks for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1663 inconsistent with the New Hampshire Wiretapping and Eavesdropping Act.

1664. Paragraph 1664 of the Complaint purports to state legal conclusions as to which no response is required. Further, the New Hampshire Wiretapping and Eavesdropping Act speaks for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1664 inconsistent with the New Hampshire Wiretapping and Eavesdropping Act.

1665. Paragraph 1665 of the Complaint purports to state legal conclusions as to which no response is required. Further, the New Hampshire Wiretapping and Eavesdropping Act speaks for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1665 inconsistent with the New Hampshire Wiretapping and Eavesdropping Act.

1666. Paragraph 1666 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1666 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1666 that relate to Verisk, Verisk denies the allegations.

1667. Paragraph 1667 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1667 require a response, Verisk denies the allegations.

1668. Paragraph 1668 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1668 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1668 that relate to Verisk, Verisk denies the allegations.

1669. Paragraph 1669 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1669 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis,

Verisk denies the allegations. As to the allegations in Paragraph 1669 that relate to Verisk, Verisk denies the allegations.

1670. Paragraph 1670 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1670 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1670 that relate to Verisk, Verisk denies the allegations.

1671. Paragraph 1671 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1671 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1672. Paragraph 1672 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1672 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1673. Paragraph 1673 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1673 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1673 that relate to Verisk, Verisk denies the allegations.

1674. Paragraph 1674 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1674 that relate to parties and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1674. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1674 that relate to Verisk, Verisk denies the allegations.

1675. Paragraph 1675 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1675 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1676. Paragraph 1676 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the

allegations in Paragraph 1676 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1677. Paragraph 1677 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1677 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1678. Paragraph 1678 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1678 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1679. Paragraph 1679 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1679 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1680. Paragraph 1680 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1680 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1680 that relate to Verisk, Verisk denies the allegations.

1681. Paragraph 1681 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1681 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1681 that relate to Verisk, Verisk denies the allegations.

1682. Paragraph 1682 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1682 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1682 that relate to Verisk, Verisk denies the allegations.

1683. Paragraph 1683 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1683 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1683 that relate to Verisk, Verisk denies the allegations.

1684. Paragraph 1684 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1684 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1684 that relate to Verisk, Verisk denies the allegations.

1685. Paragraph 1685 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1685 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1685 that relate to Verisk, Verisk denies the allegations.

1686. Paragraph 1686 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1686 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1686 that relate to Verisk, Verisk denies the allegations.

1687. Paragraph 1687, including subparts a. through f., of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1687, including subparts a. through f., that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1687, including subparts a. through f., that relate to Verisk, Verisk denies the allegations.

1688. Paragraph 1688 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1688 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1689. Paragraph 1689 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1689 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1689 that relate to Verisk, Verisk denies the allegations.

1690. Paragraph 1690 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1690 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1690 that relate to Verisk, Verisk denies the allegations.

1691. Paragraph 1691 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1691 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1691 that relate to Verisk, Verisk denies the allegations.

1692. Paragraph 1692 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1692 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1692 that relate to Verisk, Verisk denies the allegations.

1693. Paragraph 1693 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1693 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1693 that relate to Verisk, Verisk denies the allegations.

## CLAIMS ON BEHALF OF THE NEVADA SUBCLASS
## COUNT 44

### NEVADA DECEPTIVE TRADE PRACTICES ACT
### Nev. Rev. Stat. §§ 598.0903 *et seq.*

*Against All Defendants*

1694. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1695. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1695 of the Complaint.

1696. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1696 of the Complaint.

1697. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1697 of the Complaint.

1698. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1698 of the Complaint.

1699. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1699 of the Complaint.

1700. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1700 of the Complaint.

1701. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1701 of the Complaint.

1702. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1702 of the Complaint.

1703. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1703 of the Complaint.

1704. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1704 of the Complaint.

1705. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1705 of the Complaint.

1706. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1706 of the Complaint.

1707. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1707 of the Complaint.

1708. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1708 of the Complaint.

1709. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1709 of the Complaint.

## CLAIMS ON BEHALF OF THE NEW JERSEY SUBCLASS

## COUNT 45

### NEW JERSEY CONSUMER FRAUD ACT
### N.J. Stat. Ann. §§ 56:8-1, *et seq.*

*Against GM*

1710. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1711. Paragraph 1711 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1711 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1712. Paragraph 1712 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1712

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1713. Paragraph 1713 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1713 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1714. Paragraph 1714 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1714 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1715. Paragraph 1715 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1715 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1716. Paragraph 1716 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1716 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1717. Paragraph 1717 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1717 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1718. Paragraph 1718 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1718 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1719. Paragraph 1719 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1719 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1720. Paragraph 1720 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1720 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1721. Paragraph 1721 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1721

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1722. Paragraph 1722 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1722 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

## CLAIMS ON BEHALF OF THE NEW YORK SUBCLASS

## COUNT 46

### VIOLATION OF NEW YORK GENERAL BUSINESS LAW N.Y. Gen. Bus. Law §§ 349

*Against All Defendants*

1723. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1724. Paragraph 1724, including subparts a. through h., of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1724, including subparts a. through h., that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1724, including subparts a. through h., that relate to Verisk, Verisk denies the allegations.

1725. Paragraph 1725 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1725 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1725 that relate to Verisk, Verisk denies the allegations.

1726. Paragraph 1726 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1726 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1726 that relate to Verisk, Verisk denies the allegations.

1727. Paragraph 1727 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1727 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1727 that relate to Verisk, Verisk denies the allegations.

1728. Paragraph 1728 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1728 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1728 that relate to Verisk, Verisk denies the allegations.

1729. Paragraph 1729 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1729 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1729 that relate to Verisk, Verisk denies the allegations.

1730. Paragraph 1730 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1730 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1730 that relate to Verisk, Verisk denies the allegations.

**COUNT 47**

**VIOLATION OF NEW YORK GENERAL BUSINESS LAW**
**N.Y. Gen. Bus. Law §§ 350**

*Against GM*

1731. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1732. Paragraph 1732 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1732 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1733. Paragraph 1733 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1733 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1734. Paragraph 1734 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1734 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1735. Paragraph 1735 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1735

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1736. Paragraph 1736 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1736 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1737. Paragraph 1737 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1737 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

## COUNT 48

### VIOLATION OF NEW YORK GENERAL BUSINESS LAW
### N.Y. Gen. Bus. Law §§ 899-aa; 899-bb (SHIELD Act)

*Against All Defendants*

1738. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1739. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1739 of the Complaint.

1740. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1740 of the Complaint.

1741. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1741 of the Complaint.

1742. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1742 of the Complaint.

1743. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1743 of the Complaint.

1744. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1744 of the Complaint.

1745. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1745 of the Complaint.

1746. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1746 of the Complaint.

1747. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1747 of the Complaint.

1748. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1748 of the Complaint.

## <u>COUNT 49</u>

## VIOLATION OF NEW YORK CIVIL RIGHTS LAW §§ 50 AND 51

*Against All Defendants*

1749. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1750. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1750 of the Complaint.

1751. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1751 of the Complaint.

1752. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1752 of the Complaint.

1753. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1753 of the Complaint.

1754. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1754 of the Complaint.

1755. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1755 of the Complaint.

1756. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1756 of the Complaint.

**CLAIMS ON BEHALF OF THE NORTH CAROLINA SUBCLASS**

**COUNT 50**

**VIOLATION OF THE NORTH CAROLINA UNFAIR AND DECEPTIVE TRADE PRACTICES ACT**
**N.C. Gen. Stat. §§ 75-1.1*, et seq.***

*Against All Defendants*

1757. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1758. Paragraph 1758 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1758 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1758 that relate to Verisk, Verisk denies the allegations.

1759. Paragraph 1759 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1759 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1760. Paragraph 1760, including subparts a. through f., of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1760, including subparts a. through f., relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1761. Paragraph 1761 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1761 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1761 that relate to Verisk, Verisk denies the allegations.

1762. Paragraph 1762 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1762 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1762 that relate to Verisk, Verisk denies the allegations.

1763. Paragraph 1763 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1763 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1764. Paragraph 1764 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1764 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1764 that relate to Verisk, Verisk denies the allegations.

1765. Paragraph 1765 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1765 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1766. Paragraph 1766 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1766 that relate to parties other than Verisk, Verisk lacks

knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1766 that relate to Verisk, Verisk denies the allegations.

1767. Paragraph 1767 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1767 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1767 that relate to Verisk, Verisk denies the allegations.

1768. Paragraph 1768 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1768 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1768 that relate to Verisk, Verisk denies the allegations.

## CLAIMS ON BEHALF OF THE OHIO SUBCLASS

## COUNT 51

### VIOLATION OF THE OHIO CONSUMER SALES PRACTICES ACT
**Ohio Rev. Code §§ 1345.01, *et seq.***

*Against GM*

1769. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1770. Paragraph 1770 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1770 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1771. Paragraph 1771 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1771 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1772. Paragraph 1772 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1772 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1773. Paragraph 1773 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1773 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1774. Paragraph 1774 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1774 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1775. Paragraph 1775 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1775 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1776. Paragraph 1776 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1776 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1777. Paragraph 1777 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1777 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1778. Paragraph 1778 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1778

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1779. Paragraph 1779 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1779 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

## CLAIMS ON BEHALF OF THE OKLAHOMA SUBCLASS
## COUNT 52

### OKLAHOMA CONSUMER PROTECTION ACT
### 15 Okla. Stat. §§ 751, *et seq.*

*Against all Defendants*

1780. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1781. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1781 of the Complaint.

1782. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1782 of the Complaint.

1783. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1783 of the Complaint.

1784. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1784 of the Complaint.

1785. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1785 of the Complaint.

1786. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1786 of the Complaint.

1787. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1787 of the Complaint.

1788. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1788 of the Complaint.

1789. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1789 of the Complaint.

1790. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1790 of the Complaint.

1791. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1791 of the Complaint.

1792. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1792 of the Complaint.

## CLAIMS ON BEHALF OF THE OREGON SUBCLASS
## COUNT 53

### OREGON UNLAWFUL TRADE PRACTICES ACT
### Or. Rev. Stat. §§ 646.605, *et seq.*

*Against GM*

1793. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1794. Paragraph 1794 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1794 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1795. Paragraph 1795 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1795

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1796. Paragraph 1796 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1796 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1797. Paragraph 1797 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1797 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1798. Paragraph 1798 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1798 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1799. Paragraph 1799 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1799 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1800. Paragraph 1800 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1800 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1801. Paragraph 1801 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1801 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1802. Paragraph 1802 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1802 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1803. Paragraph 1803 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1803 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1804. Paragraph 1804 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1804

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1805. Paragraph 1805 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1805 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1806. Paragraph 1806 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1806 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

## CLAIMS ON BEHALF OF THE PENNSYLVANIA SUBCLASS

## COUNT 54

### UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION LAW 73 Pa. Stat. §§ 201-1 *et seq*.

*Against All Defendants*

1807. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1808. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1808 of the Complaint.

1809. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1809 of the Complaint.

1810. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1810 of the Complaint.

1811. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1811 of the Complaint.

1812. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1812 of the Complaint.

1813. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1813 of the Complaint.

1814. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1814 of the Complaint.

1815. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1815 of the Complaint.

1816. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1816 of the Complaint.

1817. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1817 of the Complaint.

1818. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1818 of the Complaint.

1819. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1819 of the Complaint.

1820. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1820 of the Complaint.

## COUNT 55

## PENNSYLVANIA WIRETAPPING AND ELECTRONIC SURVEILLANCE CONTROL ACT (WESCA)
## 18 Pa. Const. Stat. §§ 5701 *et seq.*

*Against All Defendants*

1821. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1822. Paragraph 1822 of the Complaint purports to state legal conclusions as to which no response is required. Further, the Pennsylvania Wiretapping and Electronic Surveillance Control Act ("WESCA") speaks for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1822 inconsistent with the WESCA.

1823. Paragraph 1823 of the Complaint purports to state legal conclusions as to which no response is required. Further, the WESCA speaks for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1823 inconsistent with the WESCA.

1824. Paragraph 1824 of the Complaint purports to state legal conclusions as to which no response is required. Further, the WESCA speaks for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1824 inconsistent with the WESCA.

1825. Paragraph 1825 of the Complaint purports to state legal conclusions as to which no response is required. Further, the WESCA speaks for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1825 inconsistent with the WESCA.

1826. Paragraph 1826 of the Complaint purports to state legal conclusions as to which no response is required. Further, the WESCA speaks for itself, and no response is required. To the extent a response is required, Verisk denies any allegations in Paragraph 1826 inconsistent with the WESCA.

1827. Paragraph 1827 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1827 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1827 that relate to Verisk, Verisk denies the allegations.

1828. Paragraph 1828 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1828 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1828 that relate to Verisk, Verisk denies the allegations.

1829. Paragraph 1829 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1829 relate to a party other than Verisk, and Verisk lacks

knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1830. Paragraph 1830 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1830 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1831. Paragraph 1831 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1831 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1831 that relate to Verisk, Verisk denies the allegations.

1832. Paragraph 1832 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1832 that relate to parties and nonparties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1832. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1832 that relate to Verisk, Verisk denies the allegations.

1833. Paragraph 1833 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1833 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1833. On that basis, Verisk denies the allegations.

1834. Paragraph 1834 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1834 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1834. On that basis, Verisk denies the allegations.

1835. Paragraph 1835 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1835 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1835. On that basis, Verisk denies the allegations.

1836. Paragraph 1836 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1836 relate to a party other than Verisk, and Verisk lacks

knowledge or information sufficient to admit or deny the allegations in Paragraph 1836. On that basis, Verisk denies the allegations.

1837. Paragraph 1837 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1837 relate to a party other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations in Paragraph 1837. On that basis, Verisk denies the allegations.

1838. Paragraph 1838 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1838 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1838 that relate to Verisk, Verisk denies the allegations.

1839. Paragraph 1839 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1839 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1839 that relate to Verisk, Verisk denies the allegations.

1840. Paragraph 1840 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1840 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1840 that relate to Verisk, Verisk denies the allegations.

1841. Paragraph 1841 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1841 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1841 that relate to Verisk, Verisk denies the allegations.

1842. Paragraph 1842 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1842 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1842 that relate to Verisk, Verisk denies the allegations.

1843. Paragraph 1843 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1843 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1843 that relate to Verisk, Verisk denies the allegations.

1844. Paragraph 1844 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1844 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1844 that relate to Verisk, Verisk denies the allegations.

1845. Paragraph 1845, including subparts a. through f., of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1845, including subparts a. through f., that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1845 that relate to Verisk, Verisk denies the allegations.

1846. Paragraph 1846 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, the allegations in Paragraph 1846 relate to parties other than Verisk, and Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations.

1847. Paragraph 1847 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1847 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1847 that relate to Verisk, Verisk denies the allegations.

1848. Paragraph 1848 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1848 that relate to a party other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1848 that relate to Verisk, Verisk denies the allegations.

1849. Paragraph 1849 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the

allegations in Paragraph 1849 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1849 that relate to Verisk, Verisk denies the allegations.

1850. Paragraph 1850 of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in Paragraph 1850 that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in Paragraph 1850 that relate to Verisk, Verisk denies the allegations.

## COUNT 56

## PENNSYLVANIA UNLAWFUL ACCESS TO STORED COMMUNICATIONS ACT
## 18 Pa. C.S. §§ 5741

*Against GM*

1851. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1852. Paragraph 1852 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1852

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1853. Paragraph 1853 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1853 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1854. Paragraph 1854 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1854 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1855. Paragraph 1855 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1855 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1856. Paragraph 1856 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1856 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1857. Paragraph 1857 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1857 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1858. Paragraph 1858 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1858 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1859. Paragraph 1859 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1859 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1860. Paragraph 1860 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1860 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1861. Paragraph 1861 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1861

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1862. Paragraph 1862 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1862 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1863. Paragraph 1863 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1863 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1864. Paragraph 1864 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1864 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1865. Paragraph 1865 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1865 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1866. Paragraph 1866 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1866 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1867. Paragraph 1867 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1867 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1868. Paragraph 1868 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1868 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1869. Paragraph 1869 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1869 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1870. Paragraph 1870 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1870

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1871. Paragraph 1871 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1871 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1872. Paragraph 1872 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1872 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

## CLAIMS ON BEHALF OF THE RHODE ISLAND SUBCLASS

## COUNT 57

### RHODE ISLAND DECEPTIVE TRADE PRACTICES ACT
### R.I. Gen. Laws §§ 6-13.1-1, *et seq.*

*Against All Defendants*

1873. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1874. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1874 of the Complaint.

1875. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1875 of the Complaint.

1876. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1876 of the Complaint.

1877. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1877 of the Complaint.

1878. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1878 of the Complaint.

1879. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1879 of the Complaint.

1880. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1880 of the Complaint.

1881. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1881 of the Complaint.

1882. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1882 of the Complaint.

1883. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1883 of the Complaint.

1884. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1884 of the Complaint.

1885. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1885 of the Complaint.

## CLAIMS ON BEHALF OF THE SOUTH CAROLINA SUBCLASS

## COUNT 58

### UNFAIR TRADE PRACTICES ACT
### S.C. Code §§ 39-5-10, *et seq*.

*Against all Defendants*

1886. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1887. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1887 of the Complaint.

1888. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1888 of the Complaint.

1889. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1889 of the Complaint.

1890. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1890 of the Complaint.

1891. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1891 of the Complaint.

1892. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1892 of the Complaint.

1893. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1893 of the Complaint.

1894. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1894 of the Complaint.

1895. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1895 of the Complaint.

1896. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no

response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1896 of the Complaint.

1897. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1897 of the Complaint.

1898. Verisk states that the Court's April 22, 2026 Order granting in part Defendants' Motions to Dismiss, ECF No. 203, dismissed this claim, and thus no response is required. To the extent a further response is required, Verisk denies all allegations in Paragraph 1898 of the Complaint.

## CLAIMS ON BEHALF OF THE SOUTH DAKOTA SUBCLASS

## COUNT 59

## DECEPTIVE TRADE PRACTICES AND CONSUMER PROTECTION LAW
## S.D. Codified Laws §§ 37-24-1 *et seq*.

*Against GM*

1899. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1900. Paragraph 1900 of the Complaint purports to state legal conclusions as

to which no response is required. To the extent the allegations in Paragraph 1900 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1901. Paragraph 1901 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1901 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1902. Paragraph 1902 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1902 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1903. Paragraph 1903 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1903 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1904. Paragraph 1904 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1904 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1905. Paragraph 1905 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1905 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1906. Paragraph 1906 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1906 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1907. Paragraph 1907 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1907 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1908. Paragraph 1908 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1908 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1909. Paragraph 1909 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1909

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1910. Paragraph 1910 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1910 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1911. Paragraph 1911 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1911 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1912. Paragraph 1912 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1912 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

## CLAIMS ON BEHALF OF THE TEXAS SUBCLASS

## COUNT 60

## TEXAS DECEPTIVE TRADE PRACTICES-CONSUMER PROTECTION ACT
**Tex. Bus. & Com. Code §§ 17.41**

*Against GM*

1913. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1914. Paragraph 1914 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1914 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1915. Paragraph 1915 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1915 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1916. Paragraph 1916 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1916 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1917. Paragraph 1917 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1917 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1918. Paragraph 1918 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1918 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1919. Paragraph 1919 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1919 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1920. Paragraph 1920 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1920 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1921. Paragraph 1921 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1921 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1922. Paragraph 1922 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1922

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1923. Paragraph 1923 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1923 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1924. Paragraph 1924 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1924 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1925. Paragraph 1925 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1925 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1926. Paragraph 1926 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1926 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

## CLAIMS ON BEHALF OF THE UTAH SUBCLASS

## COUNT 61

### UTAH TRUTH IN ADVERTISING ACT
### Utah Code Ann. §§ 13.11a-1, *et seq.*

*Against GM*

1927. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1928. Paragraph 1928 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1928 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1929. Paragraph 1929 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1929 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1930. Paragraph 1930 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1930 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1931. Paragraph 1931 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1931 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1932. Paragraph 1932 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1932 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1933. Paragraph 1933 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1933 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1934. Paragraph 1934 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1934 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1935. Paragraph 1935 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1935

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1936. Paragraph 1936 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1936 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1937. Paragraph 1937 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1937 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1938. Paragraph 1938 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1938 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1939. Paragraph 1939 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1939 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

## CLAIMS ON BEHALF OF THE VERMONT SUBCLASS

## COUNT 62

### VERMONT CONSUMER PROTECTION ACT
### Vt. Stat. Ann. Tit. 9 §§ 2451, *et seq.*

*Against GM*

1940. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1941. Paragraph 1941 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1941 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1942. Paragraph 1942 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1942 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1943. Paragraph 1943 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1943 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1944. Paragraph 1944 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1944 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1945. Paragraph 1945 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1945 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1946. Paragraph 1946 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1946 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1947. Paragraph 1947 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1947 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1948. Paragraph 1948 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1948

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1949. Paragraph 1949 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1949 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1950. Paragraph 1950 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1950 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1951. Paragraph 1951 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1951 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1952. Paragraph 1952 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1952 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1953. Paragraph 1953 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1953 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

## CLAIMS ON BEHALF OF THE VIRGINIA SUBCLASS

## COUNT 63

### VIRGINIA CONSUMER PROTECTION ACT
### Va. Code Ann. §§ 59.1-196, *et seq.*

*Against GM*

1954. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1955. Paragraph 1955 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1955 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1956. Paragraph 1956 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1956 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1957. Paragraph 1957 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1957 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1958. Paragraph 1958 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1958 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1959. Paragraph 1959 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1959 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1960. Paragraph 1960 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1960 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1961. Paragraph 1961 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1961

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1962. Paragraph 1962 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1962 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1963. Paragraph 1963 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1963 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1964. Paragraph 1964 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1964 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1965. Paragraph 1965 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1965 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1966. Paragraph 1966 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1966 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1967. Paragraph 1967 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1967 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

## CLAIMS ON BEHALF OF THE WASHINGTON SUBCLASS

## COUNT 64

### WASHINGTON CONSUMER PROTECTION ACT
### Wash. Rev. Code §§ 19.86.010, *et seq.*

*Against GM*

1968. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1969. Paragraph 1969 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1969 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1970. Paragraph 1970 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1970 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1971. Paragraph 1971 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1971 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1972. Paragraph 1972 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1972 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1973. Paragraph 1973 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1973 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1974. Paragraph 1974 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1974

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1975. Paragraph 1975 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1975 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1976. Paragraph 1976 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1976 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1977. Paragraph 1977 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1977 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1978. Paragraph 1978 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1978 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1979. Paragraph 1979 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1979 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

## CLAIMS ON BEHALF OF THE WEST VIRGINIA SUBCLASS

## COUNT 65

## WEST VIRGINIA CONSUMER CREDIT AND PROTECTION ACT
## W. Va. Code Ann. §§ 46A-6-101, *et seq.*

*Against GM*

1980. Verisk hereby incorporates as if fully set forth herein its answers and defenses to Paragraphs 1–973 of the Complaint.

1981. Paragraph 1981 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1981 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1982. Paragraph 1982 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1982 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1983. Paragraph 1983 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1983 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1984. Paragraph 1984 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1984 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1985. Paragraph 1985 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1985 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1986. Paragraph 1986 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1986 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1987. Paragraph 1987 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1987

require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1988. Paragraph 1988 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1988 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1989. Paragraph 1989 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1989 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1990. Paragraph 1990 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1990 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1991. Paragraph 1991 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1991 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1992. Paragraph 1992 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1992 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

1993. Paragraph 1993 of the Complaint purports to state legal conclusions as to which no response is required. To the extent the allegations in Paragraph 1993 require a response, this claim is not asserted against Verisk, and therefore no response is required by Verisk. On that basis, Verisk denies the allegations.

## **REQUEST FOR RELIEF**

The Request for Relief of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations in the Request for Relief that relate to parties other than Verisk, Verisk lacks knowledge or information sufficient to admit or deny the allegations. On that basis, Verisk denies the allegations. As to the allegations in the Request for Relief that relate to Verisk, Verisk denies the allegations.

## **DEMAND FOR JURY TRIAL**

The Demand for Jury Trial of the Complaint purports to state legal conclusions as to which no response is required. To the extent a response is required, as to the allegations that relate to parties other than Verisk, Verisk lacks

knowledge or information sufficient to admit or deny those allegations. On that basis, Verisk denies the allegations. As to the allegations that relate to Verisk, Verisk denies the allegations.

## ADDITIONAL DEFENSES

Without admitting any of the allegations in the Complaint, and without admitting or acknowledging that Verisk bears the burden of proof as to any of them, Verisk asserts the following additional defenses. Verisk also intends to rely on any other defenses that become available or apparent during pretrial proceedings and discovery in this action and reserves the right to assert all such defenses, including, but not limited to, those defenses listed in Federal Rule of Civil Procedure 8(c).

## FIRST DEFENSE

The Complaint fails to the extent that it does not state a claim upon which the Court may grant relief.

## SECOND DEFENSE

Plaintiffs' claims may not properly be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, including because Plaintiffs' and putative class members' claims do not satisfy the Rule 23 requirements to sustain a class action because, among other things, individual issues of consent, knowledge, expectation of privacy, data flows, insurer use, insurance purchased, and damages

predominate, and classes are not ascertainable, defeating commonality, predominance, typicality, and superiority.

**THIRD DEFENSE**

Plaintiffs' claims fail to the extent that Plaintiffs lack standing, including Article III standing, because Plaintiffs suffered no concrete or particularized injury traceable to Verisk.

**FOURTH DEFENSE**

Plaintiffs' state consumer protection claims are barred to the extent they lack statutory or prudential standing to assert them and/or fail to satisfy the statutory requirements for bringing such claims, including the requirement that they establish a direct consumer relationship with the Defendant, *i.e.*, Verisk.

**FIFTH DEFENSE**

Plaintiffs' claims are barred to the extent that they are preempted by federal law, including but not limited to the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*

**SIXTH DEFENSE**

Plaintiffs' alleged damages, if any, are the result of the acts, errors, and omissions of third parties not controlled by Verisk, and those third parties were the sole cause of any such damages.

## SEVENTH DEFENSE

Plaintiffs' claims fail because they have not suffered any cognizable form of damages.

## EIGHTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, by their failure to exercise due care and diligence to avoid or mitigate any damages they allegedly sustained.

## NINTH DEFENSE

The alleged damages suffered by Plaintiffs, if any, were caused by the superseding and intervening acts of others whose conduct Verisk did not control.

## TENTH DEFENSE

Any recovery by Plaintiffs is subject to a setoff if any damages are awarded against Verisk, in the amount of any damages or settlement amounts recovered by Plaintiffs with respect to the same alleged damages. Verisk is also entitled to have any damages that may be awarded to Plaintiffs reduced by the value of any benefit or payment to Plaintiffs from any collateral source.

## ELEVENTH DEFENSE

Plaintiffs' claims are barred because Plaintiffs' alleged damages, if any, were not reasonably foreseeable and because Plaintiffs' alleged damages are supported only with speculation and conjecture.

**TWELFTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, by lack of actual or proximate causation.

**THIRTEENTH DEFENSE**

Any alleged premium increases or other economic injuries alleged by Plaintiffs were caused by independent underwriting decisions of insurers using multiple factors rather than by any specific Verisk data point or report, and Plaintiffs cannot prove that Verisk's alleged conduct was a substantial factor in such decisions.

**FOURTEENTH DEFENSE**

Plaintiffs' claim for injunctive relief fails because any risk of future harm is speculative and not sufficiently concrete or imminent to justify injunctive or declaratory relief under Article III and traditional equity principles.

**FIFTEENTH DEFENSE**

Plaintiffs' claim for injunctive relief fails because Plaintiffs have an adequate remedy at law for any alleged injury.

**SIXTEENTH DEFENSE**

Plaintiffs' claim for declaratory relief fails on the basis that it is not a freestanding cause of action and is merely coextensive with the claims asserted.

**SEVENTEENTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, by the equitable doctrines of waiver, estoppel, and unclean hands including, without limitation, because Plaintiffs previously made their personal information public and/or because that information was previously publicly exposed.

**EIGHTEENTH DEFENSE**

Verisk at all times acted in good faith and in compliance with applicable laws and regulations.

**NINETEENTH DEFENSE**

To the extent Plaintiffs seek exemplary or punitive damages, the Complaint is devoid of facts supporting such an award.

**TWENTIETH DEFENSE**

Plaintiffs are barred from recovering in excess of any statutory caps on punitive damages that may apply in this action.

**TWENTY-FIRST DEFENSE**

Plaintiffs' claims fail, in part, because Plaintiffs cannot maintain claims in a representative capacity under their state statutory causes of action, including for those states where they are not citizens.

**TWENTY-SECOND DEFENSE**

Plaintiffs' claims fail to the extent the statutes or regulations upon which Plaintiffs rely do not provide individuals with a private right of action.

**TWENTY-THIRD DEFENSE**

Plaintiffs' claims are barred because Plaintiffs did not rely upon any alleged misrepresentations or omissions of Verisk or, alternatively, because any such reliance was neither reasonable nor justified.

**TWENTY-FOURTH DEFENSE**

Plaintiffs' claims fail due to their failure to satisfy conditions precedent to suing under the laws that Plaintiffs invoke in support of some or all of their claims, including but not limited to Plaintiffs' failure to provide requisite written demands.

**TWENTY-FIFTH DEFENSE**

Plaintiffs' claims fail due to the absence of any material misrepresentations, misleading disclosures, and/or omissions made by Verisk to Plaintiffs upon which Plaintiffs could have reasonably or justifiably relied.

**TWENTY-SIXTH DEFENSE**

Some of Plaintiffs' state consumer protection claims are barred because Plaintiffs have not purchased consumer goods or services from Verisk for primarily household purposes.

**TWENTY-SEVENTH DEFENSE**

Plaintiffs' claims are barred to the extent they fall outside the applicable statute of limitations or are barred by the doctrine of laches.

**TWENTY-EIGHTH DEFENSE**

The Complaint fails to the extent it does not allege facts sufficient to merit a recovery of actual damages, statutory damages, punitive damages, interest, attorney's fees, costs, or any other relief.

**TWENTY-NINTH DEFENSE**

Plaintiffs' claims are barred to the extent that Plaintiffs consented to Verisk's and Co-Defendants' alleged conduct in the Complaint.

**THIRTIETH DEFENSE**

Plaintiffs' claims are barred to the extent that any driving data at issue for Plaintiffs or putative class members was not sensitive or subject to any reasonable expectation of privacy.

**THIRTY-FIRST DEFENSE**

Plaintiffs' claims are barred, in whole or in part, by Plaintiffs' consent to the alleged collection, use, and sharing of their driving data.

**THIRTY-SECOND DEFENSE**

Plaintiffs' claims under Section 1681e(b) of the FCRA fail because Verisk, at all times relevant to Plaintiffs' claims, followed reasonable procedures to assure

maximum possible accuracy of the information in its consumer reports regarding Plaintiffs; because Verisk and its insurance carrier customers understood that driving data was reflective of how Plaintiffs' vehicles were being driven on a household level; and because insurers underwrite automobile insurance policies on a household level.

**THIRTY-THIRD DEFENSE**

Plaintiffs' claims under Section 1681e(b) of the FCRA fail to the extent that Verisk reported accurate information relating to Plaintiffs.

**THIRTY-FOURTH DEFENSE**

Plaintiffs' claims under Section 1681e(b) of the FCRA fail to the extent that Plaintiffs did not suffer legally cognizable damages arising from any allegedly inaccurate reporting by Verisk.

**THIRTY-FIFTH DEFENSE**

Plaintiff and the putative class members cannot recover damages from Verisk as a class where such class recovery would deprive Verisk of its due process rights to assert individualized defenses to claims of class members.

**THIRTY-SIXTH DEFENSE**

Plaintiffs cannot recover from Verisk individually or as a class action for punitive or exemplary damages to the extent that any award of such damages would

be impermissible under the Due Process Clause of the Fifth and Fourteenth Amendments to the United States Constitution, and the Excessive Fines Clause of the Eighth Amendment to the United States Constitution, due to the lack of any actual damages suffered by Plaintiffs and the gross disparity between the allegations of harm and the size of the claims.

**THIRTY-SEVENTH DEFENSE**

Plaintiffs' claims for violation of federal and state wiretap acts fail because the driving data received by Verisk is non-content "record information" and not "information concerning the substance, purport, or meaning" of any communication as required to state a claim under the Federal Wiretap Act, 18 U.S.C. § 2511, *et seq.* (the "FWA") or state wiretap analogues.

**THIRTY-EIGHTH DEFENSE**

Plaintiffs' claims for violation of federal and state wiretap acts fail because the driving data received by Verisk is not an "electronic communication" as required to state a claim under the FWA or state wiretap analogues.

**THIRTY-NINTH DEFENSE**

Plaintiffs' claims for violation of federal and state wiretap acts fail because driving data is excluded from the definition of "electronic communication" under the "tracking device" exception to the FWA and certain state wiretap analogues.

**FORTIETH DEFENSE**

Plaintiffs' claims for violation of federal and state wiretap acts fail because Verisk did not "intercept" any of Plaintiffs' electronic communications in violation of the FWA or state wiretap analogues. All driving data Verisk received had already been collected, stored, and transmitted by GM and/or OnStar, and was delivered to Verisk via post-collection data feeds.

**FORTY-FIRST DEFENSE**

Plaintiffs' claims for violation of federal and state wiretap acts fail because Verisk's receipt of driving data from GM was not "contemporaneous" with the recording of such driving data by Plaintiffs' vehicles as required to state a claim under the FWA and certain state wiretap analogues.

**FORTY-SECOND DEFENSE**

Plaintiffs' claims for violation of federal and state wiretap acts fail because GM was a "party" to the allegedly intercepted communications, meaning that Verisk did not know or have reason to know that the communications were allegedly unlawfully intercepted at the time Verisk allegedly used and disclosed them.

**FORTY-THIRD DEFENSE**

Plaintiffs' claims for violation of federal and state wiretap acts fail because Verisk reasonably believed that GM lawfully obtained all driving data, including by consumer enrollment, privacy notices, and contractual representations that GM had obtained the necessary consents, and because Verisk reasonably relied on such representations and had no reason to know that any communications were allegedly obtained by GM without consent.

**FORTY-FOURTH DEFENSE**

Plaintiffs' claims for violation of federal and state wiretap acts fail because Verisk did not "procure" or "endeavor to procure" any interception required to state a claim under the FWA or the state wiretap analogues.

**FORTY-FIFTH DEFENSE**

Plaintiffs' claims for violation of federal and state wiretap acts fail because Verisk did not know or have reason to know the driving data it received from GM was allegedly intercepted in violation of the FWA and state wiretap analogs.

**FORTY-SIXTH DEFENSE**

Plaintiffs' claims for violation of federal and state wiretap acts fail because Verisk lacked the requisite scienter and mental state under the FWA and state wiretap analogs required to state a claim under each statute.

**FORTY-SEVENTH DEFENSE**

Plaintiffs' claim for violation of the FCRA fails to the extent that they did not suffer an adverse action traceable to Verisk.

**FORTY-EIGHTH DEFENSE**

Plaintiffs' claim for invasion of privacy through an intrusion upon seclusion fails because Verisk did not intrude into Plaintiffs' vehicles or private affairs.

**FORTY-NINTH DEFENSE**

Plaintiffs' invasion of privacy claim fails because Verisk's passive receipt of driving data from GM does not give rise to an invasion of privacy through an intrusion upon seclusion.

**FIFTIETH DEFENSE**

Plaintiffs' invasion of privacy claim fails because Plaintiffs had no reasonable expectation of privacy in how they drove their vehicles on public streets or in their driving data.

**FIFTY-FIRST DEFENSE**

Plaintiffs' invasion of privacy claim fails because Verisk's use of driving data in performing its services as a consumer reporting agency under the FCRA is not outrageous or egregious conduct as required to state a claim for invasion of privacy.

**FIFTY-SECOND DEFENSE**

Plaintiffs' civil conspiracy claim fails because Verisk did not conspire with Co-Defendants to collect, use, or disclose Plaintiffs' driving data.

**FIFTY-THIRD DEFENSE**

Plaintiffs' civil conspiracy claim fails because Verisk's arm's-length business relationship with GM cannot serve as the basis for a civil conspiracy to commit an invasion of privacy.

**FIFTY-FOURTH DEFENSE**

Plaintiffs' civil conspiracy to commit an invasion of privacy claim fails because Plaintiffs' invasion of privacy claim fails, and Plaintiffs cannot maintain a civil conspiracy claim without an underlying tort.

**FIFTY-FIFTH DEFENSE**

Plaintiffs' unjust enrichment claim fails because Plaintiffs conferred no direct benefit on Verisk.

**FIFTY-SIXTH DEFENSE**

Plaintiffs' unjust enrichment claim fails because Plaintiffs did not expect remuneration from Verisk.

**FIFTY-SEVENTH DEFENSE**

Plaintiffs' unjust enrichment claim fails to the extent that any benefits flowing to Plaintiffs from the use of their driving data exceeded any "gains" to Verisk.

**FIFTY-EIGHTH DEFENSE**

Plaintiffs' unjust enrichment claim fails because Verisk was not unjustly enriched by the receipt of Plaintiffs' driving data. Rather, Verisk paid GM for Plaintiffs' driving data in an arm's-length commercial exchange.

**FIFTY-NINTH DEFENSE**

Plaintiffs' state law consumer protection claims are barred because Verisk's conduct did not rise to the level of being unfair, abusive, deceptive, or unlawful, and Verisk's conduct was not immoral, unethical, oppressive, unscrupulous, or substantially injurious to consumers.

**SIXTIETH DEFENSE**

Plaintiffs' claim for violation of the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, *et seq.* fails because Plaintiffs did not suffer an economic injury caused by any unfair, fraudulent, or deceptive business practices or false advertising by Verisk.

**SIXTY-FIRST DEFENSE**

Plaintiffs' claim for violation of the New York General Business Law § 349 fails because Verisk's business is not "consumer-oriented" within the meaning of the statute.

**SIXTY-SECOND DEFENSE**

Plaintiffs' claim for violation of the New York General Business Law § 349 fails because Verisk made no misleading or deceptive statements or conduct towards any consumers.

**SIXTY-THIRD DEFENSE**

Plaintiffs' claim for violation of the New York General Business Law § 349 fails because Plaintiffs cannot show that any misleading or deceptive act by Verisk caused any alleged injury.

**SIXTY-FOURTH DEFENSE**

Plaintiffs' claim for violation of the North Carolina Unfair and Deceptive Trade Practices Act, N.C. Gen. Stat. §§ 75-1.1, *et seq.* ("NCUDTPA") fails because Plaintiffs are not customers of Verisk.

**SIXTY-FIFTH DEFENSE**

Plaintiffs' claim for violation of the NCUDTPA fails because Plaintiffs did not suffer an economic injury caused by any unfair, fraudulent, or deceptive business practices or false advertising by Verisk.

**SIXTY-SIXTH DEFENSE**

Plaintiffs' claim for violation of the NCUDTPA fails because Verisk did not engage in any egregious or aggravated conduct that caused Plaintiffs an actual injury.

**SIXTY-SEVENTH DEFENSE**

Plaintiffs' claim for violation of the NCUDTPA fails because Plaintiffs did not rely on any representation by Verisk.

**SIXTY-EIGHTH DEFENSE**

Plaintiffs are not entitled to injunctive relief against Verisk because Verisk no longer receives driving data from GM and, to the extent it retains historical data, it no longer uses or furnishes that data for new underwriting decisions, eliminating any imminent threat of future harm or need for any prospective relief.

**SIXTY-NINTH DEFENSE**

Plaintiffs' claims are barred, in whole or in part, by the doctrines of contributory negligence and/or comparative fault, to the extent Plaintiffs' own negligent acts, errors, and omissions contributed to any alleged damages they claim to have suffered.

**SEVENTIETH DEFENSE**

Plaintiffs' claim for a willful violation under Section 1681e(b) of the FCRA fails under the standards set forth in *Safeco Ins. Co. of Am. v. Burr*, 551 U.S. 47 (2007).

**SEVENTY-FIRST DEFENSE**

Under applicable law, Verisk does not owe a common law duty of care to Plaintiffs.

**SEVENTY-SECOND DEFENSE**

Plaintiffs' claims fail, in whole or in part, due to a lack of privity with Verisk.

**SEVENTY-THIRD DEFENSE**

Plaintiffs voluntarily assumed the risk of any harm resulting from the acts alleged in the Complaint, including by enrolling in or using connected vehicle services and features that collect and transmit driving data, and Plaintiffs therefore may not recover for any alleged harm.

**SEVENTY-FOURTH DEFENSE**

Plaintiffs' Complaint fails to plead claims sounding in fraud with the particularity required by Federal Rule of Civil Procedure 9(b) and fails to plead that Verisk acted with scienter.

**SEVENTY-FIFTH DEFENSE**

Plaintiffs' claims under foreign state consumer protection or deceptive trade practice laws are barred by the Dormant Commerce Clause and the Due Process Clause of the United States Constitution. Some or all of Plaintiffs' claims under foreign state consumer protection or deceptive trade practice laws are further barred because those laws do not apply to conduct occurring outside of those states.

**SEVENTY-SIXTH DEFENSE**

Plaintiffs' claims fail because they assert that Verisk is responsible for the acts or actions of entities, businesses, divisions, or other persons over whom Verisk has no control and for which Verisk has no legal responsibility.

**SEVENTY-SEVENTH DEFENSE**

Plaintiffs' statutory claims are barred, in whole or in part, because Verisk and any alleged conduct on behalf of Verisk does not meet the statutory definitions of the entities and conduct governed by those statutes.

**SEVENTY-EIGHTH DEFENSE**

Verisk incorporates by reference any defenses raised by Co-Defendants.

**RESERVATION OF RIGHT TO ASSERT FURTHER DEFENSES**

Verisk reserves the right to assert additional defenses at such time and to such extent as warranted by discovery and the factual developments in this case.

Date: June 17, 2026

Respectfully submitted,

/s/ *Jasmeet K. Ahuja*
Jasmeet K. Ahuja (*pro hac vice*)
**HOGAN LOVELLS US LLP**
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Tel: (267) 675-4667
jasmeet.ahuja@hoganlovells.com

Allison J. Caplis (*pro hac vice*)
Peter J. Martinez (*pro hac vice*)
**HOGAN LOVELLS US LLP**
100 International Drive, Suite 2000
Baltimore, MD 21202
Tel: (410)-659-2700
allison.caplis@hoganlovells.com
peter.martinez@hoganlovells.com

Brett Weinstein (*pro hac vice*)
**HOGAN LOVELLS US LLP**
390 Madison Ave.
New York, New York 10017
Telephone: (212) 918-3000
brett.weinstein@hoganlovells.com

*Attorneys for Defendant Verisk Analytics, Inc.*

## CERTIFICATE OF COMPLIANCE

By her signature below, and as required by Local Rule 7.1(D), counsel for Defendant Verisk Analytics, Inc. certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), namely Times New Roman (14 point).

**CERTIFICATE OF SERVICE**

I, Jasmeet K. Ahuja, hereby certify that a copy of the foregoing was filed with this Court via its CM/ECF service, which will send email notification of such filing to all counsel of record this 17 day of June, 2026.

*/s/ Jasmeet K. Ahuja*
Jasmeet K. Ahuja
Hogan Lovells US LLP