**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: Consumer Vehicle Driving Data Tracking Collection | No. 1:24-md-3115-TWT |

**DEFENDANTS LEXISNEXIS RISK SOLUTIONS INC., VERISK ANALYTICS, INC., AND PLAINTIFFS' JOINT MOTION FOR AUTHORIZATION TO DISCLOSE PLAINTIFFS' CONSUMER FILE INFORMATION**

Defendants LexisNexis Risk Solutions Inc. ("LNRS"), Verisk Analytics, Inc. ("Verisk," and with LNRS, "CRA Defendants"), and Plaintiffs (together with CRA Defendants, the "Parties"), by counsel, submit this Joint Motion for Authorization to Disclose Plaintiffs' Consumer File Information.

In support of this motion, the Parties submit a memorandum of law, which contains arguments and citations of authorities.

WHEREFORE, the Parties respectfully request that the Court enter an Order authorizing CRA Defendants under 15 U.S.C. §§ 1681b(a)(1) and 1681h(a)(1) to produce any "consumer report" information or other information in consumers' "files" as those terms are defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*

Dated: July 1, 2026

Respectfully submitted,

*/s/ John R. Bevis*
John R. Bevis
Georgia Bar No. 056110
**THE BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel: (770) 227-6375
bevis@barneslawgroup.com

Norman E. Siegel*****
Missouri Bar No. 44378
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
siegel@stuevesiegel.com

Joseph P. Guglielmo*
**SCOTT & SCOTT, ATTORNEYS AT LAW, LLP**
230 Park Avenue, 21th Floor
New York, New York 10169
Tel: (212) 223-4478
jguglielmo@scott-scott.com

Sabita J. Soneji*
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Tel: (510) 254-6808
ssoneji@tzlegal.com

By: */s/ Ronald I. Raether, Jr.*
Ronald I. Raether, Jr. (*pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
100 Spectrum Center Drive
Suite 1500
Irvine, California 92618
Tel: (949) 622-2700
ron.raether@troutman.com

Julie Hoffmeister Smith (*pro hac vice*)
Timothy J. St. George (*pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
1001 Haxall Point
Richmond, Virginia 23219
Tel: (804) 697-1200
julie.hoffmeister@troutman.com
timothy.st.george@troutman.com

Cindy D. Hanson
**TROUTMAN PEPPER LOCKE LLP**
600 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30308
Tel: (404) 885-3000
cindy.hanson@troutman.com

Tambry L. Bradford
**TROUTMAN PEPPER LOCKE LLP**
350 S. Grand Ave. Suite 3400
Los Angeles, CA 90071
Tel: (213) 928-9805
tambry.bradford@troutman.com

*Attorneys for Defendant LexisNexis Risk Solutions Inc.*

*/s/ Jasmeet K. Ahuja*
Jasmeet K. Ahuja (*pro hac vice*)
**HOGAN LOVELLS US LLP**
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Tel: (267) 675-4667
jasmeet.ahuja@hoganlovells.com

Allison J. Caplis (*pro hac vice*)
Peter J. Martinez (*pro hac vice*)
**HOGAN LOVELLS US LLP**
100 International Drive, Suite 2000
Baltimore, MD 21202
Tel: (410)-659-2700
allison.caplis@hoganlovells.com
peter.martinez@hoganlovells.com

Brett Weinstein (*pro hac vice*)
**HOGAN LOVELLS US LLP**
390 Madison Ave.
New York, New York 10017
Telephone: (212) 918-3000
brett.weinstein@hoganlovells.com

*Attorneys for Defendant Verisk Analytics, Inc.*

* Admitted Pro Hac

**RULE 7.1(D) CERTIFICATION**

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

*/s/ Ronald I. Raether, Jr.*
Ronald I. Raether, Jr.

*Attorney for Defendant LexisNexis Risk Solutions Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day a copy of the foregoing was filed and served using the Court's CM/ECF system which will send notification of such filing to all ECF registered participants.

DATED this 1st day of July, 2026.

*/s/ Ronald I. Raether, Jr.*
Ronald I. Raether, Jr.

*Attorney for Defendant LexisNexis Risk Solutions Inc.*