**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: Consumer Vehicle Driving Data Tracking Collection | CIVIL ACTION FILE No. 1:24-md-3115-TWT |

**CERTIFICATE OF SERVICE OF DISCOVERY**

Notice is hereby given, pursuant to Federal Rules of Civil Procedure 26 and 45(a)(4) and Local Rule 26.3(A), that the following documents were served upon all counsel of record on August 12, 2026, via electronic mail:

- **PLAINTIFFS' NOTICE OF NON-PARTY SUBPOENA TO ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE, INC.**
- **PLAINTIFFS' NOTICE OF NON-PARTY SUBPOENA TO ITERIS, INC.**
- **PLAINTIFFS' NOTICE OF NON-PARTY SUBPOENA TO MOONSHADOW MOBILE INC.**
- **PLAINTIFFS' NOTICE OF NONPARTY SUBPOENA TO REKOR SYSTEMS, INC.**

Date: August 12, 2026

Respectfully submitted,

/s/ *John R. Bevis*
John R. Bevis
**THE BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel: (770) 227-6375
bevis@barneslawgroup.com

/s/ *Norman E. Siegel*
Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
siegel@stuevesiegel.com

***MDL Co-Lead Counsel***

Bryan L. Clobes
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle St., Suite 3210
Chicago, Illinois 60603
Tel: (312) 782-4880
bclobes@caffertyclobes.com

Amy Keller
**DICELLO LEVITT LLP**
Ten North Dearborn Street
Sixth Floor
Chicago, Illinois 60602
Tel: (312)214-7900
akeller@dicellolevitt.com

***OnStar Track Co-Lead Counsel***

Joseph P. Guglielmo
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Avenue, 24th Floor
New York, New York 10169
Tel: (212) 223-4478
jguglielmo@scott-scott.com

Sabita J. Soneji
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Tel: (510) 254-6808
ssoneji@tzlegal.com

***LNRS/Verisk Track Co-Lead Counsel***

## CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE

I certify that on this date, I electronically filed the foregoing **CERTIFICATE OF SERVICE OF DISCOVERY** with the Clerk of Court using the CM/ECF system, which will automatically send email notification to all counsel of record. I further certify that the foregoing was prepared in Times New Roman, 14-point font, in compliance with Local Rule 5.1.

DATED August 12, 2026.

/s/ *John R. Bevis*
John R. Bevis
**THE BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, Georgia 30060
Tel: (770) 227-6375
bevis@barneslawgroup.com