**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: Consumer Vehicle Driving Data Tracking Collection | No. 1:24-md-3115-TWT |

**ORDER**

THIS MATTER is before the Court on Defendants LexisNexis Risk Solutions Inc. ("LNRS"), Verisk Analytics, Inc. ("Verisk," and with LNRS, "CRA Defendants"), and Plaintiffs' Joint Motion for Authorization to Disclose Plaintiffs' Consumer File Information.

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and CRA Defendants are authorized under 15 U.S.C. §§ 1681b(a)(1) and 1681h(a)(1) to produce any "consumer report" information or other information in consumers' "files" as those terms are defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*

IT IS SO ORDERED the 2nd day of September, 2026.

Hon. Thomas W. Thrash, Jr.
United States District Judge